# In The United States Court of Federal Claims

Cover Sheet **04-1569C**

Plaintiff(s) or Petitioner(s)
MNS Wind Company, LLC, a Delaware limited liability company

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Steven. S. Rosenthal

Firm Name: Kaye Scholer LLP

Post Office Box:

Street Address: 901 15th Street, NW

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: (T) 202.682.3500 (F) 202.682.3580

E-mail address: srosenthal@kayescholer.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: | 1 | 3 | 4 |

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Agreement to develop alternative energy production facility on the Nevada test site.

Government Agency Involved: | D | O | E |

**See attached Sheet for three digit code.**

Amount Claimed: $ 270,000,000

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003