# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **MNS WIND COMPANY, LLC,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 04-1569C**<br>**Filed: October 29, 2004** |

* * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the plaintiff's complaint in the above captioned case, and the undersigned judge has been assigned to this case for the conduct of proceedings. As discussed with both parties, the court requests an initial status conference in this case. Therefore, the court **ORDERS** the parties to appear at a status conference on **Wednesday, November 3, 2004 at 2:00 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Rosenthal, at (202) 682-3553 and Mr. Caplan at (310) 788-1193, and defendant's counsel at (202) 616-0315.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**