IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1569C<br>(Judge Horn) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of BRYANT G. SNEE, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

BRYANT G. SNEE
ASSISTANT DIRECTOR
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-0315
Facsimile: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: November 18, 2004

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on this 18th day of November 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee