IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1569C<br>(Judge Horn) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 45 days, to and including January 28, 2005, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed December 14, 2004.[1] This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose, although plaintiff has indicated that it would oppose any further enlargements for this purpose.

Upon receipt of the complaint, defendant promptly sent a copy to the Department of Energy ("DOE") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[2] Counsel for DOE has informed counsel for defendant that

---

[1] Defendant's counsel apologizes to the Court for filing this motion only one day before the due date for its response to the complaint. Due to an administrative error, defendant's counsel mis-calendered the due date as December 20, 2004. Upon discovering this error, defendant's counsel filed this motion as promptly as possible.

[2] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of

additional time is necessary for him to complete the preparation of the agency's litigation report.

Consequently, defendant's counsel has been unable to fully familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to obtain from DOE employees and employees of other involved organizations, including the Department of the Air Force, the relevant information needed to prepare and deliver the requested litigation report. Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from DOE, the Air Force, or others, and prepare and file the Government's response to the complaint. Completion of this task will be delayed somewhat by the intervening holiday season and the fact that defendant's counsel will be on leave or holiday for several days in January.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

---

the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

Paul Michael
Office of Counsel
Department of Energy

Washington, D.C.

December 13, 2004

CERTIFICATE OF FILING

I hereby certify that on December 13, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE