# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MNS WIND COMPANY, LLC,** | |
| **Plaintiff,** | |
| **v.** | **No. 04-1569C** |
| | **Filed: December 14, 2004** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's December 14, 2004 unopposed motion for an enlargement of time of 45 days, to and including January 28, 2005, within which to file its response to the plaintiff's complaint. As requested, the court, hereby, **GRANTS** the defendant's motion for an enlargement of time, and **ORDERS** the defendant to file its response on or before **Friday, January 28, 2005.**

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**