IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 04-1569C<br>(Judge Horn) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 10 days, to and including February 7, 2005, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed January 28, 2005. This is defendant's second request for an enlargement of time for this purpose, as the Court has previously granted one enlargement of 45 days. Plaintiff's counsel has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Since the granting of our initial enlargement request, Government counsel has received both documents and information from the agency concerning the agency's position in this matter and has reviewed those materials. However, before filing our response, Government counsel intends to personally interview certain key Government employees knowledgeable about this matter, most of whom reside in the Las Vegas, Nevada area. Due to scheduling constraints, these interviews are scheduled for week of January 24. Government counsel will be returning to Washington, D.C., on Friday, January 28 (the day our response is currently due) and then will be on vacation the following Monday and Tuesday, January 31 and February 1. The requested enlargement, until Monday, February 7, will afford us a few additional days, after counsel's

return to the office, to finalize our response, obtain necessary supervisory approval, and file our response.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

Paul Michael
Office of Counsel
Department of Energy

Washington, D.C.

January 19, 2005

CERTIFICATE OF FILING

I hereby certify that on January 19, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE