# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
**MNS WIND COMPANY, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * *

**No. 04-1569C**
**Filed: January 21, 2005**

## O R D E R

The court is in receipt of the defendant's January 19, 2005 unopposed motion for an enlargement of time of 10 days, to and including February 7, 2005, within which to file its response to the plaintiff's complaint. This is defendant's second request for an enlargement of time. The court **GRANTS** the defendant's motion for an enlargement of time and **ORDERS** the defendant to file its response on or before **Monday, February 7, 2005.**

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**