IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company, Plaintiff, | ) | CASE NO. 04-1569C |
| v. | ) | (Judge Marian Blank Horn) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | Declaration of Bryant S. Delgadillo in Support of Plaintiff's Motion to Disqualify |

**DECLARATION OF BRYANT S. DELGADILLO**

I, Bryant S. Delgadillo declare as follows:

1. I am an attorney at law licensed to practice law in the State of California, and admitted to practice before this Court. I am an associate at the law firm of Kaye Scholer LLP, attorneys for Plaintiff MNS Wind Company LLC ("MNS"). I make this Declaration based on my personal knowledge and, if called upon, could and would testify to the facts stated herein. I submit this Declaration in Support of MNS's Motion to Disqualify.

2. On October 15, 2004, MNS filed this action against the United States alleging three causes of action. A true and correct copy of MNS's complaint is attached hereto as Exhibit 1.

3. One of the central issues in this litigation is whether the United States improperly terminated a wind farm project with MNS without paying MNS the compensation required under the provision of the agreement that specifically permitted termination for national security reasons, but required that the revocation of the Easement must be accomplished by eminent domain. *See* Exhibit A to MNS's complaint (the Grant of Easement for Wind Powered Electric Facility) (hereinafter "Easement") at Part II - page 3, ¶E(1).

4. To the contrary, the government maintains that it had the right under the agreements to unilaterally terminate, for national security reasons, the environmental review process required for this development, and thereby avoid compensating MNS for the development of the project. *See* Ex. E to MNS's Complaint. Because this dispute involves, among other things, the interpretation of the agreements between the parties, it is likely that this Court will be asked to determine the intent of the parties as expressed in the agreements.

5. Ms. Carlson signed the Easement on behalf of the government. *See* Ex. A to MNS's Complaint at Part I - page 5. Ms. Carlson also signed the letter terminating the wind farm project. *See* Ex. E to MNS's Complaint.

6. On November 11, 2004, I participated in a conference call with the Court in this matter. During this call, Judge Horn disclosed to the parties her prior, social relationship with a potential witness in this case, Ms. Kathy Carlson. Judge Horn informed the parties that she had met Ms. Carlson socially through the Judge's husband's prior business dealings. Apparently, Ms. Carlson was involved in hiring one of the Judge's husband's clients for a project. The Court specifically described Ms. Carlson as "a lovely and educated lady."

7. The parties did not know the nature of the Court's conference call before it occurred, and with only a few minutes to contemplate the issue, MNS's counsel consented to Judge Horn's continued handling of this matter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 2nd day of February 2005, at Los Angeles, California.

s/Bryant S. Delgadillo
Bryant S. Delgadillo

CERTIFICATE OF FILING

I hereby certify that on February 2, 2005, a copy of the foregoing Declaration of Bryant S. Delgadillo in Support of Motion to Disqualify was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven S. Rosenthal
by s/Jeffery A. Tomasevich