# Exhibit A(2)

**U.S. DEPARTMENT OF ENERGY**
**NEVADA OPERATIONS OFFICE**
**GRANT OF EASEMENT**
**EXHIBIT A FOR WIND GENERATED ELECTRICAL GENERATION AREA**

**1. Map of Property**

A map showing the location and boundary of the Property is attached as Attachment A-1. The Property is located in Areas 29 and 30 of the Nevada Test Site ("NTS") and consists of approximately 664 acres. As mutually agreed upon and approved by the DOE, Grantee, and Subgrantee, additional areas may be developed on the NTS.

**2. Description of Economic Development Activity**

The Economic Development Activity authorized and facilitated at the NTS through this Easement is the use of the Property for ventures related to businesses consistent with the construction, operation and maintenance of a wind powered electric generating facility. The total project will be developed in three phases. The Grantee and the Subgrantee have the exclusive right for the installation of the first 545 wind turbines on the NTS. Each phase will be individually agreed upon and approved by the DOE. To exercise this right, the Grantee and Subgrantee will have 24 months from the date this Easement is executed to obtain DOE approval of additional easements.

The initial phase will be generally located in Areas 29 and 30 of the NTS and will consist of approximately 175 wind turbines. The turbines will be 900 kW to 2000 kW machines up to 400 feet in total height with a foundation approximately 50 feet deep. The initial turbine areas are depicted in Attachment A-1 along with means of ingress and egress to the Property. Additionally, electric transmission and distribution lines necessary to interconnect with the NTS electric utility system will be constructed.

**3. Duration and Use Fee**

a. The duration of this Easement shall be 35 years from the date of execution, unless earlier revoked in the event of a default under the terms of this Easement, plus an additional ten (10) year period if approved by the DOE, unless otherwise extended by mutual agreement of the parties.

b. In consideration of the rights and privileges granted to Grantee under this Easement, Grantee agrees to pay the Government a fee in the amount of $1.00 per year in the manner and on the terms provided in Part I and Part II of this Easement.

4. **Insurance Requirement**

The following minimum levels of insurance apply pursuant to Article B of Part II of this Easement:

| | | Grantee |
|---|---|---|
| a. | Structures loss and damage: | N/A |
| b. | Comprehensive general liability: | $ 1,000,000 |
| c. | Automobile liability: | $ 1,000,000 |
| d. | Statutory workers compensation: | per statute |

The insurance requirement for the Subgrantee will be based upon the size and nature of the activity, and will be at a minimum those values stated above for the Grantee. The recommended amount of Subeasement insurance for each category will be provided to DOE by Grantee at the time of each Project Location and Screening Process submittal.

5. **Personal Property Inventory**

None

6. **Operational Conditions on Use**

a. Grantee shall require each Subgrantee to prepare and maintain an Operations Safety Manual that sets forth health and safety procedures and emergency procedures for the Economic Development Activity as well as operational security procedures related to Subgrantee's activities. DOE intends that Grantee and Subgrantee shall comply with a single set of requirements for health, safety and emergency procedures that conform to the applicable requirements of the Occupational Safety and Health Administration and other agencies having jurisdiction over the commercial activities of the Grantee and Subgrantee. Pursuant to Article L of Part II of the Easement and prior to the commencement of any site activities (exclusive of preparatory activities approved by the DOE), the Grantee and Subgrantee shall submit the Operations Safety Manual to DOE for review. DOE will reasonably determine whether suitable processes have been described in the manual to ensure appropriate oversight by regulatory agencies, whether there are any conflicts with DOE health, safety and emergency requirements

that must be mitigated or eliminated, and whether there are any additional health, safety or emergency requirements that need to be added to the manual to avoid situations that could materially and adversely impact the health and safety of DOE activities; provided, however, that nothing in this provision will authorize DOE to assert jurisdiction to direct conduct of activities by the Grantee or Subgrantee within the primary jurisdiction of another federal agency. The DOE Management and Operating Contractor will accomplish review of the Operations Safety Manual at the Grantee's or Subgrantee's expense.

b. Activities of the Subgrantee must be coordinated with ongoing Government operations at the NTS. The DOE Site Management Division shall be responsible for internal Government communication and implementation of the coordination and scheduling procedures and shall serve as the point of contact for the Government with Grantee and Subgrantee. Direct communication shall be established between DOE and the Subgrantee for day-to-day scheduling and activities coordination. In the event of operational scheduling conflicts that cannot be resolved by the Subgrantee and the DOE, the Manager for DOE Nevada Operations Office shall be the final determining authority.

c. In the course of the Economic Development Activity, Grantee and Subgrantee shall not transit areas or engage in activities in a manner inconsistent with the scheduling and coordination procedures established under Subparagraph b, above, and Section 10 of this Exhibit A.

d. The Grantee shall require each Subgrantee to provide to the fire Department in Mercury a complete set of Material Safety Data Sheets for their facility and a duplicate key to all locks at their facility.

7. **Site Facilities and Support Services**

a. Charges for site facility usage (common site support costs associated with operating and maintaining the Nevada Test Site which benefit all users) and separate support services will be determined on a reimbursable basis at rates that are effective for the period. Provisional rates will be provided upon request.

b. Grantee will require Subgrantee to consider in good faith, but without obligation, utilizing support services available from DOE management and operating contractors in the Economic Development Activity, including, but not limited to:

I. design, procurement, construction and maintenance service for roads, parking areas, access roads, buildings, facilities, and associated infrastructure on or to the Property to the specifications of Grantee and Subgrantee.

II. electric power,

III. water,

IV. telecommunication services,

V. computer network services,

VI. construction equipment,

VII. transportation equipment or services,

VIII. maintenance services, including janitorial, landscaping, repair, and trash service,

IX. hazardous materials transportation and disposal services,

X. machine shop equipment and services, calibration equipment and services, security services for the Property,

XI. such other services as the Government, Grantee, and Subgrantee might agree.

c. Grantee agrees, and will require Subgrantee to utilize emergency medical services and emergency fire and hazardous materials emergency response services available from DOE management and operating contractors. Charges for these services will be reimbursed at rates in effect for the period.

d. Except as provided in subparagraph c above, subparagraph e below, and paragraph 11 (i), the Government and Grantee acknowledge and agree that Subgrantee shall have no obligation to utilize the support services provided by the DOE, Grantee or their respective contractors. DOE shall provide to Grantee the terms and conditions for the provision of such services, including price, quality, and duration of service.

e. The DOE agrees to provide operation and maintenance services for roads, transmission and distribution systems, and other infrastructure as deemed necessary by the Subgrantee. Such operation and maintenance work will be accomplished through the DOE Management and Operating Contractor at the Subgrantee's request

and expense. Charges for these services will be reimbursed at rates in effect for the period.

8. **Real Property Condition Report**

DOE and Grantee agree that the Real Property Condition Report is made a part hereof as Attachment A-2.

9. **Environmental Condition Report**

DOE and Grantee agree that the Environmental Conditions Report is made a part hereof as Attachment A-3. The Property is located within an area known to be desert tortoise habitat, the only Candidate or Listed Species for the area. Ground disturbance in this area will meet the terms and conditions of the Final Programmatic Biological Opinion for tortoise protection at the NTS, received from the United States Fish and Wildlife Service in August 1996. The Grantee acknowledges that complete copies of the documentation described above have been provided to the Grantee and Subgrantee.

10. **Access and Security Procedures**

a. DOE provides general security for the NTS for the Government's operational purposes. Under this security policy, unauthorized persons are not permitted access inside the secure boundaries of the NTS. Grantee or Subgrantee will submit a request for approval by the DOE of those persons who will need access to the secure boundaries of the NTS for purposes associated with the Economic Development Activity. DOE will issue authorization for those persons to enter the secure boundaries of the NTS consistent with DOE security requirements, including necessary badging and security processing for Grantee, Subgrantee, their employees, representatives, contractors, suppliers, customers, and guests, as designated by Subgrantee, as well as permanent access and badging procedures for the employees and customers of Subgrantee. Grantee and Subgrantee acknowledge that visitors, guests, customers, contractors, or employees of Grantee or Subgrantee who are not citizens of the United States must comply with additional security procedures for those circumstances.

b. Ingress and egress to and from the secure boundaries of the NTS shall be by means of ground transportation. Helicopter access is subject to prior approval by the DOE. Grantee and Subgrantee shall restrict their access and movement on the secure boundaries of the NTS to the common facilities of Mercury in Area 23 of the NTS, to the Property (and related easements) and to designated ingress/egress corridors. Grantee and Subgrantee shall have the right to use such areas and the designated

ingress/egress corridors to the Property for the duration of this Easement in accordance with this Exhibit A. All other areas of the NTS are restricted, and Grantee and Subgrantee are prohibited from entering such restricted areas, except as approved by the DOE. Any other access into restricted areas of the NTS will be handled on a case-by-case basis in accordance with DOE policies and practices and, to the extent practicable will be handled in a manner that will have minimal impact on the economic development activity authorized by this permit.

c. Ingress and egress to and from the Property shall be by means of ground transportation, unless other transportation is specifically approved by the DOE.

d. Should the DOE subsequently determine that national security interests will be adversely impacted by Grantee or Subgrantees' continued use of the present access roads to the Property, DOE shall have the unilateral right to change the access corridor. In such event, DOE will arrange for a reasonable alternate corridor to access the Property.

e. Grantee shall require Subgrantee to prepare and maintain Operational Security Procedures as approved by the DOE for access and organizational activities of the Subgrantee.

**11. <u>Power Delivery</u>**

a. The Grantee through its Subgrantee agrees to provide a benefit to the DOE equivalent to a ten percent (10%) reduction in energy usage based upon total NTS consumption for fiscal year 2000. For purposes of this section, the consumption at the NTS in fiscal year 2000 is 102,000 MWh.

b. This benefit shall be based upon the Subgrantee's installed generation capacity on the NTS and delivery of energy as provided herein. Up to 260 MW of installed generation capacity is expected to be developed by the Subgrantee and/or its affiliates at the NTS in three phases with an expected annual energy production of 795,000 MWh plus or minus 15%.

c. In consideration for the use of the NTS, energy losses shall be assessed at a rate fixed at 1.28% of Subgrantee's energy production. Grantee and Subgrantee shall have the right to interconnect with and use the transmission and distribution system on the NTS for the duration of this Easement in accordance with this Exhibit A. The design and location of the interconnection points shall be mutually agreed upon by DOE, Grantee and Subgrantee.

d. If development of installed generation capacity or energy production by Subgrantee or its affiliates is greater or less than expected, the percentage assessment for transmission losses shall remain fixed at 1.28%.

e. Energy delivery shall be scheduled by Subgrantee at its expense through the appropriate area load controller and shall equal the amount of energy metered at the high side of the step up transformer at the Project's substation located on the Property minus 1.28% attributed to transmission losses as provided in subparagraph (c) above.

f. The DOE shall have the right to validate and audit all meter readings and production schedules of the Subgrantee.

g. DOE, Grantee and Subgrantee shall work with local interconnected utilities to develop mutually agreed upon metering protocols and administration procedures to verify energy deliveries to the NTS and actual power schedules and deliveries off the NTS.

h. DOE does not guarantee the operable condition of the NTS transmission and distribution system and shall not be subject to fines, penalties or other charges either indirect or direct regarding the failure of the NTS transmission and distribution system. The DOE shall coordinate with the Subgrantee any scheduled maintenance and repairs of the system that affect the Subgrantee's ability to deliver power through the NTS system.

i. The Grantee and Subgrantee shall have the right to make any improvements to the existing NTS transmission and distribution system as deemed necessary to either improve system reliability and/or current carrying capability to allow for the efficient transmission of generated energy on and off the NTS. The design and location of such improvements shall be mutually agreed upon by DOE, Grantee and Subgrantee. Construction, operation and maintenance of such improvements to the existing NTS transmission and distribution system will be accomplished through the DOE Management and Operating Contractor at the Grantee's or Subgrantee's expense. Operation and maintenance of the transmission and distribution system from the high side of the generator transformers to the point of interconnection with the existing DOE transmission and distribution system will be accomplished through the DOE Management and Operating Contractor, for the full cost recovery of actual time and materials in accordance with DOE accounting practices, at the Grantee's or Subgrantee's expense.

**12. Environmental Assessment**

DOE is preparing an Environmental Assessment (EA) for this Grant of Easement pursuant to the National Environmental Policy Act (NEPA), 42 U.S.C. 4321 et seq. DOE and the Grantee agree that this Grant of Easement will not become effective until DOE has completed the NEPA process. After DOE has completed the EA and considered the environmental impacts of this action, DOE will either issue a Finding of No Significant Impact or prepare an Environmental Impact Statement.

**13. Real Estate Operations Permit**

DOE and Grantee agree that the Real Estate Operations Permit is made a part hereof as Attachment A-5.

**14. Administration**

For purposes of this Easement, the DOE and the Grantee's Representative will be:

For DOE: Manager, U.S. Department of Energy, Nevada Operations Office

For Grantee: President, NTS Development Corporation

The following Attachments are referenced in this Exhibit A and made a part of this Exhibit A:

Attachment A-1 Map of Permitted Area

Attachment A-2 Real Property Condition Report

Attachment A-3 Environmental Condition Report

Attachment A-4 Environmental Assessment (in process)

Attachment A-5 Real Estate Operations Permit

**Attachment A-2**

**Real Property Condition Report**

The Real Property Condition Report is being developed. Except for preparatory activities approved by the DOE, no operations or activities shall be conducted on the Property prior to completion of the Real Property Condition Report.

**Attachment A-3**

**Environmental Condition Report**

The Environmental Condition Report is being developed. Except for preparatory activities approved by the DOE, no operations or activities shall be conducted on the Property prior to completion of the Environmental Condition Report.

**Attachment A-4**

**Environmental Assessment**

In process.

**Attachment A-5**

**Real Estate Operations Permit**

The Grantee and Subgrantee agree that no operations or activities shall be conducted on the Property prior to the completion and DOE approval of the Real Estate Operations Permit.