# Exhibit D

EXHIBIT "3"

Consent of Master Grantor

EXHIBIT "3"

CONSENT OF MASTER PERMITTOR

As provided under Paragraph 5.(a) of Part I of the Easement granted to NTS Development Corporation as Grantee as of December 22, 2000, the United States of America, acting by and through the U.S. Department of Energy, hereby approves and consents to the foregoing Subeasement between Grantee and MNS Wind Power, LLC, as the Subgrantee referred to therein.

THE UNITED STATES OF AMERICA
DEPARTMENT OF ENERGY,
NEVADA OPERATIONS OFFICE

By: K A Carlson
Kathleen Carlson, Manager

January 17, 2001

WITNESSED BY;

January 17, 2001

Secretary of Energy Bill Richardson

U.S. Senator Harry Reid

Administrator of National Nuclear Security Administration General John Gordon

Assistant Secretary for Energy Efficiency and Renewable Energy Dan Reicher

# Exhibit E

**Department of Energy**
National Nuclear Security Administration
Nevada Operations Office
P.O. Box 98518
Las Vegas, NV 89193-8518

JUL 12 2002

George D. Ormiston, Chief Executive Officer
NTS Development Corporation
4045 S. Spencer, #314
Las Vegas, NV 89119-5248

PROPOSED WIND TURBINE GENERATION PROJECT AT THE NEVADA TEST SITE

In December of 2000, the Nevada Operations Office and the NTS Development Corporation signed a "Grant of Easement for Wind Powered Electric Generating Facility". This agreement provided that the "Grant of Easement will not become effective until DOE has completed the NEPA process".

As part of the ongoing NEPA process, the United States Air Force has stated in a letter dated July 3, 2002, from the 98th Range Wing Commander that wind turbine operations at the NTS are incompatible with the mission of the Nevada Test and Training Range (NTTR) and has recommended that no wind turbines be installed on the NTS. This recommendation came as the result of an SF/AQ Red Team study of a wind farm located on the NTS. Of primary concern to the Air Force are the impacts to the NTTR missions within the ranges surrounding the NTS. Some of these mission capabilities are unique to the NTTR and may cause major impacts to National Security.

John Gordon, Administrator of the National Nuclear Security Administration (NNSA), has decided to terminate the NEPA process at this time in light of the Air Force recommendation. A draft Environmental Impact Statement has been prepared and is ready for release for public review and comment. However, the National Security impacts identified by the Air Force are so significant that further action with respect to the NEPA process is unwarranted. The Nevada Operations Office is hereby notifying you that development of the project will not be allowed to go forward. The easement will not go into effect, according to the terms of the agreement.

KA Carlson

Kathleen A. Carlson
Manager

OCC:KAH