# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| MNS WIND COMPANY, LLC, | * |
| Plaintiff, | * |
| v. | * No. 04-1569C |
| | * Filed: February 22, 2005 |
| UNITED STATES, | * |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The court is in receipt of the plaintiff's motion, filed on February 2, 2005 and defendant's response filed on February 22, 2005. The court **ORDERS** the parties to appear at a status conference on **Friday, February 25, 2005 at 2:30 p.m. EST** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Caplan, at (310) 788-1193 and defendant's counsel, Mr. Snee, at (202) 616-0315.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**