IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company, | ) | CASE NO. 04-1569C |
| Plaintiff, | ) | (Judge Wolski) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION TO CHANGE ATTORNEY OR RECORD**

Plaintiff, MNS Wind Company LLC ("MNS"), pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, hereby respectfully seeks leave of this Court to change its attorney of record in the above-captioned matter from Steven S. Rosenthal to George T. Caplan. Mr. Rosenthal consents to this change.

Mr. Rosenthal acted as the initial attorney of record in this matter, filing and signing the complaint, because at that time Mr. Caplan was not a member of the bar of this Court. Mr. Caplan has now been duly admitted to practice before this Court, and will be lead trial counsel for MNS in this litigation. While, Mr. Rosenthal will no longer be the attorney of record for MNS, he will remain Of Counsel for the Plaintiff.

MNS further requests that service of all papers by the Government should be addressed as follows:

GEORGE T. CAPLAN
BRYANT S. DELGADILLO
KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1285

In addition, all electronic service in this matter shall be made upon Bryant S. Delgadillo at: bdelgadillo@kayescholer.com. Mr. Delgadillo will be assisting Mr. Caplan in this matter, has been duly admitted to this Court, and has a registered CM/ECF account.

Dated: March 3, 2005

Respectfully submitted,

_____s/George T. Caplan_______

George T. Caplan
Bryant S. Delgadillo
KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Steven S. Rosenthal, *Of Counsel*
Jeffery A. Tomasevich
KAYE SCHOLER LLP
901 Fifteenth Street, NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

*Counsel for Plaintiff*
*MNS Wind Company, LLC*

I hereby consent to the change of attorney of record in this matter.

Dated: March 3, 2005

_____s/ Steven S. Rosenthal_______

CERTIFICATE OF FILING

I hereby certify that on March 3, 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant S. Delgadillo