IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 04-1569C<br><br>(Judge Wolski)<br><br>Affidavit of Appointment in Support of Motion to Change Attorney of Record |

**DECLARATION OF GEORGE T. CAPLAN**

I, George T. Caplan declare as follows:

1. I am an attorney at law licensed to practice law in the State of California, and admitted to practice before this Court. I am a partner in the law firm of Kaye Scholer LLP, attorneys for Plaintiff MNS Wind Company LLC ("MNS"). I make this Declaration based on my personal knowledge and, if called upon, could and would testify to the facts stated herein. I submit this Declaration in Support of MNS's Motion to Change Attorney of Record.

2. I am litigation counsel for MNS, and have been representing MNS in its dispute with the Department of Energy since 2002.

3. Because I was not yet admitted to the United States Court of Federal Claims Bar, my partner, Steve S. Rosenthal, signed and filed MNS's complaint against the United States. Mr. Rosenthal, who is a member of the Court of Federal Claims Bar, filed the complaint on October 15, 2004.

4. I have since been admitted to practice before this Court, and will be lead trial counsel for MNS in this litigation. While, Mr. Rosenthal will no longer be the attorney of record for MNS, he will remain Of Counsel for the Plaintiff.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of March 2005, at Los Angeles, California.

s/ George T. Caplan
George T. Caplan

CERTIFICATE OF FILING

I hereby certify that on March 2, 2005, a copy of the foregoing Declaration of George T. Caplan in Support of Motion to Change Attorney of Record was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant S. Delgadillo