IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-1569C<br>(Judge Wolski) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 4 days, to and including April 4, 2005, within which to file the parties' Joint Preliminary Status Report ("JPSR"). The JPSR is due to be filed March 31, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Counsel for the parties have prepared and exchanged a draft JPSR. However, as defendant's counsel was out of town on vacation until March 28, 2005, defendant's counsel was not able to complete agency review and coordination on the draft JPSR until March 30, 2005. Additionally, plaintiff's counsel was out of the office on March 30. Accordingly, the one remaining day before the due date was an insufficient amount time for counsel for both parties to resolve any outstanding issues and file the JPSR. Defendant's counsel believes that the requested enlargement of 4 days should be sufficient to complete and file the JPSR.

Defendant's counsel apologizes to the Court for any inconvenience caused by the filing of this motion to enlarge on the due date. Counsel had originally anticipated that the JPSR would be timely filed and only at the last instance did it become apparent that the JPSR would not be

timely completed.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

Paul Michael
Office of Counsel
Department of Energy
Washington, D.C.

March 31, 2005

CERTIFICATE OF FILING

I hereby certify that on March 31, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE