# In the United States Court of Federal Claims

No. 04-1569C
(Filed May 23, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**MNS WIND COMPANY, LLC**,
a Delaware limited liability company,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court has reviewed the parties' joint preliminary status report and the proposed case management plan. The Court **GRANTS** the motion as follows:

1. The parties shall exchange their Rule 26 disclosures on or before **May 31, 2005**.
2. The parties shall simultaneously file dispositive motions on liability, and accompanying briefs, on **September 14, 2005**.
3. The parties shall simultaneously file opposition briefs on **October 12, 2005**.
4. The parties shall simultaneously file reply briefs on **October 26, 2005**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge