IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 04-1569C<br>(Judge Wolski) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 21 days of the briefing schedule established in the Court's Scheduling Order of May 23, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose this request for an enlargement of time.

Under the current schedule, the parties are to file, simultaneously, dispositive motions and briefs on September 14, 2005, opposition briefs on October 12, 2005, and reply briefs on October 26, 2005. Under the proposed enlarged schedule, if granted, the simultaneous filing dates would be dispositive motions and briefs on October 5, 2005, opposition briefs on November 2, 2005, and reply briefs on November 16, 2005.

The reasons for defendant's requested enlargement are several.

1. Defendant's counsel is also lead counsel in the so-called "A-12" litigation, McDonnell-Douglas Corp. and General Dynamics Corp. V. United States, Fed. Cl. No. 91-1204C. In July 2005, the trial court ordered supplemental briefing in that case, to be filed on September 12, 2005. The significance of case (both the issues involved and amount of money at stake), the fact that the case has been in litigation for fourteen years, and the requirement of fully

coordinating the Government's position with interested officials in the Departments of Justice, Defense, and Navy, has required and will continue to require a considerable commitment of counsel's time.

2. Defendant's counsel also has been required to expend significant effort conducting a review of a portion of a FBI procurement called "Trilogy," which was a $100-plus million software development program that has been the subject of close Congressional and media scrutiny. E.g. WashingtonPost.com, June 6, 2005; Government Computer News, March 7, 2005.

3. In addition to defendant's counsel's normal supervisory duties, since April 2005, counsel temporarily has assumed responsibility for assigning all cases in the National Courts Section. Given that we have more than 100 attorneys and over 3000 open cases in this Court and the United States Court of Appeals for the Federal Circuit, this additional duty has consumed considerable time.

4. Defendant's counsel will be out of the office on vacation for the week of August 15 through August 22.

Counsel has, within the constraints of the commitments identified above, been diligent in developing this case. As required by the Court's scheduling order, the parties did exchange core documents and initial disclosures. Additionally, defendant's counsel has reviewed a significant amount of the available document collection and has interviewed approximately a dozen witnesses. However, given the conflicting requirements identified above, defendant's counsel requests a three-week enlargement in the current briefing schedule to enable him to fully prepare and present the Government's position in this matter.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time and extend the simultaneous filing dates so that dispositive motions and briefs would be due on October 5, 2005, opposition briefs on November 2, 2005, and reply briefs on November 16, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Sharon Hejazi
Paul Michael
Office of Counsel
Department of Energy

August 12, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 12, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE