# In the United States Court of Federal Claims

No. 04-1569C
(Filed August 26, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
**MNS WIND COMPANY, LLC**, *
a Delaware limited liability company, *
Plaintiff, *
v. *
**THE UNITED STATES**, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * *

**REVISED SCHEDULING ORDER**

The Court has reviewed the defendant's unopposed motion for an enlargement of time. The Court hereby **GRANTS** the motion. The schedule shall be revised as follows:

1. The parties shall simultaneously file dispositive motions on liability, and accompanying briefs, on **October 5, 2005**.
2. The parties shall simultaneously file opposition briefs on **November 2, 2005**.
3. The parties shall simultaneously file reply briefs on **November 16, 2005**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge