

# DOE/EIS--0335

# Wind Farm at the Nevada Test Site Draft Environmental Impact Statement

National Nuclear Security Administration



Prepared by
SWCA Environmental Consultants





March 2002

SWCA
ENVIRONMENTAL CONSULTANTS



G-MNS07235

# SUMMARY

The Nevada Test Site Development Corporation (NTSDC), together with the MNS Wind Company LLC (MNS) have applied to the U.S. Department of Energy (DOE), National Nuclear Security Administration Nevada Operations Office (NNSA/NV) to develop a commercially viable, alternative energy production facility on the Nevada Test Site (NTS) using wind turbines. If fully implemented, the proposal would result in the construction and operation of as many as 545 wind turbines generating up to 600 megawatts (MW) of electricity within the Shoshone Mountain and Pahute Mesa areas of the NTS.

The Proposed Action would permit NNSA/NV to grant NTSDC an easement allowing for the construction, operation, and maintenance of a wind farm at the NTS pursuant to an easement granted to the NTSDC (and a sub-easement granted by NTSDC to MNS) and to provide oversight for project activities to ensure compliance with the easement.

This Draft Environmental Impact Statement (DEIS) has been prepared in compliance with procedures established under National Environmental Policy Act (NEPA[1]), Council on Environmental Quality (CEQ) regulations (40 CFR 1500-1508) and DOE guidelines contained within the DOE NEPA Handbook (DOE, 1993). NNSA/NV is the lead federal agency, as defined by 40 CFR 1501.5. NNSA/NV will use the information provided in this DEIS to support federal decisions regarding the proposed project.

## Purpose And Need For Action

The proposed project furthers DOE's objectives to diversify use of DOE sites and facilities to include non-defense and private use, and to initiate private sector economic development at these sites and facilities. These objectives stem from Section 3161 of the National Defense Authorization Act for Fiscal Year (FY) 1993, in which the United States Congress encouraged DOE to pursue means to minimize the social and economic impacts on workers and communities of downsizing defense-related facilities. One of the methods DOE uses to implement this Congressional directive is to establish local Community Reuse Organizations (CRO) to assist economic development efforts. The CRO for the NTS is the NTSDC. DOE's development objectives at the NTS were clearly stated in its Record of Decision (ROD) for the *Final Environmental Impact Statement for the Nevada Test Site and Off-Site Locations in the State of Nevada* (1996). The ROD included the statement, "This decision will result in the continuation of the multi-purpose, multi-program use of the Nevada Test Site, under which DOE will pursue a further diversification of interagency, private industry, and public-education uses while meeting its Defense Program, Waste Management, and Environmental Restoration mission requirements" (DOE/NV 2001b).

[1] 42 USC ' 4321, et seq., as amended.

Recent electrical power shortages have focused national attention on the need for additional generation facilities in the western United States. This need has been addressed by both federal and state agencies. Executive Order 13123 (Greening the Government Through Efficient Energy Management, June 3, 1999) directs federal agencies to improve energy management in order to save taxpayer dollars and reduce emissions that contribute to air pollution and global climate change, and Executive Order 13212 (Actions To Expedite Energy-Related Projects) that directs agencies to expedite their review of permits to accelerate the completion of energy related projects. Additionally, the State of Nevada recently passed Senate Bill 372, which requires the electric utilities operating within Nevada to obtain 5 percent of their power from so-called renewable energy resources by 2003, increasing to 15 percent by 2013. The proposed wind farm would both support the need for additional electrical power generation in the west and provide utilities opportunities to meet state requirements to utilize renewable energy sources.

This project will also support the DOE's mission to develop alternative sources of renewable energy by allowing the use of land and existing infrastructure for the proposed facilities. The NNSA/NV believes that the proposed wind farm would also be compatible with and/or directly support other DOE missions and programs. As steward of the NTS, DOE must decide if the proposed action is consistent with current and future planned uses of the NTS and whether the environmental impacts of the proposed action are significant.

**Scoping**

The Notice of Intent (NOI) to prepare an EIS for the proposed project was published in the Federal Register on July 25, 2001. Legal notices were published in the Las Vegas Review Journal on August 12, 2001, and the Pahrump Valley Times on August 10, 15, and 17, 2001, to announce public meetings to be held on August 16, 2001, and August 17, 2001, respectively. In addition to the public scoping meetings, an agency scoping meeting was held on September 4, 2001, and tribal governments have been contacted for their review. A separate tribal consultation is being prepared for this report.

A list of 56 issues was compiled from written and verbal comments received during and after formal scoping. Eighteen issues and comments were determined to be beyond the scope of the EIS and/or were eliminated from further consideration. The remaining 38 issues and comments were organized under the major topic headings of Land Use, Transportation, Socioeconomic Resources, Geology, Soils and Mineral Resources, Hydrology, Biological Resources, Air Quality, Noise, Visual Resources, Cultural Resources, Environmental Justice, Places of Traditional Cultural Importance to American Indians, and Health and Safety. These issues are discussed further in Chapter 1.



G-MNS07240

## Proposed Action Alternative and Additional Alternatives

The proposed project consists of the granting of a sub-easement to MNS to develop, operate, and maintain alternative energy generation facilities at the NTS. MNS proposes to construct a wind farm on approximately 2,328 hectares (ha) (5,753 acres (ac.)) within designated areas of the NTS and would produce up to 600 megawatts (MW) of electricity. The project includes a system of underground and aboveground electric lines to collect the electrical power generated. The project would also include one pad-mounted transformer per turbine, several new collector substations, and approximately 122 kilometers (km) (75.7 miles (mi.)) of new 230 kilovolt (kV) transmission line and maintenance road along the line. The NTS is considered an attractive location for such a project because significant wind resources exist and a majority of the necessary infrastructure is in place to support the Proposed Action.

The alternative actions for the proposed project would consist of the construction of a wind farm within two areas. Alternative 1 (Proposed Action) includes the construction of a wind farm within Shoshone Mountain and Pahute Mesa Project Areas 2,328 ha (5,753 ac.). Alternative 2 (Shoshone Mountain) includes the construction of a wind farm within the Shoshone Mountain Project Area only 1,647 ha (4,070 ac.). Alternative 3 (Pahute Mesa) includes the construction of a wind farm within the Pahute Mesa Project Area only 681 ha (1,683 ac.).

## No Action Alternative

Under the No Action Alternative, the NNSA/NV would not grant an easement to the NTSDC or a sub-easement to allow MNS to construct and operate alternative energy generation facilities at the NTS. Under the No Action Alternative, wind turbines and ancillary facilities would not be constructed. Areas within the NTS not previously disturbed would remain undisturbed. There would be no contribution to the renewable resource requirement under Nevada Senate Bill 372, and DOE Mission statement would not be fulfilled.

## Impacts

Resources evaluated for potential impacts include Land Use, Transportation, Socioeconomic Resources, Geology, Soils, and Mineral Resources, Hydrology, Biological Resources, Air Quality, Noise, Visual Resources, Cultural Resources, Environmental Justice, Places of Traditional Cultural Importance to American Indians, and Health and Safety. Table 2-6 summarizes the environmental consequences to each alternative. Detailed descriptions of impacts and proposed mitigations of all resources are discussed in Chapter 4. Unavoidable adverse impacts include the physical loss of cultural resource sites, however this loss would be offset through intensive data collection and analysis, and curation of objects for future study and interpretation. Irreversible commitment of resources would include land and materials used for the establishment of roads and turbine foundations that would remain after project closure.

The Proposed Action would have positive effects on some resource areas including the following:

- The local economy would experience a small boost over the life of the project due to payroll earnings and construction expenditures.
- There would be no adverse impact to air quality, and may improve air quality as the electric source would displace the need for a coal-generated power plant to supply electricity.
- The production of energy from wind turbines would not contribute to the indirect costs (health, environment, and extraction issues) of fossil fuels that are currently used to produce energy.

**Table S-1. Summary of Environmental Consequences of each Alternative.**

| Resource | Alternative 1: Proposed Action | Alternative 2: Shoshone Mountain | Alternative 3: Pahute Mesa | Alternative 4: No Action |
|---|---|---|---|---|
| **Land Use** | Land-use impacts resulting from project construction and operation would be compatible with existing land use designations. Total disturbed acreage would be 5,753 acres. | Same as Proposed Action. Total disturbed acreage would be 4,070 acres. | Same as Proposed Action. Total disturbed acreage would be 1,683 acres. | NNSA/NV's mission to develop alternative uses at the NTS would not be fulfilled. No disturbed acreage. |
| | Proposed action may cause interference with U.S. Air Force radio frequency transmissions, interfering with their training operations on NTS. | Same as Proposed Action. | Same as Proposed Action. | No potential for interference with U.S. Air Force radio frequency transmissions or training operations. |
| **Transportation** | Possible increase of as many as 200 vehicles during construction. Under the Proposed Action, approx. 92 km (57 mi) of new roads would be constructed within the Shoshone Mountain area. Approx. 38 km (24 mi) of roads would be constructed or improved within the Pahute Mesa Project Area. Project would have a negligible impact on the level-of-service of pertinent roads and highways in or near the project area. | Approx. 92 km (57 mi) of new roads would be constructed. | Approx. 38 km (24 mi) of new roads would be constructed. | No increases in vehicle transportation. |
| **Socioeconomics** | Development of the Shoshone Mountain and Pahute Mesa Project Areas would not require additional county or | Same as those identified for the Shoshone Mountain Project Area under the Proposed Action. | Same as those identified for the Pahute Mesa Project Area under the Proposed Action. | No small positive impact on employment for Nye and Clark counties. |

# TABLE OF CONTENTS

**CHAPTER 1 – INTRODUCTION AND PORPOSE AND NEED .......... 1-1**
1.1 Introduction .......... 1-1
1.2 Document Organization .......... 1-1
1.3 Project History and Background .......... 1-2
1.4 Purpose and Need for Action .......... 1-3
1.4.1 Decision to be Made .......... 1-4
1.5 Regulatory Framework .......... 1-4
1.6 Public Scoping .......... 1-8
1.7 American Indian Concerns and Viewpoints .......... 1-12

**CHAPTER 2 – ALTERNATIVES, INCLUDING THE PROPOSED ACTION .......... 2-1**
2.1 Planning Assumptions and Basis for Analysis .......... 2-1
2.2 Description of Alternative 1 (Proposed Action) .......... 2-2
2.2.1 Location .......... 2-2
2.2.2 Project Components .......... 2-4
2.2.3 Construction .......... 2-12
2.2.4 Site Cleanup and Reclamation .......... 2-17
2.2.5 Operations and Maintenance .......... 2-17
2.2.6 Decommissioning .......... 2-18
2.2.7 Project Design Refinement .......... 2-18
2.3 Description of Alternatives to the Proposed Action .......... 2-23
2.3.1 Alternative 2: Shoshone Mountain .......... 2-23
2.3.2 Alternative 3: Pahute Mesa .......... 2-23
2.3.3 Alternative 4: No Action Alternative .......... 2-23
2.4 Alternatives Considered but Eliminated from Further Consideration .......... 2-23
2.4.1 Ranier Mesa .......... 2-23
2.4.2 Skull Mountain .......... 2-23
2.5 Comparative Summary of Environmental Consequences .......... 2-24

**CHAPTER 3 - AFFECTED ENVIRONMENT .......... 3-1**
3.1 Land Use .......... 3-1
3.1.1 National Security Mission and Land Use Policy .......... 3-1
3.1.2 Land Use Zones .......... 3-2
3.1.3 Site Support Facilities .......... 3-5
3.1.4 Airspace .......... 3-6
3.2 Transportation .......... 3-7
3.2.1 On Site Roads and Traffic .......... 3-7
3.2.2 Off Site Roads and Traffic .......... 3-9
3.2.3 Other Transportation .......... 3-9
3.3 Socioeconomics .......... 3-9
3.3.1 Demographics .......... 3-10
3.3.2 Taxes .......... 3-11
3.3.3 Local Economy, Labor and Employment .......... 3-11
3.4 Geology, Soils and Mineral Resources .......... 3-12
3.4.1 Geology .......... 3-12
3.4.2 Soils .......... 3-13
3.4.3 Radiation Sources in Soils .......... 3-13
3.4.4 Industrial Aggregate Rock Resources and Mineral Resources .......... 3-15
3.5 Hydrology .......... 3-15
3.5.1 Surface Water .......... 3-15
3.5.2 Groundwater .......... 3-16
3.6 Biological Resources .......... 3-17
3.6.1 Vegetation Communities .......... 3-17

3.6.2 Wildlife ........ 3-22
3.6.3 Special Status Species ........ 3-23
3.7 Air Quality ........ 3-40
3.7.1 Radiological Air Quality ........ 3-41
3.8 Noise ........ 3-41
3.9 Visual Resources ........ 3-43
3.10 Cultural Resources ........ 3-43
3.10.1 Archaeological Resources ........ 3-43
3.11 Environmental Justice ........ 3-49
3.12 Places of Traditional Importance to American Indians ........ 3-51
3.12.1 Shoshone Mountain ........ 3-51
3.12.2 Pahute Mesa ........ 3-57
3.13 Health And Safety ........ 3-57
3.13.1 General Health and Safety ........ 3-57
3.13.2 Electric and Magnetic Fields ........ 3-58

**CHAPTER 4 - ENVIRONMENTAL CONSEQUENCES ........ 4-1**
4.1Land Use ........ 4-2
4.1.1 Alternative 1: Proposed Action ........ 4-2
4.1.2 Alternative 2: Shoshone Mountain ........ 4-4
4.1.3 Alternative 3: Pahute Mesa ........ 4-4
4.1.4 Alternative 4: No Action Alternative ........ 4-4
4.1.5 Potential Mitigation ........ 4-4
4.2 Transportation ........ 4-5
4.2.1 Alternative 1: Proposed Action ........ 4-5
4.2.2 Alternative 2: Shoshone Mountain ........ 4-6
4.2.3 Alternative 3: Pahute Mesa ........ 4-6
4.2.4 Alternative 4: No Action Alternative ........ 4-6
4.2.5 Potential Mitigation ........ 4-6
4.3 Socioeconomics ........ 4-6
4.3.1 Alternative 1: Proposed Action ........ 4-6
4.3.2 Alternative 2: Shoshone Mountain ........ 4-7
4.3.3 Alternative 3: Pahute Mesa ........ 4-7
4.3.4 Alternative 4: No Action Alternative ........ 4-7
4.3.5 Potential Mitigation ........ 4-7
4.4 Geology, Soils, And Mineral Resources ........ 4-8
4.4.1 Alternative 1: Proposed Action ........ 4-8
4.4.2 Alternative 2: Shoshone Mountain ........ 4-9
4.4.3 Alternative 3: Pahute Mesa ........ 4-9
4.4.4 Alternative 4: No Action Alternative ........ 4-9
4.4.5 Potential Mitigation ........ 4-9
4.5 Hydrology ........ 4-10
4.5.1 Surface Water ........ 4-10
4.5.2 Groundwater ........ 4-12
4.6 Biological Resources ........ 4-13
4.6.1 Vegetation ........ 4-13
4.6.2 General Wildlife ........ 4-15
4.6.3 Special Status Species ........ 4-16
4.6.4 Other Special Status Species ........ 4-20
4.7 Air Quality ........ 4-29
4.7.1 Alternative 1: Proposed Action ........ 4-29

4.7.2 Alternative 2: Shoshone Mountain ..... 4-30
4.7.3 Alternative 3: Pahute Mesa ..... 4-31
4.7.4 Alternative 4: No Action Alternative ..... 4-31
4.7.5 Potential Mitigation ..... 4-31
4.8 Noise ..... 4-31
4.8.1 Alternative 1: Proposed Action ..... 4-31
4.8.2 Alternative 2: Shoshone Mountain ..... 4-32
4.8.3 Alternative 3: Pahute Mesa ..... 4-32
4.8.4 Alternative 4: No Action Alternative ..... 4-32
4.8.5 Potential Mitigation ..... 4-32
4.9 Visual Resources ..... 4-32
4.9.1 Alternative 1: Proposed Action ..... 4-32
4.9.2 Alternative 2: Shoshone Mountain ..... 4-33
4.9.3 Alternative 3: Pahute Mesa ..... 4-33
4.9.4 No Action Alternative ..... 4-33
4.9.5 Potential Mitigation ..... 4-33
4.10 Cultural Resources ..... 4-33
4.10.1 Alternative 1: Proposed Action ..... 4-33
4.10.2 Alternative 2: Shoshone Mountain ..... 4-34
4.10.3 Alternative 3: Pahute Mesa ..... 4-34
4.10.4 Alternative 4: No Action Alternative ..... 4-35
4.10.5 Potential Mitigation ..... 4-35
4.11 Environmental Justice ..... 4-35
4.11.1 Environmental Justice Analysis ..... 4-35
4.11.2 Potential Mitigation ..... 4-36
4.12 Places of Traditional Cultural Importance to American Indians ..... 4-36
4.12.1 Alternative 1: Proposed Action ..... 4-37
4.12.2 Alternative 2: Shoshone Mountain ..... 4-38
4.12.3 Alternative 3: Pahute Mesa ..... 4-38
4.12.4 Alternative 4: No Action Alternative ..... 4-38
4.12.5 Potential Mitigation ..... 4-39
4.13 Health and Safety ..... 4-39
4.13.1 Impacts on Electric and Magnetic Fields ..... 4-39
4.13.2 Hazardous Materials ..... 4-39
4.13.3 Potential Mitigation ..... 4-40
4.14 Cumulative Impacts ..... 4-41
4.14.1 Introduction ..... 4-41
4.14.2 Past, Present, and Future Actions ..... 4-42
4.15 Unavoidable Adverse Impacts ..... 4-47
4.16 Irreversible – Irretrievable Commitment of Resources ..... 4-47
4.17 Relationship of Short-term Uses and Long-term Productivity ..... 4-47

**FIGURES** ..... *iv*

**TABLES** ..... *v*

# CHAPTER 3
# AFFECTED ENVIRONMENT

This chapter describes the existing conditions of the natural and human environments potentially affected by the proposed Wind Farm at the NTS. The resources covered in the sections on existing conditions relate to the issues raised during public scoping and are organized into the same general categories as in Table 1-2 in Chapter 1. These categories are: Land Use, Transportation, Socioeconomics, Geology, Soils and Mineral Resources, Hydrology, Biological Resources, Air Quality, Noise, Visual Resources, Cultural Resources, Environmental Justice, Places of Traditional Importance to American Indians, and Health and Safety.

## 3.1 Land Use

Since the imposition of the Nuclear Weapons Testing Moratorium in 1992, the primary mission of the NTS has been to support the DOE Stockpile Stewardship and Management Program for the nation's enduring nuclear weapon stockpile. This mission is composed of five elements: National Security; Environmental Management; Technology Diversification; Energy Efficiency and Renewable Energy; and Stewardship of the NTS (DOE/NV 1998b). The lands within the NTS are managed by the National Nuclear Security Administration, Nevada Operations Office (NNSA/NV). Existing land uses include maintaining land and infrastructure to support nuclear weapons testing readiness, national security facilities and activities, roads and utility corridors, site support facilities related to storage, medical, bunkers, warehouses, etc. Approximately 7 to 10 percent of the land at the NTS has been disturbed by the above-mentioned elements. Facility expansion in the undeveloped areas is dependent upon several factors including terrain, available infrastructure, and resource impacts (DOE/NV 1998a).

As described in the NTS Resource Management Plan (RMP), an area is assigned to a use category based on the environmental characteristics it exhibits. Environmental characteristics, especially geography and geology, generally determine how suitable an area is for a particular use. These use categories are further explained in Section 3.1.2.

### 3.1.1 National Security Mission and Land Use Policy

For over four decades, the NTS served as the nation's principal proving ground for nuclear weapons. Portions of the NTS have been withdrawn through public land orders. Under Public Land Order 805, the Atomic Energy Commission reserved approximately 435,000 acres (ac.) of land for use as a weapons testing site. Under Public Land Order 2568, 318,000 ac. of land previously reserved for use by the U.S. Air Force were transferred to the jurisdiction of the Atomic Energy Commission for use in connection with the NTS for test facilities, roads, utilities, and safety buffers. Under Public Land Order 3759, 21,108 ac. of land were reserved for the jurisdiction of the Atomic Energy Commission for use in connection with the NTS. Pahute Mesa, on which DOE historic activities were conducted pursuant to a

Memorandum of Understanding with the U.S. Air Force, was reserved for use by DOE as an integral part of the NTS by Congress in 1999.

The NTS lands were originally withdrawn for the purpose of weapons testing. However, since the moratorium on nuclear testing began in 1992, the primary mission has been to support the NNSA Stockpile Stewardship and Stockpile Management Programs for the nation's enduring nuclear weapon stockpile. Stockpile Stewardship activities include subcritical experiments and other tests and experiments to ensure the safety and reliability of the nation's nuclear weapons. Additionally, the NNSA is preserving the capability to resume underground nuclear testing on the NTS if so directed by the President.

The DOE states in its *DOE/NV Strategic Plan*, dated June 23, 1998 (DOE/NV 1998b), and the NTS RMP (DOE/NV 1998a), that:

> "The transition of the NTS from an active underground nuclear weapons testing program to a program of stewardship . . . has provided the opportunity to make portions of the NTS available for alternate uses. To ensure that proposed alternate uses of the NTS are in the interest of national security, compatible with the primary Defense Programs mission, and contribute to the overall vitality of the NTS, land use policies were established for different parts of the NTS."

The Nellis Air Force Range currently borders the west, north, and east side of the NTS. This range is used for the testing of air force equipment, pilots, and crews.

### 3.1.2 Land Use Zones

The following land use categories have been identified for the NTS: 1) Nuclear Test Zone; 2) Nuclear and High Explosives Test Zone; 3) Research Test and Experiment Zone; 4) Radioactive Waste Management Zone; 5) Solar Enterprise Zone; 6) Defense Industrial Zone; and 7) Reserved Zone (Figure 3-1) (DOE/NV 1998a).

The NNSA/NV developed criteria that define the land use zones on the NTS. The goals set for defining land resources are accomplished through the project screening and location process, where new land disturbance is minimized by 1) locating projects in previously disturbed areas, 2) using existing facilities and infrastructure, and 3) locating projects with compatible requirements together (DOE/NV 1998a).


G-MNS07304




Figure 1. Location of the Nevada Test Site.



SWCA06726