# U. S. DEPARTMENT OF ENERGY
# NEVADA OPERATIONS OFFICE
# GRANT OF EASEMENT FOR
# WIND POWERED ELECTRIC GENERATING FACILITY

## *PART I*
## *SPECIFIC PROVISIONS*

This Grant of Easement for Wind Powered Electric Generating Facility ("*Easement*") is made as of December 22, 2000 by the UNITED STATES OF AMERICA, as the Grantor, hereinafter referred to as the "GOVERNMENT", acting by and through the Nevada Operations Office, U.S. Department of Energy, hereinafter referred to as the "DOE," and NTS DEVELOPMENT CORPORATION, a Nevada not-for-profit-corporation, hereinafter referred to as the "GRANTEE."

**WITNESSETH:**

A. The Secretary of Energy, under the authority of Section 161 of the Atomic Energy Act of 1954, as amended (Public Law 83-703), Section 3161 of the National Defense Authorization Act of 1993 (Public Law 102-484), and other applicable law, has determined that the Property (as hereinafter defined), which is located at the Government's Nevada Test Site (hereinafter referred to as the "NTS"), is not excess property as defined by Section 3(e) of the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 472), and that this Easement is advantageous to the Government.

B. The Secretary of Energy, under the aforesaid authority, has further determined that (i) the Property is public land withdrawn or reserved for use by the Department of Energy, (ii) this Easement is compatible with the DOE's interests, (iii) this Easement does not include more property than is reasonably necessary for the purpose for which the Easement is granted, and (iv) this Easement otherwise fully complies with all requirements of the aforesaid authority and other applicable law.

NOW THEREFORE, in consideration of the mutual covenants and agreement hereinafter set forth, and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. The Government, subject to compliance with the National Environmental Policy Act, 42 U.S.C. 4321 et seq., hereby grants and conveys to Grantee, for the use and benefit of Subgrantee (as hereinafter defined) an easement on, over, under, across and through the property described in Exhibit A, Attachment A-1 (the "*Property*") for the purpose of the construction, installation, maintenance, repair, replacement, relocation (within the Property), use and operation of wind

powered electric generating facilities (the "*Project*"), which Project shall include, wind turbine generators, support structures, transformers, substations, electric power and other utility lines and towers, communication lines and equipment, water and gas lines, and other improvements and systems necessary or advisable for the construction and operation of a wind powered electric generating facility. Any relocation of a wind turbine generator outside of the Project Site will require the consent of the DOE in accordance with Exhibit A.

(a) The Government agrees not to intentionally interfere with the flow, direction, generation or speed of wind over and across the Property, or unreasonably interfere with the construction, maintenance and operation of the Project. The Government and Subgrantee shall coordinate their use of the Property in accordance with Exhibit A.

(b) The Government further agrees to promptly grant such additional easements and rights of way requested by Grantee or Subgrantee over other areas of the NTS approved by the DOE, which are necessary or advisable for the construction, installation, maintenance, repair, replacement, relocation (within the Property), use and operation of utility towers, electric power and other lines, communication lines and equipment, water and gas lines, access roads, substations, transformers and such other systems as may be necessary or advisable for the construction and operation of the Project, and ingress and egress therefrom. If the DOE does not approve a proposed easement or right of way, the DOE shall (i) provide to Grantee and Subgrantee the reasons for such disapproval in writing, and (ii) propose alternate locations, where possible.

2. Included within Exhibit A is a description of the land and improvements, including a map of the area; a map of the installation depicting common areas to include means for ingress and egress and restricted areas; a description of the Economic Development Activity (as hereinafter defined); an inventory of personal property; limits of operations within the Property and common areas not addressed in *Part II-General Provisions*; description and charges for utility, maintenance, and other services not covered under *Part II-General* provisions; a real property conditions report; and an environmental conditions report.

3. This Easement shall remain effective for a term as set forth in Exhibit A of thirty-five (35) years), plus an additional (10) ten year period if approved by the DOE, unless otherwise extended by mutual agreement of the parties.

4. Grantee shall pay the Government an annual fee as set forth in Exhibit A in advance at the start of each easement year. Any charges for services specified in Exhibit A will not begin until the Property is subject to the Subeasement (as hereinafter defined) unless services are used sooner by the Grantee. The Grantee is permitted to charge fees for its subeasement property, but any fees that are collected which exceed Grantee's cost must be reinvested into economic development endeavors.

5. (a) The sole purpose for which the Grantee shall use the Property is to support Economic Development as part of the mission of the U.S. Department of Energy. For the purpose of

this Easement for wind powered electrical generating projects, Economic Development Activity includes, but shall not be limited to, the following: activities relating to furthering the employment of displaced and current contractor employees; creating or enhancing new business opportunities at the facility or in the surrounding community; providing funding for such activities; and educating the employees or the community regarding such activities. The Grantee must obtain the written approval of DOE prior to using the Property for any purpose other than that specified above. The Government hereby approves and consents to Grantee entering into one or more subeasements of the Property (hereinafter individually and collectively referred to as a "*Subeasement*") with MNS Wind Company, LLC, a Delaware limited liability company or affiliated companies (hereinafter individually and collectively referred to as a "*Subgrantee*"), and to the construction and operation of portions of the Project on the Property by each Subgrantee. The Government has reviewed and hereby approves of the terms and conditions of each Subeasement and of the proposed use of the Property, and acknowledges that the proposed use of the Property constitutes an approved Economic Development Activity as required under this Easement. The Government and Grantee further acknowledge and agree that a default under any Subeasement shall not, solely by reason of such default, constitute a default under any other Subeasement. In the event of default under a Subeasement, the Government and Grantee shall exercise their respective rights and remedies only against the Subeasement in default, and the remaining Subeasements shall remain in full force and effect and shall not be disturbed.

(b) The Government acknowledges and agrees that in the event of any dissolution of Grantee, or in the event the Easement or Subeasement are rejected in any bankruptcy or are terminated for any reason (except as a result of a default by Subgrantee thereunder), the Easement and Subeasement shall continue in full force and effect as if such easements were entered into directly between the Government and Subgrantee (provided that the DOE's obligations to Subgrantee under the Subeasement shall be no greater than DOE's obligations to Grantee under this Easement), and Subgrantee's use of the Property and Project will not be disturbed. Upon request, the Government shall enter into a new easement directly with Subgrantee or the Project lender upon the same terms and conditions of the Subeasement (provided that the DOE's obligations under the new easement shall be no greater than DOE's obligations to Grantee under this Easement). The Government and Grantee acknowledge and agree for the benefit of Subgrantee, that Subgrantee shall have the right to enjoy and directly enforce against the Government any and all rights and remedies of Grantee under this Easement.

6. In the event DOE or its prime contractors at the NTS and other NTS contractors, in their good faith, prudent judgment, observe an unsafe practice or unsafe condition that poses a material threat of imminent danger to persons or property under Grantee's or Subgrantee's control, Grantee and Subgrantee shall, upon oral or written notification (provided that if such notice is oral, the Government shall promptly also provide Grantee written confirmation notice of such matter) by DOE or a regulatory authority having jurisdiction over the activity, cease such unsafe activity to the extent required by applicable law and promptly correct such unsafe practice or condition in accordance with applicable law.

7. Grantee shall require Subgrantee to comply with all Federal Government and State of Nevada laws and regulations and NTS rules applicable to the transportation, storage, use and disposal of hazardous materials or substances. Grantee or Subgrantee shall immediately file with the NTS fire department copies of all material safety data sheets applicable to hazardous materials or substances stored or used by Subgrantee at the NTS.

8. Grantee shall cause the Subgrantee to certify to DOE that it currently has and/or is in the process of obtaining all required regulatory permits and licenses. It is agreed that the Subgrantee must obtain and comply in all material respects with the terms and conditions of regulatory agency permits affecting the Project during the term of this Easement, especially if the specific activity impacts DOE's ability to comply with a regulatory agency permit condition. Any excursion of regulatory agency permit requirements that are the fault of the Grantee or Subgrantee and that result in fines or penalties will be the responsibility of the Grantee and Subgrantee to the extent caused by the Grantee or Subgrantee. If the agency of competent jurisdiction determines that Grantee or Subgrantee is out of compliance with a regulatory permit or license and Grantee or Subgrantee thereafter fails to take appropriate measures as determined by the regulatory authority to achieve compliance, and if such noncompliance poses a material threat of danger to the health and safety of personnel on the NTS, DOE shall have the right to direct Grantee or Subgrantee to stop operations if such noncompliance is not corrected within thirty (30) days following written notice to Grantee and Subgrantee; provided, however, that if the nature of the noncompliance is such that more than thirty (30) days are reasonably required for its cure, then Grantee and Subgrantee shall not be required to stop operations if Subgrantee commences to cure the noncompliance within such thirty (30) day period and thereafter diligently prosecutes such cure to completion (and during the period of such cure, takes all steps reasonably necessary to protect the public health and safety). Operations will resume only after review and approval by the agency of competent jurisdiction.

9. Grantee acknowledges that construction, maintenance and operational activities performed on the NTS for DOE programs are subject to project specific labor agreements with the Nevada Building and Construction Trades. Grantee acknowledges that it has consulted with the Nevada Building and Construction Trades concerning Subgrantee's activities to be conducted at the NTS and has resolved any concerns in a manner that does not impact DOE relations with the Nevada Building and Construction Trades.

10. Security measures will be determined on a building-by-building or area-by-area basis according to the nature of the activities undertaken by the DOE within the particular security zone. Detailed in Exhibit A are generic requirements for security and badging.

11. This Easement consists of this *Part I--Specific Provisions*, *Part II--General Provisions*, and Exhibit A. In the event of inconsistencies between this *Part I--Specific Provisions*, and *Part II--General Provisions*, *Part I* shall control; in the event of inconsistencies between Exhibit A to this Easement and *Parts I or II*, Exhibit A shall control. The terms and conditions of Part II -

General Conditions and Exhibit A (and each part thereof) are incorporated herein by this reference and made a part hereof.

12. For the purpose of this Easement, the DOE representative is specified in Exhibit A, and notices as required hereunder shall be forwarded to such individual at U.S. Department of Energy, Nevada Operations Office, P.O. Box 98518, Las Vegas, NV 89193-8518.

For the purpose of this Easement, the Grantee Representative is specified in Exhibit A, and notices as required hereunder shall be forwarded to such individual at NTS Development Corporation, 2330 Paseo Del Prado, Suite C-101, Las Vegas, NV 89102.

IN WITNESS WHEREOF, the parties hereto have caused this Easement to be executed on their behalf by their duly authorized representative as of the date first above written.

**GRANTEE:**

NTS Development Corporation

By: [signature]
Tim Carlson, President

**GRANTOR:**

The United States of America, acting by and through the Nevada Operations Office of the U.S. Department of Energy

By: [signature] for
Kathleen A. Carlson, Manager

**ACKNOWLEDGED and AGREED:**

MNS Wind Company, LLC,
a Delaware limited liability company

By: John A Johansen
Name: John A Johansen
Its:

# U. S. DEPARTMENT OF ENERGY
# NEVADA OPERATIONS OFFICE
# GRANT OF EASEMENT FOR
# WIND POWERED ELECTRIC GENERATING FACILITY

## *PART II*
## *GENERAL PROVISIONS*

A. Availability of Site Facilities and Support Services

1. Grantee may arrange with DOE and its prime contractors at the NTS for use of site facilities and support services, which may include the use of general infrastructure facilities such as roads, utility systems, water wells, etc. and services such as maintenance, repairs, emergency response and other such support services. Exhibit A sets forth a schedule of available site facilities and support services, and the basis for assessing charges and conditions of use therefor, which may be provided under this Easement.

2. The site facilities set forth in Exhibit A will be maintained by DOE to a maintenance level necessary to conduct its authorized programs and activities at the NTS and, during maintenance, in a manner that minimizes impact on the Project. The Government and Grantee acknowledge that roads do not and will not be maintained to meet U.S. Department of Transportation load bearing standards. DOE makes no representation that the facilities are suitable for the use intended.

3. Nothing in this Easement is intended to restrict or impair the right of Grantee or Subgrantee, as the case may be, from securing site facilities and services, including those available from DOE or its contractors, from any other vendor at any time during this Easement; however, it is the desire of DOE and Grantee that Subgrantee will consider, without obligation, using current DOE contractors, to the extent reasonably feasible, consistent with sound commercially reasonable practices, to provide those support services commonly provided to NTS users. Such vendors shall be treated by the DOE in a manner equal to that of vendors providing services for DOE or the prime contractors at the NTS.

4. Grantee may agree in any subeasement to fees, charges, terms and conditions for site facilities and support services, or any other services secured by Grantee and provided to Subgrantee, that are greater than or less than the charges, terms and conditions for site facilities and support services as provided in this Article A. No such agreement, however, shall alter Grantee's rights and obligations under this Easement.

B. Insurance



G-MNS08475

1. Grantee shall procure and maintain and shall require Subgrantee to procure and maintain, each at its own expense, the following insurance coverage in the respective, minimum amounts specified in Exhibit A: (i) Property structures loss and damage (Subgrantee only), (ii) Comprehensive General Liability (including contractual liability), (iii) Automobile Liability, and (iv) Statutory Workers' Compensation coverage. The Government and the prime contractors at the NTS shall be named as additional insureds under the Comprehensive General Liability and Automobile Liability policies of insurance (Grantee shall be an additional insured on the Subgrantee's policies).

2. All insurance which this Easement requires to be carried for general liability and on the Property shall be with such insurers as the Government may from time to time reasonably approve and shall otherwise be in form and in amounts, and issued by an insurer, acceptable to any lender for the Project. Each policy of insurance shall contain a provision for thirty (30) days written notice to the DOE prior to the making of any material change in or the cancellation of the policy. Grantee shall deliver promptly to the DOE a certificate of insurance or a certified copy of each insurance policy required by this Easement and shall also deliver, no later than thirty (30) days prior to the expiration of any such policy, a certificate of insurance or a certified copy of each renewal policy covering the same risks.

C. Condition of Property

1. Grantee has examined, knows, and accepts the condition and state of repair of the Property and the NTS of which it forms a part, and acknowledges that except as set forth in Exhibit A, the Government has made no representation concerning such condition and state of repair, nor any agreement or promise to alter, improve, adapt, repair, or keep in repair the same, or any item thereof, which has not been fully set forth in this Easement which contains all agreements made and entered into between Grantee and the Government. The Government shall reasonably provide Grantee and Subgrantee with current, known information concerning anticipated impacts, including seismic loads, airborne release potentials, and the like, potentially arising from DOE activities that could potentially affect the Grantee's or Subgrantee's activities.

2. The Government has provided Grantee with current, known information concerning environmental conditions on the Property. The Government makes no representation concerning the environmental condition of the Property outside the information provided in the environmental condition report as shown in Exhibit A as appropriate for the particular property.

3. The Grantee at its own expense shall maintain and repair the Property and all means of ingress and egress dedicated specifically (i.e., access not available for other uses) to the Property, and that the same will at all times be kept in at least as good condition as when received hereunder, subject, however, to ordinary wear and tear and loss or damage for which Grantee is not liable

hereunder. Grantee shall insure any structure(s) owned by the DOE in accordance with Article B above.

4. The Government has entered into a Federal Facilities Agreement (FFA) with the State of Nevada which describes the activities the Government intends to undertake in regard to environmental conditions at the NTS. No representations are made concerning further activity on behalf of the Government, either in regard to environmental conditions or otherwise. Financial responsibility for compliance with the FFA shall remain with the Government

D. Existing and Future Easements and Rights of way

This Easement is subject to all outstanding easements and rights of way over, across, in, and upon the Property. To the extent that services cannot be adequately and economically provided by DOE's service systems to the satisfaction of Grantee, the Government acknowledges that Grantee or Subgrantee, or service providers, may seek easements or rights of way over, across, in, and upon the NTS in order to provide utilities and other services to the Property. If the DOE does not approve of a proposed easement or right of way, DOE shall (i) provide to Grantee and Subgrantee the reasons for such disapproval in writing, and (ii) propose alternate locations, where possible, on the NTS. DOE shall support Grantee's or Subgrantee's applications to appropriate jurisdictional authorities for such easements or rights of way (including any easement or right of way requested by Subgrantee pursuant to Paragraph 1(b) of Part I) which do not unreasonably interfere with DOE's use of the NTS.

E. Revocation by Government: Termination by Grantee: Amendment

1. This Easement may be revoked only as provided in this paragraph. In recognition of the consequences that revocation could adversely impact Grantee and Subgrantee and harm the achievement of the Government's economic development initiatives pursuant to Section 3161 of the National Defense Authorization Act of 1993 (Public Law 102-484), the Government shall act in a manner that is not arbitrary or capricious, and shall revoke this Easement only upon the occurrence of the following: (i) failure of the Grantee or Subgrantee to perform or otherwise comply with the terms and conditions of this Easement, which default is not cured within thirty (30) days following written notice of such default to Grantee and Subgrantee; provided, however, that if the nature of the default is such that more than thirty (30) days are reasonably required for its cure, then Grantor and Subgrantee shall not be in default hereunder if Grantor or Subgrantee commences to cure the default within such thirty (30) day period and thereafter diligently prosecutes such cure to completion, (ii) failure by Subgrantee to use the Property for a period of two (2) consecutive years with the intent to permanently abandon its rights under the Subeasement, which failure is not cured with the grace period provided in Paragraph K hereof, or (iii) in the interest of national security, in which event the revocation of this Easement shall be accomplished by eminent domain. The Government shall use

its reasonable efforts to give each Project lender copies of any notices of breach or default given to Grantee or Subgrantee.

2. DOE will provide Grantee with the maximum advance notice that is practicable under the circumstances that revocation of the Easement has been proposed or is under consideration and the opportunity to comment in advance of such revocation. In the event of notices or inquiries from other agencies or offices or in the event of the initiation of litigation which could lead to revocation of the Easement, DOE will provide immediate notice of such information to the Grantee.

3. Grantee may terminate this Easement only in the event of a default by Subgrantee under the Subeasement not cured within any applicable grace period, but such termination shall not relieve Grantee of any continuing obligations under this Easement except as may be specified in Exhibit A.

4. The Government agrees not to modify or amend this Easement without the prior consent of Subgrantee, which consent shall not be unreasonably withheld so long as Subgrantee's rights and obligations are not adversely affected thereby (and in such case, Subgrantee may withhold its consent in its sole and absolute discretion).

F. Damage or Destruction

1. If, during the term of this Easement, the Property, or any part thereof, is damaged by fire or other casualty so as to be rendered untenantable either in whole or in part, and cannot reasonably be restored to substantially its former condition within two (2) years following such fire or other casualty, then DOE or the Grantee or Subgrantee may terminate this Easement and Subeasement as to the portion of the Property so damaged effective the date of such casualty by giving notice to the other within one hundred twenty (120) days following such casualty.

2. In the event of any such damage which does not render all or any portion of the Property untenantable, either in whole or in part or if no party terminates pursuant to the preceding provisions, the damaged area or areas, with all reasonable due diligence will be repaired and restored by the Grantee to substantially the same condition they were in prior to such casualty or as otherwise will be suitable for the Grantee's or Subgrantee's purposes, provided that Subgrantee shall have no obligation to repair the Project if Subgrantee reasonably determines that it is not commercially reasonable to do so. Such restoration shall be commenced and completed as quickly as is reasonably possible. The party making such restoration shall be entitled to receive and use the proceeds of the insurance specified in Exhibit A. Also during the time of such restoration, and to the extent that the Property was not rendered untenantable by the Grantee's or Subgrantee's negligent acts or omissions or willful misconduct, any annual permit fees shall be abated to the extent that all or any portion of the Property is not usable by the Grantee.

G. Surrender

Upon the termination of this Easement or any prior revocation under Article E, Grantee shall quietly and peacefully remove itself and its property from the Property and surrender the possession thereof to the Government; provided, Grantee shall be allowed a reasonable period of time, as reasonably determined by the DOE, in which to remove all of its property from and terminate its operations on the Property. During such period prior to surrender, all obligations assumed by Grantee under this Easement shall remain in full force and effect.

H. Restoration of Property

Upon reasonable notice before any revocation or termination of this Easement, or otherwise within a reasonable period after revocation, at the direction of the DOE, Grantee shall restore the Property and each item thereof to the condition in which it was received, or to such improved condition as may have resulted from any improvement made therein by the Government or by Grantee during the Easement term, subject however, to ordinary wear and tear and loss or damage for which Grantee is not liable hereunder.

I. Installation, Alterations, and Removals

1. The Government and Grantee hereby expressly approve of the construction by Subgrantee of a wind powered electric generating facility on the Property, including the construction and installation of, wind turbine generators, support structures, substations, transformers, electric power and other utility lines and towers, communication lines and equipment, access roads, water and gas lines, and such other systems and appurtenances necessary or advisable for the construction and operation of the Project, all as further described on Exhibit A. The Government and Grantee acknowledge that Subgrantee is relying on the terms and conditions of this Easement in entering into the Subeasement and in constructing the Project.

2. Except as provided in Paragraph 1 above, it is expressly agreed and understood that Grantee will make no other material permanent alterations, additions, or betterments to installations upon the Property without the prior written approval of the DOE, which may include an obligation of removal and restoration upon the revocation or termination of this Easement; provided however, that Grantee and Subgrantee may make repairs and replacements of Project improvements without the consent of the DOE, but subject to coordination with DOE on operational activities. Except insofar as said terms and conditions may expressly provide otherwise, all such alterations, additions, betterments, and installations made by Grantee or Subgrantee shall remain the property of party installing the improvement.

3. During the term of this Easement, or any extension thereof, with the prior written approval of the DOE, Grantee and Subgrantee shall have the right, at its own expense, to install such improvements and additions and to attach such removable fixtures in or upon the Property pursuant to this Easement, and to remove same at any time and upon revocation or termination of this Easement or any extension thereof. All property not so removed shall be deemed abandoned by Grantee and may be used or disposed of by the Government in any manner whatsoever without any liability to account to Grantee therefore, but such abandonment shall in no way reduce any obligation of Grantee to perform restoration under Article H of this Part II. In the event that the Property is not restored to the condition at the time of Easement commencement, ordinary wear and tear excepted, then the Government may cause the Property to be restored at the sole expense of Grantee.

J. Allocation of Liability

1. Grantee covenants that it shall cause the Subgrantee to indemnify and hold harmless the Government, Grantee and DOE's prime contractors at the NTS, with respect to any and all judgments, awards of damages, penalties, or fines by a court of competent jurisdiction or through a regulatory enforcement action, or arbitration awards or settlements reached with the participation and concurrence of the Grantee and Subgrantee (including reasonable attorneys' fees and expenses related to such litigation), to the extent they do not arise from the negligent acts or omissions of the Government, its prime contractors at the NTS, or Grantee, and arise from or are incident to (i) conduct by Subgrantee in its use and occupancy of the Property (including conduct by third parties entering the NTS to conduct business with Subgrantee) giving rise to the judgment, award of damages, penalty, fine, arbitration award or settlement; (ii) damages to the Property or injuries to or death of any person, including without limitation, employees and officers of Grantee or Subgrantee; (iii) any "release" by Subgrantee or its agents as defined in Section 101(22) of CERCLA of any "hazardous substance" as defined in Section 101(14) of CERCLA or petroleum (including crude oil or any fraction thereof) onto or from the Property at any time while this Easement is in effect; (iv) failure of Subgrantee to comply with applicable environmental laws; and (v) the transportation, deposit, storage, or disposal by Subgrantee of hazardous substances or petroleum off-site of the Property.

2. Grantee shall require Subgrantee to covenant that any property of the Government lost, damaged, or destroyed by the Subgrantee incident to its conduct in the use and occupancy of the Property shall be promptly repaired and replaced by Subgrantee to the satisfaction of the DOE, or in lieu of such repair or replacement, Subgrantee shall, if so required by the DOE, pay to the Government money in an amount sufficient to compensate for the loss sustained by the Government by reason of the destruction of the property.

3. The Government accepts that, without conditions, the Grantee and Subgrantee shall not be responsible for any claims, damages, causes of action, proceedings, judgments, or suits, and

all liabilities, losses, costs or expenses (including without limitation, technical consultant fees and reasonable attorneys' fees) to the extent they do not arise from the negligent acts or omissions of the Subgrantee and may arise from or be incident to (i) conduct of the Government or the prime contractors at the NTS in providing services to the Grantee; (ii) any "release" by the Government or its agents as defined in section 101(22) of CERCLA or any "hazardous substance" as defined in Section 101(14) of CERCLA, or petroleum (including crude oil or any fraction thereof) onto or from the Property at any time prior to the effective date of this Easement; (iii) the failure of the Government to comply with applicable environmental laws; or (iv) the transportation, treatment, deposit, storage, or disposal by the Government of hazardous substances or petroleum off-site of the Property.

K. Abandonment of Property

In the event Subgrantee fails to utilize the Property for the Economic Development Activity for a period of two (2) consecutive years, the DOE shall have the right to terminate this Easement. DOE shall provide sixty (60) days notice prior to such termination.

L. Laws. Ordinances. Rules and Regulations

Grantee shall, and shall require Subgrantee to, comply with all applicable laws, ordinances, rules and regulations of the Federal Government, State, county and municipality wherein the Property is located with regard to health, safety and the environment and shall obtain all applicable licenses or permits to do business or otherwise conduct regulated activities (except that DOE shall arrange for any necessary water rights on the NTS). It is understood that Grantee's activities are considered commercial in nature and, as such, shall be subject to the same requirements as would apply to such activities if not conducted on public property. It is expressly understood that DOE assumes no oversight or enforcement responsibility for safety and health, and DOE specifically defers to the jurisdiction of the appropriate authorities for such matters. However, because the Property is withdrawn public property and will be used concurrently with DOE's own mission, DOE reserves the right to review the Grantee's safety plans which shall be consistent with the Safety and Health Program Management Guidelines of the Occupational Safety and Health Administration as published in the Federal Register (54 F.R. 3908 on January 26, 1989).

M. Cultural Items

Grantee shall, and shall require Subgrantee to, protect and preserve any historical, archaeological, architectural, or other cultural artifacts, relics, vestiges, remains, or objects of antiquity. In the event such items are discovered, the Grantee shall immediately notify the DOE and protect the area and the material from further disturbance until DOE, Grantee, or Subgrantee, as the

case may be, has completed the required coordination with the appropriate authorities and otherwise complied with applicable law.

N. Liens

Grantee shall promptly discharge or cause to be discharged or bonded any valid lien, right in rem, or claim, caused by Grantee and/or any Subgrantee which at any time may arise or exist with respect to the Property or materials or equipment furnished therefor, or any part thereof, on behalf of Grantee.

O. Payments and Interest

All payments to the Government required under this Easement shall be made by check or money order made payable to the U.S. Department of Energy and delivered to the DOE. Notwithstanding any other provision of this Easement, all amounts that become payable by Grantee to the Government under this Easement shall bear interest if not paid within thirty (30) days following written notice of the failure to make such payment when due until paid. The interest rate per annum shall bear the interest rate in effect which has been established by the Secretary of the Treasury pursuant to Public Law 92-42; 85 STAT 97 for the Renegotiation Board, as of the date the amount becomes due as herein provided.

P. Access to Property

The Government or its designated representatives shall have the right of access to the Property for the sole purpose of providing agreed services, maintenance and repair, conducting inspections authorized under this Easement, or responding to a health or safety emergency. In all instances except for emergency response and inspections by regulatory authorities, access to the Property shall be scheduled in advance through the DOE or in accordance with agreements for the provision of services, maintenance and repair. The Grantee shall provide the DOE with a schedule of operations and hours for the Property. The Grantee and Subgrantee shall have the right to accompany the DOE, the Government or its designated representatives in their exercise of this right to access to the Property.

Q. State and Local Taxes

In the event that as a result of any future Act of Congress subjecting Government-owned property to taxation, any taxes, assessment, or similar charges are imposed by state or local authorities upon the Property (other than upon Grantee's possessory interest therein), Grantee shall pay the same when due and payable.


G-MNS08482

R. Failure of Government to Insist on Compliance

The failure of the Government to insist, in any one or more instances, upon performance of any of the terms, covenants, or conditions of this Easement shall not be construed as waiver or relinquishment of the Government's right to the future performance of any such terms, covenants, or conditions, and Grantee's obligations with respect to such future performance shall continue in full force and effect.

S. Assignment or Subletting

Neither Grantee nor Subgrantee shall transfer or assign this Easement, the Subeasement or any interest therein or in any portion of the Property or rights therein without the prior written consent of the Government, which consent shall not be unreasonably withheld, conditioned or delayed, except for reasons of national security. Under any assignment made, the assignee shall be deemed to have assumed all of the obligations of the assignor hereunder, but no assignment shall relieve the assignor of any of Grantee's obligations hereunder except as hereinafter provided. Subgrantee may hypothecate, mortgage or pledge all or any portion of the Subgrantee's right, title or interest under the Easement and Subeasement or in any improvements on the Property as security for any indebtedness or obligation relating to the Project, or any part thereof, to any lender approved by the Government (an "*Approval Lender*"), which approval shall not be unreasonably withheld, conditioned or delayed, except for reasons of national security. In the event of a default under the loan, the Approved Lender (or an approved designee) may succeed to the interests of Subgrantee in the Property by foreclosure or otherwise. Upon any assignment to an assignee approved by the Government, the assignee, shall be deemed to have assumed Subpermittee's obligations under the Subeasement, and the Subpermittee shall be released of all obligations and liability under this Easement and the Subeasement.

T. Conduct Standards

1. Equal Employment Opportunity

In connection with the performance of work under this Easement, Grantee agrees to comply with applicable laws prohibiting discrimination against any employee or applicant for employment because of race, religion, color, age, sex, or national origin or disability.

2. Covenant Against Contingent Fees

Grantee warrants that no person or selling agency has been employed or retained to solicit or secure this Easement upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bonafide employees or bonafide established commercial or

selling agencies maintained by Grantee for the purpose of securing business. For breach or violation of this warranty, the Government shall have the right to annul this Easement without liability or in its discretion to add to the rental price or consideration, or otherwise recover, the full amount of such commission, percentage, brokerage, or contingent fee.

3. Officials Not to Benefit

No member of or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this Easement, or to any benefit arising from it. However, this clause does not apply to this Easement to the extent that this Easement is made with a corporation for the corporation's general benefit.

4. Gratuities

The right of Grantee to proceed may be revoked if, after notice and hearing, the agency head or a designee determines that Grantee, its agents, or another representative:

(a) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(b) Intended, by the gratuity, to obtain a lease or permit or favorable treatment under a lease or permit.

U. <u>Notices</u>

No notice, order, direction, determination, requirement, consent, or approval under this Easement shall be of any effect unless in writing. All notices required under this Easement shall be addressed to Grantee c/o LEXIS Document Services, 202 S. Minnesota Street, Carson City, NV 89703 and LEXIS Document Services, 1029 J Street, Suite #100, Sacramento, CA 95814.

V. <u>Administration</u>

The DOE representative specified in Exhibit A of this Easement shall have complete charge of the administration of this Easement, and shall exercise full supervision and general direction thereof insofar as the interests of the Government are affected.

W. <u>Severability and Substitution</u>

1. In the event that any provision or portion of this Easement is declared unlawful or unenforceable by a court of law of competent jurisdiction, the remainder of this Easement shall

continue and remain in full force and effect, as if the unlawful or unenforceable provision or portion had been stricken from this Easement. Nothing herein, however, shall preclude revocation as provided above.

2. In the event that the authority or rights of DOE in relation to the Property or the NTS is modified by statute, regulation, court order, or other lawful order, DOE shall, as appropriate, affirm this Easement or enter into a Lease or other binding lawful instrument with Grantee that implements and sets forth the spirit, purposes, terms, and conditions of this Easement (except for the circumstances of revocation set forth in Article E of this Part II and not excluded below). Grantee agrees to enter into such other lawful instrument so long as the other lawful instrument implements and sets forth the spirit, purposes, terms, and conditions of this Easement (except for the circumstances of revocation set forth in Article E of this Part II and not excluded below).

3. In the event that Grantee or Subgrantee requests a lease, easement, right of way or other lawful instrument from another agency of government having competent jurisdiction over the NTS, DOE agrees to support the request, grant permission to Grantee and Subgrantee to engage in the Economic Development activity authorized by this Easement under such lease, easement, right of way or instrument, and administer such lease, easement, right of way or other instrument under an agreement or understanding with the agency in question; provided, however, that DOE will retain the right to require termination of such lease or instrument under the same terms and conditions of this Easement.

X. General Provisions

1. Whenever any Part of this Easement (or Exhibit A or any other exhibit), or the Subeasement or Compensation Agreement grants the Government or Grantee the right to take action, exercise discretion, establish rules and regulations or make an allocation or other determination, the Government and Grantee shall act prudently and in good faith.

2. Provided that the Grantee or Subgrantee observe and perform all of the obligations hereof, Grantee and Subgrantee shall peaceably and quietly hold and enjoy the Property for the term provided herein without interruption by the Government or any person or persons claiming by, through or under the Government. The Government warrants to Grantee and Subgrantee that it has the power and authority to enter into this Easement.

3. The Government and Grantee acknowledge and agree that Subgrantee may in its sole discretion cause this Easement and the Subeasement to be recorded in the official records of the County where the Property is located and such other governmental offices necessary to impart constructive notice of its interest in the Property. Upon request by Subgrantee, the Government and Grantee agree to execute for recordation a short form or memoranda of the Easement and

Subeasement, and such other documents or instruments reasonably requested by Subgrantee, in form and reasonably acceptable to Subgrantee.

4. This Easement and the Subeasement shall constitute covenants running with the Property, and shall inure to the benefit of Subgrantee and its successors and assigns. Part I, Exhibit A and the Recitals of this Easement are incorporated herein by this reference and made a part hereof.

5. This Easement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same document.

6. To the extent not in conflict with applicable federal law, this Easement shall be governed by and construed according to the laws of the State of Nevada. To the extent not in conflict with applicable federal law, any claims or disputes hereunder shall be resolved in accordance with the arbitration procedures set forth in the Subeasement.

U.S. DEPARTMENT OF ENERGY
NEVADA OPERATIONS OFFICE
GRANT OF EASEMENT
EXHIBIT A FOR WIND GENERATED ELECTRICAL GENERATION AREA

1. Map of Property

A map showing the location and boundary of the Property is attached as Attachment A-1. The Property is located in Areas 29 and 30 of the Nevada Test Site ("NTS") and consists of approximately 664 acres. As mutually agreed upon and approved by the DOE, Grantee, and Subgrantee, additional areas may be developed on the NTS.

2. Description of Economic Development Activity

The Economic Development Activity authorized and facilitated at the NTS through this Easement is the use of the Property for ventures related to businesses consistent with the construction, operation and maintenance of a wind powered electric generating facility. The total project will be developed in three phases. The Grantee and the Subgrantee have the exclusive right for the installation of the first 545 wind turbines on the NTS. Each phase will be individually agreed upon and approved by the DOE. To exercise this right, the Grantee and Subgrantee will have 24 months from the date this Easement is executed to obtain DOE approval of additional easements.

The initial phase will be generally located in Areas 29 and 30 of the NTS and will consist of approximately 175 wind turbines. The turbines will be 900 kW to 2000 kW machines up to 400 feet in total height with a foundation approximately 50 feet deep. The initial turbine areas are depicted in Attachment A-1 along with means of ingress and egress to the Property. Additionally, electric transmission and distribution lines necessary to interconnect with the NTS electric utility system will be constructed.

3. Duration and Use Fee

a. The duration of this Easement shall be 35 years from the date of execution, unless earlier revoked in the event of a default under the terms of this Easement, plus an additional ten (10) year period if approved by the DOE, unless otherwise extended by mutual agreement of the parties.

b. In consideration of the rights and privileges granted to Grantee under this Easement, Grantee agrees to pay the Government a fee in the amount of $1.00 per year in the manner and on the terms provided in Part I and Part II of this Easement.

4. **Insurance Requirement**

The following minimum levels of insurance apply pursuant to Article B of Part II of this Easement:

| | | Grantee |
|---|---|---|
| a. | Structures loss and damage: | N/A |
| b. | Comprehensive general liability: | $ 1,000,000 |
| c. | Automobile liability: | $ 1,000,000 |
| d. | Statutory workers compensation: | per statute |

The insurance requirement for the Subgrantee will be based upon the size and nature of the activity, and will be at a minimum those values stated above for the Grantee. The recommended amount of Subeasement insurance for each category will be provided to DOE by Grantee at the time of each Project Location and Screening Process submittal.

5. **Personal Property Inventory**

None

6. **Operational Conditions on Use**

a. Grantee shall require each Subgrantee to prepare and maintain an Operations Safety Manual that sets forth health and safety procedures and emergency procedures for the Economic Development Activity as well as operational security procedures related to Subgrantee's activities. DOE intends that Grantee and Subgrantee shall comply with a single set of requirements for health, safety and emergency procedures that conform to the applicable requirements of the Occupational Safety and Health Administration and other agencies having jurisdiction over the commercial activities of the Grantee and Subgrantee. Pursuant to Article L of Part II of the Easement and prior to the commencement of any site activities (exclusive of preparatory activities approved by the DOE), the Grantee and Subgrantee shall submit the Operations Safety Manual to DOE for review. DOE will reasonably determine whether suitable processes have been described in the manual to ensure appropriate oversight by regulatory agencies, whether there are any conflicts with DOE health, safety and emergency requirements

that must be mitigated or eliminated, and whether there are any additional health, safety or emergency requirements that need to be added to the manual to avoid situations that could materially and adversely impact the health and safety of DOE activities; provided, however, that nothing in this provision will authorize DOE to assert jurisdiction to direct conduct of activities by the Grantee or Subgrantee within the primary jurisdiction of another federal agency. The DOE Management and Operating Contractor will accomplish review of the Operations Safety Manual at the Grantee's or Subgrantee's expense.

b. Activities of the Subgrantee must be coordinated with ongoing Government operations at the NTS. The DOE Site Management Division shall be responsible for internal Government communication and implementation of the coordination and scheduling procedures and shall serve as the point of contact for the Government with Grantee and Subgrantee. Direct communication shall be established between DOE and the Subgrantee for day-to-day scheduling and activities coordination. In the event of operational scheduling conflicts that cannot be resolved by the Subgrantee and the DOE, the Manager for DOE Nevada Operations Office shall be the final determining authority.

c. In the course of the Economic Development Activity, Grantee and Subgrantee shall not transit areas or engage in activities in a manner inconsistent with the scheduling and coordination procedures established under Subparagraph b, above, and Section 10 of this Exhibit A.

d. The Grantee shall require each Subgrantee to provide to the fire Department in Mercury a complete set of Material Safety Data Sheets for their facility and a duplicate key to all locks at their facility.

7. <u>Site Facilities and Support Services</u>

a. Charges for site facility usage (common site support costs associated with operating and maintaining the Nevada Test Site which benefit all users) and separate support services will be determined on a reimbursable basis at rates that are effective for the period. Provisional rates will be provided upon request.

b. Grantee will require Subgrantee to consider in good faith, but without obligation, utilizing support services available from DOE management and operating contractors in the Economic Development Activity, including, but not limited to:

I. design, procurement, construction and maintenance service for roads, parking areas, access roads, buildings, facilities, and associated infrastructure on or to the Property to the specifications of Grantee and Subgrantee.

II. electric power,

III. water,

IV. telecommunication services,

V. computer network services,

VI. construction equipment,

VII. transportation equipment or services,

VIII. maintenance services, including janitorial, landscaping, repair, and trash service,

IX. hazardous materials transportation and disposal services,

X. machine shop equipment and services, calibration equipment and services, security services for the Property,

XI. such other services as the Government, Grantee, and Subgrantee might agree.

c. Grantee agrees, and will require Subgrantee to utilize emergency medical services and emergency fire and hazardous materials emergency response services available from DOE management and operating contractors. Charges for these services will be reimbursed at rates in effect for the period.

d. Except as provided in subparagraph c above, subparagraph e below, and paragraph 11 (i), the Government and Grantee acknowledge and agree that Subgrantee shall have no obligation to utilize the support services provided by the DOE, Grantee or their respective contractors. DOE shall provide to Grantee the terms and conditions for the provision of such services, including price, quality, and duration of service.

e. The DOE agrees to provide operation and maintenance services for roads, transmission and distribution systems, and other infrastructure as deemed necessary by the Subgrantee. Such operation and maintenance work will be accomplished through the DOE Management and Operating Contractor at the Subgrantee's request

and expense. Charges for these services will be reimbursed at rates in effect for the period.

8. Real Property Condition Report

DOE and Grantee agree that the Real Property Condition Report is made a part hereof as Attachment A-2.

9. Environmental Condition Report

DOE and Grantee agree that the Environmental Conditions Report is made a part hereof as Attachment A-3. The Property is located within an area known to be desert tortoise habitat, the only Candidate or Listed Species for the area. Ground disturbance in this area will meet the terms and conditions of the Final Programmatic Biological Opinion for tortoise protection at the NTS, received from the United States Fish and Wildlife Service in August 1996. The Grantee acknowledges that complete copies of the documentation described above have been provided to the Grantee and Subgrantee.

10. Access and Security Procedures

a. DOE provides general security for the NTS for the Government's operational purposes. Under this security policy, unauthorized persons are not permitted access inside the secure boundaries of the NTS. Grantee or Subgrantee will submit a request for approval by the DOE of those persons who will need access to the secure boundaries of the NTS for purposes associated with the Economic Development Activity. DOE will issue authorization for those persons to enter the secure boundaries of the NTS consistent with DOE security requirements, including necessary badging and security processing for Grantee, Subgrantee, their employees, representatives, contractors, suppliers, customers, and guests, as designated by Subgrantee, as well as permanent access and badging procedures for the employees and customers of Subgrantee. Grantee and Subgrantee acknowledge that visitors, guests, customers, contractors, or employees of Grantee or Subgrantee who are not citizens of the United States must comply with additional security procedures for those circumstances.

b. Ingress and egress to and from the secure boundaries of the NTS shall be by means of ground transportation. Helicopter access is subject to prior approval by the DOE. Grantee and Subgrantee shall restrict their access and movement on the secure boundaries of the NTS to the common facilities of Mercury in Area 23 of the NTS, to the Property (and related easements) and to designated ingress/egress corridors. Grantee and Subgrantee shall have the right to use such areas and the designated

ingress/egress corridors to the Property for the duration of this Easement in accordance with this Exhibit A. All other areas of the NTS are restricted, and Grantee and Subgrantee are prohibited from entering such restricted areas, except as approved by the DOE. Any other access into restricted areas of the NTS will be handled on a case-by-case basis in accordance with DOE policies and practices and, to the extent practicable will be handled in a manner that will have minimal impact on the economic development activity authorized by this permit.

c. Ingress and egress to and from the Property shall be by means of ground transportation, unless other transportation is specifically approved by the DOE.

d. Should the DOE subsequently determine that national security interests will be adversely impacted by Grantee or Subgrantees' continued use of the present access roads to the Property, DOE shall have the unilateral right to change the access corridor. In such event, DOE will arrange for a reasonable alternate corridor to access the Property.

e. Grantee shall require Subgrantee to prepare and maintain Operational Security Procedures as approved by the DOE for access and organizational activities of the Subgrantee.

11. Power Delivery

a. The Grantee through its Subgrantee agrees to provide a benefit to the DOE equivalent to a ten percent (10%) reduction in energy usage based upon total NTS consumption for fiscal year 2000. For purposes of this section, the consumption at the NTS in fiscal year 2000 is 102,000 MWh.

b. This benefit shall be based upon the Subgrantee's installed generation capacity on the NTS and delivery of energy as provided herein. Up to 260 MW of installed generation capacity is expected to be developed by the Subgrantee and/or its affiliates at the NTS in three phases with an expected annual energy production of 795,000 MWh plus or minus 15%.

c. In consideration for the use of the NTS, energy losses shall be assessed at a rate fixed at 1.28% of Subgrantee's energy production. Grantee and Subgrantee shall have the right to interconnect with and use the transmission and distribution system on the NTS for the duration of this Easement in accordance with this Exhibit A. The design and location of the interconnection points shall be mutually agreed upon by DOE, Grantee and Subgrantee.