AMPIA (R)
AMPIA (RF)
MGR (RF)

OED
THORNTON
6/ /2001

D/AMPIA
MORGAN
6/ /2001

AMPIA
HAMER
6/ /2001

D/MGR
POWERS
6/ /2001

AMPIA
SECRETARY
6/ /2001
5-5603

JUN 12 2001

Colonel Jack C. Schofield
USAF/DOE Liaison Office
NNSA Nevada Operations Office
P.O. Box 98518
Las Vegas, NV 89193-8518

PROPOSED WIND TURBINES FOR THE NEVADA TEST SITE (NTS), ENVIRONMENTAL ASSESSMENT

Reference memorandum from Col. Eidsaune to Col. Schofield, dtd 5/24/01, subject as above.

Thank you for forwarding the comments on the subject draft environmental assessment and draft Finding of No Significant Impact. We are aware of the United States Air Force (USAF) concerns with locating wind turbines on the NTS. The environmental assessment for this project was intended as a bounding document to evaluate the environmental impacts of the entire proposed project. At this time only Phase I of this project has been approved by the National Nuclear Security Administration Nevada Operations Office (NNSA/NV) pending successful completion of the National Environmental Policy Act (NEPA) process. Future phases of the project, including Pahute Mesa and the eastern ridges of the Shoshone Mountain area, are subject to NNSA/NV approval and will be fully coordinated with the users of the NTS to eliminate or reduce to an acceptable level of interference with other missions at the NTS. Completion of the NEPA process does not constitute final NNSA/NV approval of future phases.

We have requested that the NTS Development Corporation and MNS Wind provide this office with a formal request for any changes in their requirements for use of the NTS beyond those identified in the current easement for this project. The formal request should include additional NTS locations, tower heights, and turbine output. We have requested this information by June 12, 2001. Once this information is received, we will coordinate with the USAF and other users of the NTS prior to any approval for NTS use beyond those identified in the current easement for this project.

If you have any questions concerning this response, please contact Kevin Thornton at 295-1541.

**Original Signed By**

Kathleen A. Carlson
for Kenneth W. Powers
Deputy Manager

AMPIA:kdt-11
ENV11-04

**DEPARTMENT OF THE AIR FORCE**
**LAS VEGAS, NEVADA**

24 May 2001

MEMORANDUM FOR USAF/ DOE LIAISON OFFICE (COL SCHOFIELD)

FROM: COL DAVID W. EIDSAUNE

SUBJECT: Proposed Wind Turbines for the Nevada Test Site (NTS), Environmental Assessment (EA)

1. The Department of Energy has a proposal to develop, in three phases, a commercial alternative energy production facility on the NTS using wind turbines. The proposal if implemented would lead to construction, in a 4-year period, and operation of as many as 545 wind turbines installed on top of the Shoshone Mountain area including Dome Mountain, Pahute Mesa, Skull Mountain, and several other unnamed ridge tops.

2. Phase I- Shoshone Mountain portion of the project, is to be completed by the end of 2001. Phase II would include installation of additional wind turbines on Shoshone mountain and Dome Mountain, and Phase III would include installation of wind turbines on Pahute Mesa and Skull Mountain and other proximity ranges, which would be completed by 2004.

3. The DOE has stated that there appears to be no significant impact or interference with DOE missions at any of the wind turbine farm sites. It should be noted that other users of the NTS might be severely impacted by any given site. The Air Force is anticipating adding some new sites for systems on the Pahute Mesa in the near future. The impacts because of proximity of the turbines could result in diminished performance of the systems and they could compete for their exact location with our proposed sites.

4. A conclusion of " no interference" may be somewhat optimistic. This may not be supported, if investigation into future proposed projects proves that there will be significant impacts on other agencies operations. There may be major impacts on future new concepts and scientific technologies. The NTS is a one-of-a-kind facility and should be protected to the maximum extent possible for the testing of any new concepts or projects that might need that environment. The mere fact that a significant amount of foreign involvement will occur will deter many sensitive operations from wanting to perform their mission on the NTS. Many large exercises that have used the NTS in the recent past will certainly take a close look at whether the NTS is the right place for them to continue testing and training.

5. Several months back, a classified discussion was held at the Nevada Support Facility, with the appropriately cleared personnel. The discussion addressed many of our specific concerns over what impacts the wind turbine farms might have on projects and operations on the Nevada Test and Training Range (NTTR). It was agreed that serious consideration should be given to ***not*** use the Pahute Mesa Areas of the NTS as well as the Eastern ridges of the Shoshone Mountain area. Classified inputs can be made through the proper channels, if required, to support these concerns.

6. The land area proposed for the entire wind turbine project covers a total of about 108 square miles, or 69,120 acres from Areas 25, 27, 29, 30, 18 and 19. In the past the DoD has requested and received permission to use the airspace (R4808) for many classified and unclassified missions over the NTS. Many of these flights required overflight at very low altitudes (as low as 100'). These altitudes were required to accomplish the mission and to get the appropriate data for future reference. All of this flying was in support of the Warfighter to prepare them for any future conflicts which might require a similar environment and situation. With the proposed wind turbine project, low level flight would have to be at significantly higher altitudes and will degrade the training and testing that has been done in the past. Again, we must emphasize the fact that the NTS is a unique piece of land and airspace. It is surrounded by the NTTR and as such becomes a very important joint use airspace which has in the past allowed DoD to properly train and test, and to prepare all of the various Services for any tasking or conflict that might occur throughout the world.

7. The Tippipah ridge is located directly above the U-16 tunnel complex. The DoD has in the past been tasked to support missions in conjunction with locations on the NTS such as this one. We don't know what exact impact the wind turbine blade rotation and tower mass will have on ground tracking radar and imaging systems that are used for following the aircraft and the weapon to the target. There should be little or no effect on the aircraft instrumentation, however, if laser technology is used there is the possibility of laser scattering when the aircraft is approaching the target systems and equipment will be at ***risk***.

8. The impacts on other NTTR activities, which occur on three sides of the NTS, cannot be fully scoped at this time. The wind turbines certainly have the potential to severely impact, degrade or curtail operations as they exist today. Some of these missions are extremely expensive, sensitive and absolutely necessary to protect the future of this country. It is expected that the doppler effect from rotor rotation and reflection, mass signature will have severe impacts on the NTTR instrumentation sites.

9. We are pleased to be able to provide inputs on our concerns for the Wind Turbine Project as it pertains to the NTTR. The Environmental Assessment appears to have looked at all of the environmental concerns except for many of the operational impacts that may affect the missions on the NTTR. We recommend that serious consideration be given to close coordination with the Air Force before any approval of the wind turbine project. You should be prepared to deny installation of the wind turbines in many locations as previously discussed because of the potential impact on the NTTR missions and the potential impact on the security of this country.

10. We appreciate your careful consideration of the impacts discussed in this letter and hope that we can continue our good neighbor policy of cooperation as we have in the past. If you have any questions or need further information, please don't hesitate to contact Mr. Shelby Friend at 702-382-9051 ext. 5-4293 or any of my staff.

DAVID W. EIDSAUNE, Colonel, USAF
Commander

**Department of Energy**
Nevada Operations Office
P.O. Box 98518
Las Vegas, NV 89193-8518

AUG 3 2001

Distribution

NOTICE OF INTENT TO PREPARE AN ENVIRONMENTAL IMPACT STATEMENT (EIS) FOR THE PROPOSED WIND FARM AT THE NEVADA TEST SITE (NTS)

The National Nuclear Security Administration Nevada Operations Office (NNSA/NV), announces its intention to prepare an EIS for a proposal to allow the NTS Development Corporation (the designated community reuse organization for the NTS) and M&N Wind Power, Inc., and Siemens to construct, operate and maintain a wind farm at the NTS. This proposal, if fully implemented, would consist of up to 545 wind turbines generating up to approximately 600 megawatts of electricity. The Wind Farm would encompass approximately 432 hectares (1069 acres) of land on the NTS. The EIS will address potential environmental impacts of the construction, operation, and maintenance of the wind farm.

In November 2000, NNSA/NV began preparation of an environmental assessment (EA) for the proposed project. At that time a public scoping meeting for the EA was held in Pahrump, Nevada. The Preapproval Draft EA was provided for review and comment to Nevada State agencies, other federal agencies, affiliated American Indian tribes, and other interested parties in March 2001. Commentors raised several issues, including surrounding NTS land use, inadequacy of current power distribution systems, the potential impacts on cultural and biological resources at the proposed sites, and the need to gather additional information on these concerns. Based upon its analysis, NNSA/NV determined that an EA would not support a Finding of No Significant Impact. Therefore, pursuant to the National Environmental Policy Act (NEPA) of 1969, as amended (42 USC 4321 et seq.), and U.S. Department of Energy Regulations Implementing NEPA (10 CFR Part 1021), NNSA/NV decided to prepare an EIS for the Proposed Wind Farm at the NTS. A Notice of Intent to prepare an EIS was posted in the Federal Register on July 25, 2001. A copy of the notice is enclosed.

Public participation in the Wind Farm EIS process is invited. Two scoping meetings will provide the public with an opportunity to ask questions, and present issues and concerns regarding the proposed project that should be addressed in the EIS. The location, date, and time for these public scoping meetings are as follows:

Las Vegas, Nevada--
August 16, 2001, 5 pm-8 pm
National Nuclear Security Administration
Nevada Operations Office
232 Energy Way
North Las Vegas, Nevada 89030

Pahrump, Nevada--
August 17, 2001, 6 pm-9 pm
Bob Rudd Community Center
150 North Highway 160
Pahrump, Nevada 89060

Comments on the proposed scope of the Wind Farm EIS will be accepted through August 24, 2001.

General questions concerning the Wind Farm project may be submitted by e-mail to nepa@nv.doe.gov, or in writing to:

Mr. Kevin Thornton
National Nuclear Security Administration
Nevada Operations Office
P.O. Box 98518
Las Vegas, NV 89193-8518

Questions on the NEPA process may be directed to Linda M. Cohn, NEPA Specialist, at (702) 295-0077.

for Kenneth A. Hoar, Director
Environment, Safety & Health Division

ESHD:LMC-1319
ENV 11-01

Enclosure:
As stated

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 98TH RANGE WING (ACC)**
**NELLIS AIR FORCE BASE, NEVADA**

MEMORANDUM FOR USAF/DOE LIAISON OFFICE

FROM: 98 RANW/CC
3770 Duffer Drive
Nellis AFB NV 89191-7001

SUBJECT: Detailed Wind Turbine Data to Conduct Air Force Assessment

1. Based on proposed proliferation of wind turbines on the Nevada Test Site, the 98th Range Wing is finalizing a staff package with preliminary findings of impacts to Nevada Test and Training Range (NTTR) operations. The expected release of the package is no later than 4 December 2001 for Air Force coordination; however, additional information is required.

2. To meet our release date for coordination, we need detailed latitude, longitude, and elevation data for each of the proposed turbine sites to assess line-of-sight issues. We also need tower heights and blade lengths and composition to determine line-of-sight and expected radio frequency reflectivity. The information we have been working with appears to be dated based on information discussed during the 28 October 2001 meeting among Air Force representatives, wind turbine contractors, and Senator Reid's regional manager, Mr. Reynoldson.

3. We have a Geographical Information Systems (GIS) file dated 26 July 2001 with Phase I, Phase I expansion, Phase II and Phase III. We need confirmation this information is still valid and require the same information for Phase IV. We have been working under the following assumptions with respect to wind turbine tower and blade dimensions:

a. Phase I consists of NEG Micon 650 kW wind turbines with towers 60 meters tall and blades 50 meters in diameter. The construction of the blades is fiberglass with a fiberglass core.

b. Phase I expansion consists of NEG Micon 900 kW wind turbines with towers 82 meters tall and blades 72 meters in diameter. The construction of the blades is fiberglass with a carbon steel rod.

c. Phase II consists of NEG Micon 1.5 MW wind turbines with towers 98 meters tall and blades 72 meters in diameter. The construction of the blades is fiberglass with a carbon steel rod.

d. Phase III consists of NEG Micon 2.0 MW wind turbines with towers 98 meters tall and blades 72 meters in diameter. The construction of the blades is fiberglass with a carbon steel rod.

We request confirmation of our assumptions or actual data on the physical dimensions of the towers and blades for each phase or grouping of wind turbines. Confirmation of blade construction materials is also required.

*Global Power for America*

4. It was our understanding that the wind turbine contractors had agreed to provide the information in this memorandum. In addition, Mr. Randy Buff, 98th Range Squadron, had requested Mr. Kevin Thornton investigate the availability of infrared (IR) signature data on the wind turbines in July 2001. If IR data is available, we would also appreciate that information.

5. Request your assistance in working with Department of Energy personnel to obtain the information above. My point of contact is Mr. Warren Lee, XP, 702-653-4646.

Yvonne M. Greenell, for
WILHELM F. PERCIVAL
Colonel, USAF
Commander

cc:
HQ ACC/DOR

**Thornton, Kevin D.**

**From:** Johnson, Glen, LT COL
**Sent:** Thursday, June 07, 2001 1:40 PM
**To:** Thornton, Kevin D.
**Cc:** Schofield, Jack C., COL
**Subject:** MNS Wind Project

Kevin,

Here is the information we would like on the MNS Wind Project:

1. What is the composition and dimensions of the turbine blades?
2. Is it the same for the small and large turbines?
3. What is the projected RPM of the turbines?
4. What are the dimensions for the large turbine and turbine blades?
5. Where are the planned locations for the turbines in phase I? Top of the proposed sites, or along the slopes?
6. Do you have coordinates for the proposed turbine sites?
7. How many turbines, of each type, for phase I?

Thanks for the help in obtaining this information,

Glenn

## Robertson George Civ AF/TEZ

**From:** Johnson, Glen, LT COL
**Sent:** Thursday, June 14, 2001 1:21 PM
**To:** 'James.Towery@nellis.af.mil'
**Cc:** Schofield, Jack C., COL
**Subject:** MNS Wind Turbine Project

Jim,

Here is a map for the new Phase 1 proposal for the MNS wind turbine project on the NTS. The proposal expands from the original Shoshone Mtn. location to now include Repeater hill to the East and Dome Mtn. to the West. I will drop off turbine specific information for your assessment this afternoon. The approval / disapproval for this expansion was supposed to be voted on this afternoon. It has been tabled until the Air Force is able to do an assessment on the new proposed locations.

00-029 Attachment A rev 1.jpg

Gnome

## Robertson George Civ AF/TEZ

**From:** Thornton, Kevin D.
**Sent:** Monday, July 16, 2001 3:34 PM
**To:** Schofield, Jack C., COL; Johnson, Glen, LT COL
**Subject:** RE: Wind Turbine Specs.

OOPS.

technical description.pdf

-----Original Message-----
**From:** Schofield, Jack C., COL
**Sent:** Monday, July 16, 2001 12:32 PM
**To:** Thornton, Kevin D.
**Subject:** RE: Wind Turbine Specs.

Nothing here.

-----Original Message-----
**From:** Thornton, Kevin D.
**Sent:** Monday, July 16, 2001 11:45 AM
**To:** Johnson, Glen, LT COL; Schofield, Jack C., COL
**Subject:** Wind Turbine Specs.

Here are the specs for the 900 KW tubine. They discuss the blades starting on page 9.

Let me know if you need more information. I am still trying to get more on the larger turbines.

Kevin

**Robertson George Civ AF/TEZ**

**From:** Thornton, Kevin D.
**Sent:** Wednesday, October 24, 2001 2:44 PM
**To:** Schofield, Jack C., COL; Johnson, Glen, LT COL
**Subject:** Wind Turbine Data

Here is the data you requested on the Wind Turbines.

Tower Heights depend on the wind in the area. They have three basic towers:

55m/180ft
80m/262ft
98m/321ft

the blades lengths are based on the turbine size:

900 kW blades are 85.5ft
1.5 MW blades are 105ft.

This would make the maximum height of a tower and blade 426 ft.

Rotor speeds are

900 kW 22/15 rpm (this one has a two speed gear box)
1.5 MW 17.3 rpm

Hope this helps.

Kevin

**Hutchins, Virginia A.**

**From:** Schofield, Jack C., COL
**Sent:** Monday, November 05, 2001 8:43 AM
**To:** Thornton, Kevin D.
**Subject:** FW: Mns Wind Turbines

Kevin - have you seen any of this info. Apparently, Nellis asked them for more info during their meeting and they were suppose to send to me. I haven't seen anything - have you?

Thanks

Jack

-----Original Message-----
**From:** Johnson, Glen, LT COL
**Sent:** Friday, November 02, 2001 12:05 PM
**To:** 'snakeshome@msn.com'
**Cc:** Schofield, Jack C., COL
**Subject:** Mns Wind Turbines

Col. Percival called in reference to the wind turbines. According to him, the Carlson group was to provide the blade composition, heights and precise locations to our office via DOE to give to the RMO. The Carlson group called Col. P and asked if he had received the information yet-so he called you to see if you have it yet. Has Kevin Thorton relayed that info to you? Col. P is looking to receive the info so they can proceed with the technical assessment. If you do not have the info, are you expecting to receive it from Kevin? Kevin was not in the office today.

Since you are in meetings all day today, Col. P. does not expect an answer till next week on this.

**Robertson George Civ AF/TEZ**

**From:** Schofield, Jack C., COL
**Sent:** Friday, December 07, 2001 3:50 PM
**To:** 'Percival Wilhelm F Col RMO (E-mail)'; Gresnick Yvonne M GS-15 98 RANW/CV
**Cc:** AWFC/CV Col New DMS V3; Pease Fred SES SAF/IEB
**Subject:** Meeting with Carlson & Associates - Wind Turbine

I met with Tim Carlson and John Johansen (president, Global Renewable Energy Partners) plus 3 this morning.

Good discussion. I gave them the Nellis Range 101 brief and related why we need to use NTS airspace.

Here's kind of a wrap of issues.

They have a "Construction Start Date Decision" meeting during week of 17 Dec. To date, they've dropped $2M on this project. The long pole is the end of 2002 because they're trying to meet a production tax credit that expires then. Apparently credits renewable energy initiatives. They're shooting for a start construction date of next April - May time frame.

To be viable, they want to add just the Timber and Repeater Hill ranges. If they do that, they will be able to balance the check book due to electrical output. There was no mention of Pahute or Rainier. Their basic package is the original phase I plus adding the two ranges above.

Told them the AF is still looking for exact site coordinates. They said they should have them by Monday.
Also told them we just received the 1.5 MW data this week and it will take a little while for us to gleam anything out of it.

There is an "Alternate Energy" conference next week. They will have some of their lead technicians at this conference at a display. Invited AF techno guys to come on down and talk to them. I told them I'd get with you and see if you wanted to send anyone down to ask questions. If you do, if you would pass their names to me, I'll get a hold of Carlson and try and arrange a get together. Exact days are 11, 12, and 13 Dec. Let me know.

End of meeting they relayed that they had a better understanding for AF is concerns. They are anxious and ready to help the AF in any way they can - just ask.

That's about all. They made sure I knew that this was very political and that Sen. Reid was involved. Also wanted to make sure that I knew their 3 major financers were getting antsy.

Thoughts?

Let me know who you want to send downtown.

Jack

**Robertson George Civ AF/TEZ**

**Subject:** Meeting with Carlson

7 Dec. Met with Tim Carlson, Janice Wedeman on Carlso & Associates. Also with John Johansen, president of Global Renewabe Energy Partners, and another of his associates. Also present was Kevin Thornton.

Notes:

They want to include Timber and Repeater ranges to be fisically liable.

They have a contrction start date decision date of 21 Dec 01

Start construction in Apr-May time frame

They're fighting a Production Tax Credit that ends the end of 02.

turbines start rotating between 7 - 55 mph.

## Robertson George Civ AF/TEZ

| | |
|---|---|
| **From:** | Schofield, Jack C., COL |
| **Sent:** | Monday, December 10, 2001 12:59 PM |
| **To:** | 'Percival Wilhelm F Col RMO (E-mail)'; Gresnick Yvonne M GS-15 98 RANW/CV; 'Warren Lee (E-mail) (E-mail)'; 'Takenaka Wendel H LtCol 98 RANW/XPD (E-mail)' |
| **Cc:** | Pease Fred SES SAF/IEB; AWFC/CV Col New DMS V3; Johnson, Glen, LT COL |
| **Subject:** | FW: Tower Placement |

NTS 1500 kW turbine coordinate...

Here are the long awaited coordinates for the wind turbine project. Phase I plus the two additional ridges they're asking for.

Again - they're asking for a "warm/fuzzy" from the AF by next week for their pre-construction meetings.

js

-----Original Message-----
From: Janice Wiedemann [mailto:carlsonjanice@lvcm.com]
Sent: Monday, December 10, 2001 8:37 AM
To: Schofieldj@nv.doe.gov
Cc: Kevin Thornton (E-mail)
Subject: Tower Placement

Attached are the turbine sites for the 1.5 MW turbines. Please call me if you need further information. Thanks, Janice

**Tracking:**

| Recipient | Read |
|---|---|
| 'Percival Wilhelm F Col RMO (E-mail)' | |
| Gresnick Yvonne M GS-15 98 RANW/CV | |
| 'Warren Lee (E-mail) (E-mail)' | |
| 'Takenaka Wendel H LtCol 98 RANW/XPD (E-mail)' | |
| Pease Fred SES SAF/IEB | |
| AWFC/CV Col New DMS V3 | |
| Johnson, Glen, LT COL | Read: 12/12/2001 11:28 AM |


G-MNS09052

**Robertson George Civ AF/TEZ**

| | |
|---|---|
| **From:** | Janice Wiedemann [carlsonjanice@lvcm.com] |
| **Sent:** | Wednesday, December 12, 2001 1:07 PM |
| **To:** | schofieldj@nv.doe.gov |
| **Subject:** | FW: 1.5 Turbine coordinates |

REPEATER_HILL.ZIP

Here is the most recent information we have on elevations. Have you heard from any of the Air Force people regarding PowerGen. If Thursday is not good, we can schedule a meeting next week at my office and get the NEG technical people here. If possible, we would appreciate a list of questions prior to the meeting so that the NEG people are prepared for the meeting. I look forward to hearing from you, Janice

-----Original Message-----
From: Hart-t.Rick [mailto:rick.hart-t@siemens.nl]
Sent: Tuesday, December 11, 2001 9:54 PM
To: 'GREP Bash Nola'; 'C&A Janice Wiedemann'
Subject: FW: 1.5 Turbine coordinates

Please note all elevations are not exact. We have received 10m contours with elevations, turbine elevations are "guestimated" from their positions relative to the 10m contours.

Rick 't Hart
SIEMENS Energy & Automation
Manager Sales & Projectdevelopment
Wind Power North America
Home Office
Address: 12914 Sedge Court, San Diego, CA 92129
Phone: +1 858 780 9718 Fax: +1 858 780 9718
Cell Phone: +1 858 7744411
Mailto:rick.hart-t@siemens.nl

-----Original Message-----
From: PHINC001@aol.com [mailto:PHINC001@aol.com]
Sent: woensdag 12 december 2001 1:47
To: rick.hart-t@siemens.nl; jjohansen@globalrenewable.com
Subject: 1.5 Turbine coordinates

Attached are Dome Mountain and Repeater Hill Turbine Coordinates

Thanks
Jeff

**Hutchins, Virginia A.**

**From:** Thornton, Kevin D.
**Sent:** Tuesday, June 11, 2002 2:40 PM
**To:** Johnson, Glen, LT COL
**Subject:** RE: Red Team Study - Review of Wind Farm on Nevada Test Site

That certainly clears things up.

Thanks

Kevin
-----Original Message-----
From: Johnson, Glen, LT COL
Sent: Tuesday, June 11, 2002 2:12 PM
To: Thornton, Kevin D.
Subject: FW: Red Team Study - Review of Wind Farm on Nevada Test Site

Kevin,
Here it is.......

-----Original Message-----
From: Towery James N Civ 98 RANW/XP [mailto:James.Towery@nellis.af.mil]
Sent: Tuesday, June 11, 2002 12:37 PM
To: Col Schofield; Lt Col Johnson
Subject: FW: Red Team Study - Review of Wind Farm on Nevada Test Site

Please pass to Mr. Thornton as you see fit.

-----Original Message-----
From: Percival Wilhelm F Col 98 RANW/CC
Sent: Tuesday, June 11, 2002 11:19 AM
To: Sauner, Garry, Mr, SAF/FML; Mezzetti, Gueta, Ctr, AF/ILEXO; Hester, Mark, Lt Col, AF/ILEXO; Wilson, James, LtCol, AF/XOO-RA
Cc: Ferguson, Kathleen, Ms, AF/ILE; Pease, Fred, SES, AF/XOO-RA; Kohlhaas, Karen, Col., SAF/IEI; Towery James N Civ 98 RANW/XP
Subject: RE: Red Team Study - Review of Wind Farm on Nevada Test Site

Thanks Garry, And we've been receiving inquiries from Gerry Reynoldson (Reid Staffer) on this issue as well. He wanted a 31 May meeting to go over again the same ground we covered in Washington...I put him off waiting on the results of the study. Does anyone have an idea of when it will be complete? I know Sen Reid is concerned that the contractors continue to spend money as if windfarm was going to happen. Bill

-----Original Message-----
From: Sauner, Garry, Mr, SAF/FML [mailto:Garry.Sauner@pentagon.af.mil]
Sent: Tuesday, June 11, 2002 9:44 AM
To: Mezzetti, Gueta, Ctr, AF/ILEXO; Hester, Mark, Lt Col, AF/ILEXO; Wilson, James, LtCol, AF/XOO-RA; 'wilhelm.percival@nellis.af.mil'
Cc: Ferguson, Kathleen, Ms, AF/ILE; Pease, Fred, SES, AF/XOO-RA; Kohlhaas, Karen, Col., SAF/IEI
Subject: Red Team Study - Review of Wind Farm on Nevada Test Site
Importance: Low

Gueta, Mark, Jim, and Bill,

As soon as the Red Team's assessment is complete and the results have been blessed by our senior Air Force leadership, please let me know. Remember we owe an answer back to

Bob Herbert, Sen Reid's military legislative assistant, about the study's conclusions.
Thanks.

v/r

> Garry
>
> GARRY G. SAUNER, GS-15, DAFC
> Chief, Budget Liaison Division
> Office of Budget and Appropriations Liaison
> Tel (703) 614-8051 Fax (703) 614-3043
>
>

**Department of Energy**
National Nuclear Security Administration
Nevada Operations Office
P.O. Box 98518
Las Vegas, NV 89193-8518

JUL 3 2002

John A. Gordon, Administrator, National Nuclear Security Administration, NNSA/HQ (NA-1) FORS

PROPOSED WIND TURBINE GENERATION PROJECT AT THE NEVADA TEST SITE (NTS)

Action Required:

Approve the "No Action" recommendation to implement the easement allowing development of a wind farm at the NTS.

Issue:

The United States Air Force has stated in the enclosed letter from the 98th Range Wing Commander that Wind Generation operations at the NTS are incompatible with the mission of the Nevada Test and Training Range (NTTR) and has recommended that no wind turbines be installed on the NTS. This request came as the result of an SAF/AQ Red Team study of a wind farm located on the NTS. Of primary concern to the Air Force are the impacts of NTTR missions within the ranges surrounding the NTS. Some of these mission capabilities are unique to the NTTR and may cause major impacts to National Security.

Recommendations:

1. The Administrator select the "No Action" alternative in the Draft Environmental Impact Statement for the proposed wind farm at the NTS and conclude the National Environmental Policy Act process for this project.

2. The Manager of NNSA Nevada Operations Office will notify Senator Reid and the NTS Development Corporation of the selection of the "No Action" alternative. This notification will not occur before July 12, 2002.

Kathleen A. Carlson
Manager

AMTS:KDT
ENV 11-01

Enclosure:
As stated

(WED) 7. 3.'02 14:28/ST. 14:28/NO. 4861222273 P 2 FROM MGR'S OFC

John A. Gordon -2- JUL 3 2002

Approved/Disapproved

John A. Gordon, Administrator
National Nuclear Security Administration

5 Jul '02
Date

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS 98TH RANGE WING (ACC)**
**NELLIS AIR FORCE BASE, NEVADA**

03 JUL 2002

MEMORANDUM FOR NNSA/NVOO

FROM: HQ 98 RANW/CC
3770 Duffer Drive
Nellis AFB NV 89191-7001

SUBJECT: Nevada Test Site Wind Farm Development

1. The recent SAF/AQ Red Team study of a potential wind farm located on the Nevada Test Site (NTS) confirms there would be serious impacts on the vital mission of the Nevada Test and Training Range. In light of the information in the study and fact that the study focused on only a portion of the concerns we have with such a development, the 98th Range Wing views any wind farm development on the NTS as incompatible with our military mission. Accordingly, I recommend there be no wind farm development on the NTS.

2. Please note that this is not an official Air Force position. The Secretary of the Air Force has a deliverable to Senator Reid regarding this matter. An Air Force position is being developed for that deliverable in the near future. Premature release to the public or the wind farm contractors/representatives concerning disapproval of the wind farm project before the SECAF is able to discuss with Senator Reid would be inappropriate and might damage our chances of successfully closing this issue. I also understand that time is of the essence and will relay your desire to publicly announce the NNSA decision on 12 July 02.

for WILHELM F. PERCIVAL
Colonel, USAF
Commander

*Global Power for America*

**Hutchins, Virginia A.**

**From:** Cohn, Linda M.
**Sent:** Monday, May 06, 2002 9:33 AM
**To:** Skougard, Michael G.; Thornton, Kevin D.
**Subject:** FW: WIND FARM

Here is the update I sent to Jay.

-----Original Message-----
From: Cohn, Linda M.
Sent: Monday, May 06, 2002 9:30 AM
To: 'Rose, James'
Subject: RE: WIND FARM

Jay,

Here is the latest that I have on the Air Force workings.

1. Installation/Logistics/Environment (ILE) at Air Staff at the Pentagon is working the issues. They are currently heading up an Air Force assessment process. This is out of the hands of the local Air Force group here so their info may or may not be totally accurate or up to date.

2. The Air Force is trying to get to Senator Reid's office to brief the issues and possible solutions. They will also get to General Gordon's office to brief him as well. These meetings are supposed to happen mid-May.

3. The Air Force will provide a classified appendix describing the impact of the Wind Farm to their assets. Don't know what level this will be classified at yet, i.e., Secret, Top Secret or Program Specific Access required. At any rate, it will be for a very small audience.

4. The independent assessment that Kathy Carlson mandated is still working as well. The Air Staff personnel are providing data to someone at Sandia who will give NNSA an "independent" opinion as to the potential for impact to the Air Force. Kevin doesn't think that the briefings to the brass will occur until after the SNL and Air Force assessments are completed, which makes sense.

Hope this helps to clarify where things are now.

Also, thanks for the info on the wee one. I almost had a Mackenzie for a grand-daughter but at the last minute she became McKenna. Not a baby anymore though, 2 yrs in August.

Linda

-----Original Message-----
From: Rose, James [mailto:James.Rose@nnsa.doe.gov]
Sent: Monday, May 06, 2002 8:48 AM
To: Cohn, Linda M. (NEV)
Subject: RE: WIND FARM

name-- Mackenzie Lucille Rose
weight-- 8 lbs 12 oz (big!)
length-- 20 1/2 inches
birthdate-- april 23, 2002

thx-- j

**Thornton, Kevin D.**

**From:** BashNola@aol.com
**Sent:** Tuesday, July 10, 2001 12:41 PM
**To:** landersen@negmicon-usa.com
**Cc:** SunWind@compuserve.com; Cynthia_McQueen@compuserve.com; EATaylor@compuserve.com; thornton@nv.doe.gov; jwiedemann@ntsdev.com; BashNola@aol.com
**Subject:** WTG Blade Design

Lief --- For our Nevada Projects, we are being asked by DOE what the composition of both the 900 kW and the 1500 kW WTG blade is and its design. Can I get a spec or atleast a detail description for the design. We have told DOE that the blade is made of fiberglass with a wood core and a carbon filament down the middle for lightening protection. What I saw in Denmark leads me to inquire about the blade tip break mechanism and its composition for the 900 kW WTG. Please respond with this info as soon as possible. Thx. --- Bash

**Michelle Conway**

**From:** Thornton, Kevin D. [thornton@nv.doe.gov]
**Sent:** Monday, April 29, 2002 1:37 PM
**To:** Michelle Conway
**Cc:** Williams, Tom
**Subject:** Draft EIS for Public Review and Comment

Michele,

Kathy Carlson has decided to hold the Draft EIS here at the Nevada Operations Office until General Gordon, NNSA Administrator, has been briefed on the USAF and Special Operations Command issues. We expect General Gordon to be briefed sometime around May 10. 2002. As of now May 10 is not a firm date.

Kevin Thornton

**Janice Wiedemann**

**From:** BashNola@aol.com
**Sent:** Saturday, March 16, 2002 4:07 PM
**To:** mconway@globalrenewable.com; carlsontim@lvcm.com
**Cc:** carlsonjanice@lvcm.com
**Subject:** Re: FW: Nellis Air Force Base issues and opportunities

Michelle --- Nice work. I'm asking Tim if we can use this contact to get thru the USAF mess and get to the bottom of things. --- Bash

In a message dated 3/15/2002 5:09:19 PM Pacific Standard Time, mconway@globalrenewable.com writes:

<< FYI
-----Original Message-----
From: MacDonald, Ken [mailto:kmacdonald@pbsj.com]
Sent: Friday, March 15, 2002 4:58 PM
To: Michelle Conway
Subject: Nellis Air Force Base issues and opportunities

Michelle,

Yes, we do have contacts at Nellis, a very good one, in fact.

Col. Tim Hopper is the Base Vice Commander. If you would like an introduction: he and I belong to the Nellis Civilian Military Council, his
daughter is an intern in our group, and he covets my sportscar because he
used to drive one.

Let me know if you, or your New Project Development people would like to meet with him, would be glad to facilitate.

Regards and Happy St Patricks

Ken
-------------------------- >>

Call Michelle –
Sensitivity of issue – we don't want to involve too many people asking too many questions.
Table Mtn Progress

Com - Mtg w/Kathy 2/7/02

**Janice Wiedemann**

**Subject:** MNS/NTSDC
**Entry Type:** Note

**Start:** Fri 1/18/2002 2:44 PM
**End:** Fri 1/18/2002 2:44 PM
**Duration:** 0 hours

Discussion with Bash re: archaeological surveys scheduled for 1/24 and meeting w/Clark County
Discussion with Howard Kenig. Vision 21st Century regarding Richard Lee's speech at Preview 2002. He agreed to highlight the wind project in his speech. Sent visual for his use.
Spoke with Lt. Col. Johnson from NNSA. He just returned from a meeting at the Air Force Base and the determination is that everything outside of Phase 1 (and some of the sites inside Phase 1) will have negative impacts for the Air Force. It is a line of site issue with radar. It does not make any difference if we move to different sites or build lower turbines. The impact is still the same. They are planning a meeting with Kathy to give her a classified briefing after 1/30. They indicated the studies are classified and they could not discuss it with the wind people or us.

**Janice Wiedemann**

**To:** mdlaxalt@aol.com
**Subject:** Update on Air Force, etc.

Visit date 4/11/02

Michelle,
Tim asked me to give you a short update on our progress over the past few days with regard to the wind farm at the NTS.

The President of NEG Micon Denmark (Torben Bjerre-Madsen)was in town yesterday along with Jim Nairne, NEG Micon's President of US operations (Andy Cukurs), John Johansen and Bash Nola of GREP, Niels Rydder of M&N Wind. They had an opportunity to spend time with Jerry Reynoldson. During the meeting your name was mentioned and Jerry indicated that the Senator was pleased you are now involved in this project. Jerry discussed the Senator's support for the project and his position. He indicated that the Senator is involved in the Air Force concerns and will be communicating directly with the Secretary of the Air Force. John Edwards (writer for the LVRJ) later did an interview with the group. I'm not sure when the article will be published, but I'll provide a copy when it is.
Lunch included a meeting with Mark Ruelle, President of Nevada Power, and three other NV Power/Sierra Pacific people who were involved in the power purchase agreement.
This was followed by a meeting with Lt. Governor Hunt.
Dinner included a meeting with State Senator Townsend. The Senator discussed the importance of renewable energy projects to Nevada.
All in all the group was pleased with the day and impressed with what Nevada had to offer.

As a result of our last telephone conversation, we had hoped to have a better idea of what the Senator wants and what the Air Force wants. As you can guess, we are not at that point yet.

We will continue to work with the Senator's office and keep you informed of any new actions from here.

Have a good weekend,
Janice

Carlson &
Associates

SINCE 1987

March 28, 2002

Michelle Laxalt
801 Pennsylvania Avenue NW
Suite 750
Washington, DC 20004

Dear Michelle:

Enclosed is a chronological history of the wind project at the NTS along with support letters that were received from local and congressional political types. I have also enclosed articles and brochures that will bring you up to speed on this project.

There were a few concerns in regards to the environmental activities. All have been resolved except the Air Force concerns. I believe these could be alleviated by suggesting that the Air Force use the Nellis Range for the more sensitive activities that involve radar and other tracking equipment that are affected by wind turbines and utilize the Nevada Test Site for other training activities that do not involve systems that are affected by a wind turbine. This way the Air Force, by realigning and/or restructuring their use of the NTS, could support a project that has a great deal of support.

If you have not received a call scheduling a phone conference with Jim Nairne, please have your scheduler call me with available times.

Sincerely,

Tim Carlson
President

Enc.

2800 West Sahara Ave. Suite One K • Las Vegas, Nevada 89102 • 702.257.1770 • fax 702.365.5277
795 Mays Blvd. Suite 10 • Incline Village, Nevada 89450 • 775.832.6744 • fax 775.832.6774