IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1569C<br>(Judge Wolski) |

**JOINT MOTION TO SCHEDULE ARGUMENT and**
**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, on behalf of both parties, respectfully requests that the Court schedule an oral argument in this matter and, on behalf of defendant, further respectfully requests an enlargement of time for the balance of the briefing schedule. The Court has previously amended the briefing schedule once. Plaintiff's counsel joins in the motion to set an argument date and does not oppose the requested enlargement in the briefing schedule.

1. The parties believe that oral argument may be of assistance to the Court in addressing the parties' pending cross-motions for summary judgment and, thus, request that the Court set a date for oral argument. While we not know the Court's schedule and pending commitments, if the Court were available, we respectfully suggest that oral argument be held on either January 17, 18, 19, 24, or 25. If the Court's schedule does not permit argument on one of these dates, counsel would be pleased to coordinate with the judge's clerk to arrange a mutually-convenient date.

2. Under the current briefing schedule, the parties are to file simultaneously their response briefs on November 2, 2005, and their reply briefs on November 16, 2005. Defendant requests that the date for simultaneous filing of response briefs be enlarged until November 18,

2005, and for reply briefs until December 16, 2005.

The reason for defendant's requested enlargement is that defendant's counsel needs additional time to: (a) coordinate certain issues with assigned agency counsel and with DOE headquarters counsel; and (b) to complete declarations with one or more declarants, some of whom are retired from Federal service. While defendant's counsel has been diligent in preparing our draft response, counsel anticipates that these two tasks will not be completed to permit defendant to file by November 2. Additionally, defendant's counsel will be out of town on vacation from November 3 until November 9 and, again, on the Federal holiday on November 11. Thus, the requested enlargement will afford defendant's counsel one full work week from November 14 until November 18 to complete and file defendant's response brief, after returning from vacation. Further, defendant requests that the date for reply briefs be reset for December 16, 2005.

These dates have been coordinated with plaintiff's counsel and plaintiff does not oppose defendant's request to extend the briefing schedule. Thus, defendant requests that the briefing schedule be extended such that the parties file simultaneously their response briefs on November 18, and their reply briefs on December 16.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Sharon Hejazi
Paul Michael
Office of Counsel
Department of Energy

October 26, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 26, 2005, a copy of the foregoing "JOINT MOTION TO SCHEDULE ARGUMENT and DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE