# In the United States Court of Federal Claims

No. 04-1569C
(Filed November 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**MNS WIND COMPANY, LLC**,
a Delaware limited liability company,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint motion to schedule oral argument, and defendant's unopposed motion for an enlargement of time. The plaintiff being unopposed to the requested enlargement, the Court hereby **GRANTS** defendant's request for an enlargement of time, and amends the briefing schedule as follows:

1. The parties shall simultaneously file response briefs on **November 18, 2005**.
2. The parties shall simultaneously file reply briefs on **December 16, 2005**.

The Court also **GRANTS** the parties' joint motion to schedule oral argument on the parties' cross-motions for summary judgment. Argument shall take place on **Wednesday, January 25, 2006** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge