# In the United States Court of Federal Claims

No. 04-1569C
(Filed November 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MNS WIND COMPANY, LLC**, *
a Delaware limited liability company, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Oral Argument scheduled for **Wednesday, January 25, 2006** shall take place at 9:30 a.m. at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge