IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1569C (Judge Wolski) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 1day of the briefing schedule established in the Court's Scheduling Order of November 7, 2005. This is defendant's second request for an enlargement of time for this purpose, as the Court had previously defendant an enlargement of 16 days. Plaintiff's counsel has informed us that plaintiff does oppose this request for an enlargement of time.

Under the current schedule, the parties are to file, simultaneously, their opposition briefs on November 18, 2004. Defendant requests that it be granted a day one enlargement, until November 21, to file its opposition brief.

Defendant's counsel has completed defendant's brief and has obtained the necessary declarations referenced in our previous motion to enlarge, but one additional day is needed to complete coordination with agency personnel and obtain supervisory approval of the brief. When we filed the previous motion to enlargement, defendant's counsel anticipated that the requested time would be sufficient to complete these tasks, but given counsel's need to prepare and file and answer in Basford v. United States, Fed. Cl. 05-781C on November 16, 2005, his continuing obligation to assign cases in the National Courts Section (including three bid-protest

notifications received during the week of November 14), and scheduled leave, counsel was unable to complete the defendant's brief in sufficient time to complete final agency coordination and obtain supervisory review.

Defendant's counsel apologizes to the Court and to opposing counsel for any inconvenience caused by the late filing of this motion to enlarge. As the parties have agreed to simultaneous filings of their briefs, if the Court grants defendant's motion, defendant understands that plaintiff, too, will file its opposition brief on November 21 as well.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of one day and extend the filing date for opposition briefs to November 21, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Sharon Hejazi
Paul Michael
Office of Counsel
Department of Energy

November 18, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 18, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE