**Thornton, Kevin D.**

**From:** Schofield, Jack C. Col.
**Sent:** Tuesday, December 26, 2000 10:15 AM
**To:** Thornton, Kevin D.
**Subject:** RE: Turbine Blades

Thanks - passed to Shelby. Not sure what impact this may or may not have.

I'll let you know if I hear anything.

JACK C. SCHOFIELD, Col, USAF
Director, USAF/DOE Liaison Office
1-702-295-1147
mailto:schofieldj@nv.doe.gov

-----Original Message-----
From: Thornton, Kevin D.
Sent: Tuesday, December 26, 2000 9:10 AM
To: 'dnichols@ntsdev.com'; Schofield, Jack C. Col.
Subject: FW: Turbine Blades

Dave, Jack,

Here is some new information on the wind tubine blades. It turns out they are not metalic but fiberglass and carbon fiber. The hub is steel.

Jack, can you pass this information on to Shelby. It may make a difference in the impact to his stuff.

Kevin

-----Original Message-----
From: BashNola@aol.com [mailto:BashNola@aol.com]
Sent: Thursday, December 21, 2000 10:03 AM
To: thornton@nv.doe.gov
Subject: Re: Turbine Blades

Kevin --- The turbine blades are fiberglass with a carbon fiber shaft that supports
the blade tip. The hub is a steel casting. Hope this info helps. If you need more let me know. Merry X-Mas & happy New Year to you and your family.
--- Bash

In a message dated 12/20/2000 10:13:06 AM Pacific Standard Time, thornton@nv.doe.gov writes:

<< Bash,

Can you tell me what the turbine blades are constructed of? Sean Roberts said they are fiberglass. I need to know if they are or if they are some combination of fiberglass and metal. Also what are the hubs constructed of?

Thanks

Kevin >>

**Hutchins, Virginia A.**

**From:** Williams, Tom
**Sent:** Wednesday, June 06, 2001 4:50 PM
**To:** Thornton, Kevin D.
**Subject:** RE: MNS Wind

Kevin,

Is Dawn, Johansen's wife?

I told her it could be tough, that there may be operational issues that couldn't be resolved and that they shouldn't come to believe that an EIS would resolve this problem. I did not however tell her that it "couldn't be done." I think that you and Dave Nichols and Jack Schofield, if you go out to the Mesa, will be able to figure that out.

It is obvious that Johansen's wife is driving the EIS train. Pleased don't share this with anyone and we can discuss it when we talk.

I will call you tomorrow.

Tom

-----Original Message-----
**From:** Thornton, Kevin D.
**Sent:** Wednesday, June 06, 2001 4:08 PM
**To:** Williams, Tom
**Subject:** MNS Wind

In a conference call today, Dawn from MNS stated that Pahute is now off the table. She said some guy in HQ (you) told her it couldn't be done. Is this true?

I told her we are expecting a letter from NTSDC outlining their needs by next Tuesday and we would proceed based on that request.

Kevin

**M&N Wind Power**

July 3, 2001

Ms. Kathleen Carlson
Manager
NNSA/NV
PO Box 98518
Las Vegas, NV 89193-8518

**Subject: Proposed Integration of Wind Project at NTS**

Dear Kathy:

I want to thank you and your staff for the time spent working on wind energy development and creating a win-win situation between MNS and NNSA/NV. The project participants of MNS are NEG Micon and Siemens. NEG Micon is the second largest manufacturer of wind turbines worldwide. NEG Micon is developing the project through Global Renewable Energy Partners and Siemens through Energy and Automation subsidiaries. It is likely that a Siemens affiliate, Westinghouse, will manage construction of the project as EPC contractors. M&N Wind Power, owned in part by NEG Micon's Global Renewable Energy Partners (GREP), has been managing the development process for GREP.

I am enclosing project summary fact sheets that delineate proposed wind and solar generation projects for submission.

In response to your letter to George Ormiston of NTSDC, the following items are provided.

**Question 1.**

- **A project plan for design and construction of the first phase of this project including schedules with key milestones and project participants and their roles and responsibilities.**

The proposed 545-turbine project (600 MW) is scheduled to be integrated with the NNSA/NV energy plan over the next five years.

The first phase project, Shoshone Phase I, is for 85 MW located on the Nevada Test Site. The project is scheduled to start construction on April 1, 2002 and substantial completion prior to December 31, 2002. A project schedule is attached. Critical to meeting this date

☐ M & N Wind Power Ltd.
Latham House, 16 Minories
London
UK EC3N 1EY
Tel: 0171 886 7073 Fax: 0171 886 7074
International: Tel: +44 171 886 7073
Fax: +44 171 886 7074

☐ M & N Wind Power inc.
Suite 450, 800 Rene-Levesque Blvd West
Montreal, Quebec
H3B 1X9, Canada
Tel: 514 395 8066 Fax: 514 395 8791
International: Tel: +1 514 395 8066
Fax: +1 514 395 8791

☐ M & N Wind Power, Inc.
4225 Executive Square
Suite 1650
La Jolla, California 92037, USA
Tel: 858 558 1550 Fax: 858 558 2672
International: Tel: +1 858 558 1550
Fax: +1 858 558 2672

☐ M & N Wind Power Ltd.
15E Cuxhaven Way, Longrock
Penzance, Cornwall
UK TR20 8HX
Tel: 01736 330171 Fax: 01736 362025
International: Tel: +44 1736 330171
Fax: +44 1736 362025

Website: www.mandnwindpower.com

ISO 9001 REGISTERED COMPANY

is the successful completion of the Environmental Assessment or EIS, grading of existing roads and geotechnical work, prior to April 1, 2001. MNS has signed an MOU with NUON Corporation, a large Holland utility company, to finance the project. They will not own the project until at least after the 10th year. An American company would own the project and receive the tax benefits of ownership. In addition, MNS is negotiating power purchase agreements for this project and has signed agreements with Valley Electric for 730 MW of electrical transmission capacity for wind and solar generation facilities.

**Phase 1**

| Development Area | # turbines |
|---|---|
| Repeater Hill* | 12 |
| Motorola Ridge | 9 |
| Peak Mesa | 7 |
| DC Ridge | 10 |
| Finger Mesa | 18 |
| Pinnacles (Vent Pass)* | 14 |
| Timber Mountain* | 18 |
| **Total** | **95** |

**Phase 2**

| Development Area | # turbines |
|---|---|
| Bell Mesa | 34 |
| Dee's Bench | 5 |
| Tippapah* | 44 |
| Twisted Ridge* | 26 |
| Dome Mountain* | 36 |
| Back 40 | 67 |
| **Total** | **212** |

**Phase 3**

| Development Area | # turbines |
|---|---|
| Pahute* | 250 |

**Phase 4**

| Development Area | # turbines |
|---|---|
| Ranier Mesa* | 98 |

M&N Wind Power

**Question 2.**

- **A request of any changes in the requirements for use of the NTS beyond those identified in the signed easement for this project dates December 22, 2000, such as locations, tower heights, turbine output, and any other terms of the easement.**

We are requesting changes in our easement agreement between NTSDC and the NNSA/NV for the Nevada Test Site. The attached are requested changes that would facilitate easier financing of the project.

a). We request permission to develop the above asterisked sites on NNSA/NV, which are not part of the original Easement. In addition, we request a one-year extension of the two-year requirement to develop the 545 sites on NNSA/NV due to unexpected delays with finalizing an EA/EIS for the project.

b). Part 2, Paragraph E, G, H and I: Condition of the Premises (Sub easement page 4)/ Restoration of Property (Easement Part II, page 5)

This section should be revised accordingly such that in case of revocation or termination of the Easement due to reasons not attributable to the Grantee or Sub grantee, Grantee or Sub grantee must be granted a reasonable period to remove its property that at least equals the period that would normally be necessary to remove such property without undue expense. If this period is not granted and/or Grantee or Sub grantee suffers additional costs due to this revocation or termination, Grantee or Sub grantee must be compensated.

The Grantee or the Sub grantee shall be allowed to leave in place any property (e.g. foundations) that can be mitigated through land reclamation means.

c). NTS transmission and distribution system (Easement Exhibit A Power Delivery 6/7)

This section must be clarified such that any new transmission line or intra wind farm electrical transmission and distribution system, up to the point of interconnection with the existing NTS electrical grid or to a point of interconnection off the NTS shall not be considered as an improvement to the existing NTS electric grid. Sub grantee shall not be obligated to utilize the DOE management and operating contractor for construction, operation and maintenance of such a new transmission system, but MNS will consider in good faith, without obligations, the utilization of the DOE management and operating contractor for such maintenance.

d). Labor agreements (Easement Part I, page 4)

This section should be modified to remove the clause "use of union labor".

e). Addition to Part 2, Paragraph J: Limitation of liability

M&N Wind Power

This section should be modified such that damages which are suffered by DOE and for which Grantee or Sub grantee can be held responsible shall not exceed $5,000,000 United States Dollars per occurrence.

Grantee or Sub grantee cannot be held responsible for indirect or consequential damages, for example but not limited to loss of profit, reconstruction of lost information, discounts or penalties.

**Question 3.**

- **A plan for completing the National Environmental Policy Act process, cultural resource studies, biological surveys and the American Indian consultations process including schedules with key milestones and project participants and their roles and responsibilities.**

MNS has agreed to go forward with an EIS for the NTS Wind Project subject to meeting the following dates:

| Task Description | Date |
|---|---|
| NOI release | July 3, 2001 |
| Biology, Archeology studies and Indian Cultural Surveys to begin | July 9-20, 2001 |
| Project Meetings on Archeological and Indian Cultural Surveys to begin | July 13-27, 2001 |
| Biology, Archeology studies and Indian Cultural Surveys to be completed | September 15, 2001 |
| EIS draft circulation completed | October 3, 2001 |
| EIS Final issued | February 10, 2002 |

NNSA/NV will proceed with processing the Notice of Intent for an EIS. We will also request a delegation of authority to the NNSA/NV Manager to approve a Record of Decision for this EIS.

MNS will be allowed to contract with SWCA to perform the work on the EIS and the Cultural Resource Surveys. SWCA will be required to submit their qualifications to perform this work and also a statement of no conflict of interest for this project. NNSA/NV will have to approve this contractor and the scope of work for this project by July 6. SWCA will take their direction for this project from NNSA/NV.

MNS will contract with Ginny Newton to do a preliminary consultation with the American Indians to determine if she can facilitate the formal American Indian consultation process. If it is determined that she can facilitate the process, MNS should be allowed to contract with Ginny Newton to complete the process. Ms. Newton will be required to submit qualifications to perform this work and also a statement of no conflict of interest for this project. NNSA/NV will have to approve this contractor and the scope

M&N Wind Power

of work for this project by July 6. Ms. Newton will take direction for this aspect of the project from NNSA/NV.

Your timely review and cooperation is greatly appreciated to effectively create this win-win for all parties. Please call me at (858) 558-1550 or E-mail me at SunWind@compuserve.com, if you have any questions. If you wish to discuss these matters further, I'm available for discussions in Las Vegas.

Sincerely,

John A. Johansen

John Johansen
President

sjn

Enclosures

cc: Steen Stavnsbo – NEG Micon
S.J. Nola – GREP

**Thornton, Kevin D.**

**From:** BashNola@aol.com
**Sent:** Tuesday, July 10, 2001 12:41 PM
**To:** landersen@negmicon-usa.com
**Cc:** SunWind@compuserve.com; Cynthia_McQueen@compuserve.com; EATaylor@compuserve.com; thornton@nv.doe.gov; jwiedemann@ntsdev.com; BashNola@aol.com
**Subject:** WTG Blade Design

Lief --- For our Nevada Projects, we are being asked by DOE what the composition of both the 900 kW and the 1500 kW WTG blade is and its design. Can I get a spec or atleast a detail description for the design. We have told DOE that the blade is made of fiberglass with a wood core and a carbon filament down the middle for lightening protection. What I saw in Denmark leads me to inquire about the blade tip break mechanism and its composition for the 900 kW WTG. Please respond with this info as soon as possible. Thx. --- Bash


G-MNS07819

Hi Bob: How are you this morning? I attended a meeting with the some of the people (Carlson & Associates, Global Renewable Energy Partners, Siemens), working on the power generation - windmill - project.
Who is the DOE EIS representative? I need a government affiliate from which to gather information as there appears there may be negative impacts to the USAF mission if the project is pursued. Of course I will assure keeping Col Schofield (DOE USAF Liaison) involved as he is the lead USAF member.

Does this DOE EIS have a working group which I could attend?

When is your NTS EIS Review group going to meet?

Have a good day
Susan

## Robertson George Civ AF/TEZ

**From:** Janice Wiedemann [carlsonjanice@lvcm.com]
**Sent:** Monday, December 10, 2001 11:37 AM
**To:** Schofieldj@nv.doe.gov
**Cc:** Kevin Thornton (E-mail)
**Subject:** Tower Placement

NTS 1500 kW turbine coordinate...

Attached are the turbine sites for the 1.5 MW turbines. Please call me if you need further information. Thanks, Janice

**Janice Wiedemann**

**From:** BashNola@aol.com
**Sent:** Friday, December 28, 2001 9:27 AM
**To:** janicewlv@lvcm.com
**Subject:** Re: Jan. 2nd Visit with Lee Otteni

Janice — Thx for all the effort. — It looks like I will need to be in Las Vegas the week of the 7th & more likely I will have a meeting with the PUC staff on the 10th. So schedule the best you can & I can stay over as well. — Bash

In a message dated 12/28/2001 8:55:42 AM Pacific Standard Time, janicewlv@lvcm.com writes:

> Bash, still trying for that meeting. I called the Cols office yesterday to request it. They felt it was a little early to schedule a meeting since they had not completed their impact studies and it would take several weeks to determine the full line of site issue. I indicated that a business decision is at issue here and even though the studies are not complete we still needed a face-to-face with the Col. He called me late yesterday and left a message indicating he would be back with me after the holiday. I called his office today and they again stated it was a little early. I can't get in touch with Col. Schofield directly until Wednesday AM. I will make the call first thing and call you on your cell. It is good that John will also be in LV on Wednesday. I believe I should be able to get something out of Schofield on Wednesday morning.
> Janice

They are doing line of site plots on all towers now -- they picked 1 or 2 turbines + did line of site + there were concerns. It will take a couple of weeks - over 100 locations

airborne concerns —
ground concerns —

FIRST THING

~~[illegible]~~: 1/2/02 Notified Bash + John

1/11/02 still a couple of weeks off - told Jack I would [illegible] call up w/ him again end of next wk [illegible] Tech assistance of MNS as they [illegible] [illegible] talked w/ Kathy about this on Fri - She will also talk w/ Schofield.

Jim - Mtg w/Kathy 2/7/02

**Janice Wiedemann**

**Subject:** MNS/NTSDC
**Entry Type:** Note

**Start:** Fri 1/18/2002 2:44 PM
**End:** Fri 1/18/2002 2:44 PM
**Duration:** 0 hours

Discussion with Bash re: archaeological surveys scheduled for 1/24 and meeting w/Clark County
Discussion with Howard Kenig. Vision 21st Century regarding Richard Lee's speech at Preview 2002. He agreed to highlight the wind project in his speech. Sent visual for his use.
Spoke with Lt. Col. Johnson from NNSA. He just returned from a meeting at the Air Force Base and the determination is that everything outside of Phase 1 (and some of the sites inside Phase 1) will have negative impacts for the Air Force. It is a line of site issue with radar. It does not make any difference if we move to different sites or build lower turbines. The impact is still the same. They are planning a meeting with Kathy to give her a classified briefing after 1/30. They indicated the studies are classified and they could not discuss it with the wind people or us.