**Hutchins, Virginia A.**

**From:** Williams, Tom
**Sent:** Wednesday, July 10, 2002 1:30 PM
**To:** Carlson, Kathy
**Cc:** Ginyard, Irma B.; 'thomas.williams@ccmail.nevada.edu'; Powers, Ken W.; Thornton, Kevin D.

Kathy,

I attended a meeting this afternoon at the request of Senator Reid and on behalf of the UNLV Research Foundation with the Air Force and Senator Reid's staff in regard to the Wind farm.

Though the AF conveyed that they had provided the "DOE" with the results of it's classified report recently, they told Reid's staff that they felt the project (even phase one) would provide too much impact to ongoing and future operations at the Nellis Range.

Based on a very lively discussion, it was resolved that the AF would do further evaluation of Phase one of the project including blades on the turbines which would be smaller than the proposal and that would have no eastern exposure over the ridge line at Shoshone Ridge.

Additionally, the AF and the Wind power company will begin discussions on the possibility of the AF purchasing a significant amount of Wind generated power over a long term as an alternative to completing the NTS wind power project.

I will keep you posted on developments as I here them.

Tom

# NTS Development Corporation

**DATE:** July 12, 2002

**TO:** John Johansen, President
Global Renewable Energy Partners (GREP)

**FROM:** George D. Ormiston – President/CEO

**SUBJECT:** **GREP Wind Farm at NTS**

---

We have received the attached letter regarding the status of the wind farm. Kathy Carlson called to personally advise of the letter and circumstances.

It is my understanding that Senator Reid has been notified and has concluded that this matter cannot be resolved.

Your firm's advice as to next steps is urgently requested.

//

FROM DOE/NV (FRI) 7.12'02 13:37/ST. 13:37/NO. 4860552556 P 1

# Department of Energy

National Nuclear Security Administration
Nevada Operations Office
P.O. Box 98518
Las Vegas, NV 89193-8518

JUL 12 2002

George D. Ormiston, Chief Executive Officer
NTS Development Corporation
4045 S. Spencer, #314
Las Vegas, NV 89119-5248

PROPOSED WIND TURBINE GENERATION PROJECT AT THE NEVADA TEST SITE

In December of 2000, the Nevada Operations Office and the NTS Development Corporation signed a "Grant of Easement for Wind Powered Electric Generating Facility". This agreement provided that the "Grant of Easement will not become effective until DOE has completed the NEPA process".

As part of the ongoing NEPA process, the United States Air Force has stated in a letter dated July 3, 2002, from the 98th Range Wing Commander that wind turbine operations at the NTS are incompatible with the mission of the Nevada Test and Training Range (NTTR) and has recommended that no wind turbines be installed on the NTS. This recommendation came as the result of an SF/AQ Red Team study of a wind farm located on the NTS. Of primary concern to the Air Force are the impacts to the NTTR missions within the ranges surrounding the NTS. Some of these mission capabilities are unique to the NTTR and may cause major impacts to National Security.

John Gordon, Administrator of the National Nuclear Security Administration (NNSA), has decided to terminate the NEPA process at this time in light of the Air Force recommendation. A draft Environmental Impact Statement has been prepared and is ready for release for public review and comment. However, the National Security impacts identified by the Air Force are so significant that further action with respect to the NEPA process is unwarranted. The Nevada Operations Office is hereby notifying you that development of the project will not be allowed to go forward. The easement will not go into effect, according to the terms of the agreement.

K A Carlson

Kathleen A. Carlson
Manager

OCC:KAH

MNS 01155

6111

Action Items/Notes
EIS Weekly Conference Call
Tuesday, February 19, 2002

| ***NUMBER*** | ***ACTIVITY/ACTION ITEM*** | ***RESPONSIBLE PARTY*** |
|---|---|---|
| 10.12.01-46 | Schedule review - EIS draft without revised Chapter 4 is in internal review at NNSA – comments due close of business 2/21 – NNSA received comments from HQ for Chapter 4 and forwarded to SWCA – SWCA will work those comments into Chapter 4 – SWCA is involving Linda Jones and Matt Petersen from their Salt Lake City office on this project to work with Noelle and Larry – GREP will provide comments on the chapters by 2/21 – Per Linda the Air Force is also reviewing regarding their concerns relative to radar (they want to be sure that their technical and operational input is included) – Kevin advised there will be a classified appendix to the EIS that no one will have access to but the decision makers (Kathy Carlson, Ken Powers and General Gordon). | All ✓ |
| 12.04.01-67 | Notice of Availability – ongoing – Linda will send draft to HQ along with documents. | Linda |
| 12.11.01-68 | Nancy is working with the State Office Building for the Las Vegas meeting – When dates are firm book stenographer - court steno will also need to be on hand after the formal meeting to take personal comments from people who do not wish to publicly voice their comments – on hold until we have better information on the release of the document. | Nancy<br>Janice |
| 1.15.02-73 | Michelle needs tower set back requirements – Kevin asked Rick and Bash for the latest layouts and heights - GREP working this | Kevin ✓<br>Bash |
| 1.29.02-75 | Maps will need to be prepared for public meetings (taken from EIS) – Develop fact sheet – Develop list of potential questions and have prepared answers – Develop mitigation actions so that we know how to answer questions that may arise in this area – Janice to receive questions and collate them – We will develop a "Smart Book" for all speakers and presenters that will contain questions and answers so that we are all speaking the same language. | All ✓ |
| 2.05.02-76 | Section 106 – Kevin requested that SWCA start report preparation – SWCA indicated report is ongoing – will take 2-3 more weeks to complete | SWCA ✓<br>2 weeks |

NOTES:

- Call in number for February will be (702) 295-6083.
- Linda will be out of town from 3/11 through 3/22.
- Michelle Conway offered her help if needed and would be willing to travel to Las Vegas. John Thomas stated he would call her.

Action Items/Notes
EIS Weekly Conference Call
Tuesday, March 5, 2002

| *NUMBER* | *ACTIVITY/ACTION ITEM* | *RESPONSIBLE PARTY* |
|---|---|---|
| 10.12.01-46 | Schedule review - SWCA will have draft EIS complete for review by NNSA on March 11 pending input from the Air Force. Per Linda NNSA has been instructed by their management that they must include input from Air Force in the draft. Linda will check with Washington DC on their progress. When received NNSA will need 2-3 days to review and then pass on to HQ. Much discussion ensued regarding the project schedule that was distributed by Noelle. GREP needs a ROD no later than 7/31/02 – Group will continue to discuss how some of the times identified in the schedule could be lessened. | All |
| 12.04.01-67 | Notice of Availability – ongoing – Linda will have it ready before she leaves this Friday to send to HQ along with documents. | Linda |
| 12.11.01-68 | Nancy is working with the State Office Building for the Las Vegas meeting – When dates are firm book stenographer - court steno will also need to be on hand after the formal meeting to take personal comments from people who do not wish to publicly voice their comments – As of today, anticipated public meeting dates are May 1 and 2 or May 8 or 9. Nancy will check on availability for these dates. | Nancy<br>Janice |
| 1.29.02-75 | Maps will need to be prepared for public meetings (taken from EIS) – Develop fact sheet – Develop list of potential questions and have prepared answers – Develop mitigation actions so that we know how to answer questions that may arise in this area – Janice to receive questions and collate them – We will develop a "Smart Book" for all speakers and presenters that will contain questions and answers so that we are all speaking the same language. | All |
| 2.05.02-76 | Section 106 – Kevin requested that SWCA start report preparation – SWCA indicated report is ongoing – Awaiting materials from Rick Wessel - will take 2 more weeks to complete. Linda requested that it be complete by week of 3/25. | SWCA |
| 3.05.02-77 | Matt needs to add how GREP determined wind potential – It was suggested that we give a brief description of the history of the wind potential and the installation of various anemometers at project sites – Matt to draft statement and submit to Michelle for review. | Matt<br>Michelle |
| 3.05.02-78 | For groundwater impacts – Matt gave a calculation of flow rate for water well 8 that supports the use of water from that well – Linda to provide updated flow data from well 8. | Linda |

| | | |
|---|---|---|
| 3.05.02-79 | Air quality modeling and visual simulations – This is usually a big issue. However, these turbines will not be in areas that are seen by the general public. The American Indians will consider this an issue and NNSA directs that the Indian comments must be in the draft EIS. Mike and Linda to get with HQ on this point – Matt to call Mike to discuss this area. | Linda<br>Mike<br>Matt |
| 3.05.02-80 | Worker Safety/Construction Accidents – Ken reported no lost time or accidents at previous wind farm development sites – strict safety standards are enforced. Matt to draft statement and forward to Michelle for comment. | Matt<br>Michelle |

NOTES:

- Call in number for March will be (702) 295-6111.
- Meeting on 3/12 will be held in the Tonopah Conference Room – second floor.
- Linda will be out of town from 3/11 through 3/22.
- Kevin will be out of town on an assignment from March 4 through March 20.
- Responsible parties for this project were designated as follows:
  - Week of March 4 – Linda Cohn
  - Weeks of March 11 and 18 – Mike Skougard (Note: Mike will be out of the office on March 19-20)

Action Items/Notes
EIS Weekly Conference Call
Tuesday, May 7, 2002

| *NUMBER* | *ACTIVITY/ACTION ITEM* | *RESPONSIBLE PARTY* |
|---|---|---|
| 10.12.01-46 | Schedule review - Per Kevin, draft EIS still on hold – expecting an Air Force briefing to General Gordon late this week – NNSA is continuing with the technical review and will get corrections to SWCA as soon as it is complete – This delay is again affecting the construction schedule. | All |
| 12.11.01-68 | Kevin advised that the public hearings will be scheduled when we have a definite date for public release. LaTomya Glass from public affairs has taken Nancy's place and will be doing coordination for the public meetings. When dates are firm book stenographer - court steno will also need to be on hand after the formal meeting to take personal comments from people who do not wish to publicly voice their comments. | Kevin<br>Janice |
| 1.29.02-75 | Maps – completed – Kevin has received SWCA's maps and has no changes.<br>Develop fact sheet – *First draft of fact sheet distributed to all* for comments and additions. This will be ongoing. | All |
| 2.05.02-76 | Archaeological Report - The corrected Section 106 Report has been received by NNSA/NV.<br>We still need to complete the archaeological work that was not completed due to weather conditions. | Linda |
| 4.09.02-88 | Is Nevada Power's line from Mercury to the NW an upgrade or new line – is makes a difference in cumulative impacts – Kevin to check today – Per Bash first 85MW of project utilizes line as it is | Kevin |
| 5.07.02-89 | Kevin to discuss with Col. Schofield the possibility of getting all technical people together to discuss problems and look at options – this does not need to be a discussion of classified information | Kevin |

NOTES:

- Call in number for May will be (702) 295-6081.

The following summary of discussion is provided as **PROPRIETARY BUSINESS INFORMATION.**

John Johansen indicated that GREP is protesting the holding up the EIS or attaching classified information to the EIS for decision making based on Air Force comments. GREP is taking the stand that the inclusion of a confidential attachment in a public document is illegal since the EIS is an environmental decision-making process. This is an

integrity issue and should not be coupled to the EIS. Holding up the EIS may interfere with developing options for GREP.

He further added that GREP is willing to work with the Air Force to develop a position that will be beneficial to all concerned.

John reported on what GREP has done to satisfy what they believe is the primary concern of the Air Force as communicated to them by Gary Siefert (Air Force contractor on this issue). The primary concern is metal in the blades themselves that will interfere with Doppler. The metal is in the form of a container that holds dampener materials to reduce vibration. In recent trips to NEG's manufacturers, John reported that there are new blades that could be available as early as this summer that utilize composite material (carbon fiber – primarily wood) instead of metal. Other manufacturers are going to fiberglass holders. This new material would not be reflective.

The second concern is lightening protection systems. John indicated there are a number of ways to alleviate this concern.

The UK Government Ministry of Defense has been conducting a year-long study (one of 14) that relates to the Doppler effect and they will be documenting their results. To date they have not found problems with their equipment showing up as aircraft. John is proposing a site-specific study of Doppler and its affects. GREP has offered to set up a technical meeting to discuss what has to be addressed in this study. GREP suggests we move rapidly this week to resolve the study issue.

The present issue is – is there really a technical problem today and if so, what is the mitigation? John would like clarification regarding who he is to work with. To date several people have contacted GREP indicating they are working for the Air Force. Gary Siefert has signed a confidentiality agreement and when received by GREP they will forward blade composition information to him for his review. Dr. Broca also requested information but could not accept an offer to sign a confidentiality statement.

In addition, GREP has had indirect communication regarding several Air Force positions and believes that they need a coordinated position.

John requested that Kevin set a meeting of technical people from the Air Force and GREP to develop coordinated options. For example: coated blades, 150 meter towers to eliminate lightening systems on turbines, etc.

Jim Welch reminded the group that design changes could affect Chapter 2 of the EIS – specifically if we're adding towers, etc. This could also affect mitigation. Mike Skougard stated that this could be dealt with in the final EIS.

Action Items/Notes
EIS Weekly Conference Call
Tuesday, May 14, 2002

| *NUMBER* | *ACTIVITY/ACTION ITEM* | *RESPONSIBLE PARTY* |
|---|---|---|
| 10.12.01-46 | Schedule review - Per Kevin, draft EIS still on hold – Confidential meeting took place this week between the Air Force and Senator Reid – results unknown at this time - NNSA is continuing with the technical review and will get corrections to SWCA as soon as it is complete – This delay is again affecting the construction schedule. | All |
| 12.11.01-68 | Kevin advised that the public hearings will be scheduled when we have a definite date for public release. LaTomya Glass from public affairs has taken Nancy's place and will be doing coordination for the public meetings. When dates are firm book stenographer - court steno will also need to be on hand after the formal meeting to take personal comments from people who do not wish to publicly voice their comments. | Kevin<br>Janice |
| 1.29.02-75 | Develop fact sheet – First draft of fact sheet distributed to all for comments and additions – no response to date. This will be ongoing. | All |
| 2.05.02-76 | Archaeological Report - SWCA received comments on the report, made minor revisions and sent back to Linda – SWCA is awaiting comments on the Indian report.<br>We still need to complete the archaeological work that was not completed due to weather conditions. | Linda |
| 4.09.02-88 | Is Nevada Power's line from Mercury to the NW an upgrade or new line – is makes a difference in cumulative impacts – Kevin still working this – Per Bash first 85MW of project utilizes line as it is | Kevin |
| 5.07.02-89 | Kevin to discuss with Col. Schofield the possibility of getting all technical people together to discuss problems and look at options – Kevin spoke with Col. Schofield and he would like to hold off on this until the Air Force briefings are complete - - John Johansen heard that radar is not an issue now – Kevin to talk with Col. Schofield today on this. | Kevin |

NOTES:

- Call in number for May will be (702) 295-6081.

Use Permit No. DE-RO08-00NVXXXX
Part II -- Page 1
DraftSeptember 11, 2000

# U. S. DEPARTMENT OF ENERGY
# NEVADA OPERATIONS OFFICE
# ECONOMIC DEVELOPMENT USE PERMIT

## *PART II*
## *GENERAL PROVISIONS*

A. Availability of Site Facilities and Support Services

1. Permittee may arrange with DOE and its prime contractors at the NTS for use of site facilities and support services, which may include the use of general infrastructure facilities such as roads, utility systems, water wells, etc. and services such as maintenance, repairs emergency response and other such support services. Exhibit A sets forth a schedule of available site facilities and support services, and the basis for assessing charges and conditions of use therefor, which may be provided under this Permit. Site facilities and support services that are required to accomplish the Economic Development Activity and which are not otherwise provided or furnished by the Permittee shall be provided and furnished consistent with Exhibit A.

AND IN A MANNER NOT TO UNREASONABLY INTERFER WITH PROJECT

2. The site facilities set forth in Exhibit A will be maintained by DOE to a maintenance level necessary to conduct its authorized programs and activities at the NTS. The Government and Permittee acknowledge that roads do not and will not be maintained to meet U.S. Department of Transportation load bearing standards. If DOE determines to reduce its maintenance commitment under this paragraph, DOE will notify Permittee of the reductions at least 180 days in advance of such reduced maintenance commitment (exclusive of maintenance reductions caused by emergency circumstances). DOE makes no representation that the facilities are suitable for the use intended.

PROVIDED THAT THE DOE SHALL AT ALL TIMES MAINTAIN THE MEANS OF INGRESS AND EGRESS TO THE PERMITTED PROPERTY

3. Nothing in this Permit is intended to restrict or impair the ~~right~~ of Permittee or Subpermittee, as the case may be, from securing site facilities and services, including those available from DOE or its contractors, from any other vendor at any time during this Permit; however, it is the desire of DOE and Permittee that subpermittees will ~~use~~ [CONSIDER, WITOUT OBLIGATING, USING] current DOE management and operating contractors, to the ~~maximum~~ extent [REASONABLY] feasible, consistent with [REASONABLE] sound commercial practices, to provide those support services commonly provided to NTS users. Such vendors shall be treated in a manner equal to that of vendors providing services for DOE or the prime contractors at the NTS, consistent with applicable law and the conditions of this Permit,

implementation of the FFA interfere with Permittee's or any Subpermittee's use of the Permitted Property, and neither Permittee nor any Subpermittee shall make claim therefor.; PROVIDED THAT THE GOVERNMENT COVENANTS AND AGREES TO USE ITS BEST EFFORTS TO IMPLEMENT THE FFA IN A MANNER SO AS TO NOT UNREASONABLY INTERFERE WITH THE OPERATION OF THE PROJECT

INSERT (1)

D. Existing and Future Easements and Rights of way

This Permit is subject to all outstanding easements and rights of way over, across, in, and upon the Permitted Property, or any portion thereof, ~~and to the right of the Government to grant such additional easements and rights of way over, across, in, and upon the Permitted Property as the Government shall determine to be in the public interest and which shall not unreasonably interfere with Permittee's use of the Permitted Property~~. Nothing herein shall preclude the Government from exercising its revocation rights as provided herein. To the extent that services cannot be adequately and economically provided by DOE's service systems to the satisfaction of Permittee, the Government acknowledges that Permittee, or service providers, may seek easements or rights of way over, across, in, and upon the NTS in order to provide utilities and other services to the Permitted Property. In such event, DOE shall grant, ~~when authorized~~, or otherwise support Permittee's applications to appropriate jurisdictional authorities for, such easements or rights of way which do not unreasonably interfere with DOE's use of the NTS.

E. Revocation by Government or Termination by Permittee

1. This Permit may be revoked ONLY AS PROVIDED IN THIS PARAGRAPH ~~at the sole discretion of DOE~~; however, in recognition of the consequences that revocation could adversely impact the Permittee and Subpermittee and harm the achievement of the Government's economic development initiatives pursuant to Section 3161 of the National Defense Authorization Act of 1993 (Public Law 102-484), such discretion to revoke will only be exercised in the following circumstances and in a manner that is not arbitrary or capricious: failure of the Permittee or Subpermittee to perform or otherwise comply with the terms and conditions of this Permit WHICH FAILURE IS NOT CURED WITHIN THE GRACE PERIODS PROVIDED IN THE SUBPERMIT, OR ~~; initiation of litigation wherein DOE in consultation with the U.S. Department of Justice determines that revocation is in the best interest of the Government; formal investigations initiated by duly authorized agencies or offices of the Government that inquire into the Permit wherein DOE determines that revocation is in the best interest of the Government; notices from duly authorized agencies of the Government that the Permit is not in conformity with matters for which they are the responsible agency and DOE determines that revocation is in the best interest of the Government~~; exercise by the President of the rights under the "supreme national interests" clause of the Comprehensive

Test Ban Treaty and the conduct of testing activities, or other national security considerations determined by the Secretary of Energy, that require the immediate access to the Permitted Property or vacation of the NTS by the Permittee and Subpermittee; ~~or an applicable law or regulation that specifically requires revocation of this Permit. In the event it is necessary to invoke this provision, the Government assumes no liability to Permittee or Subpermittee by virtue of such interference with activities on the Permitted Property, and neither Permittee nor Subpermittee shall make any claim therefor except as may be allowed under subparagraph 3 below~~. INSERT (2)

2. DOE will provide Permittee with the maximum advance notice that is practicable under the circumstances that revocation of the Permit has been proposed or is under consideration and the opportunity to comment in advance of such revocation. In the event of notices or inquiries from other agencies or offices or in the event of the initiation of litigation which could lead to revocation of the Permit, DOE will provide immediate notice of such information to the Permittee.

3. If at the time of revocation Permittee and Subpermittee are not in default of any terms and conditions of this Permit, DOE will make reasonably available alternative locations [with equivalent economic characteristics] on the NTS [or other government owned property designated by] ~~to~~ Permittee for the Economic Development activity authorized by this Permit to the extent permitted by the action causing revocation of this Permit as to the Permitted Property. INSERT (3) If such alternatives are not available [OR ARE NOT ACCEPTABLE TO SUBPERMITTEE IN ITS SOLE AND ABSOLUTE DISCRETION], the Permittee or Subpermittee, as the case may be, [IN ADDITION TO THE DAMAGE SET FORTH IN SUBPARAGRAPH 1 ABOVE]:

(a) Shall be entitled to an equitable adjustment of any advance fees or charges paid by either hereunder.

(b) May also be entitled to reimbursement as detailed in Exhibit A of reasonable relocation or storage expenses for personal property when caused to vacate the Permitted Property.

4. Permittee may terminate this Permit ~~at any time,~~ [ONLY IN THE EVENT OF A DEFAULT BY SUBPERMITTEE UNDER THE SUBPERMIT NOT CURED WITHIN ANY APPLICABLE GRACE PERIOD] but such termination shall not relieve Permittee of any continuing obligations under this Permit except as may be specified in Exhibit A.

F. Damage or Destruction

1. If, during the term of this Permit, the Permitted Property, or any part thereof, is damaged by fire or other casualty so as to be rendered