NTS Wind Project
Summary of Air Force Communications

| DATE | ACTION |
|---|---|
| 6/00 | NTSDC made DOE aware of the fact that the Western Renewable Energy Network was considering the NTS for the development of a wind farm and requested permission to install anemometers on the site – historical wind data was provided from the DOE to the wind developer for study purposes. |
| 8/00 | DOE's Site Utilization Board (SUD) Working Group approved the installation of anemometers at various locations on the NTS to measure wind. |
| 9/8/00 | Letter from Tim Carlson to NTSDC's Executive Committee (including Gen. Johnston) summarizing the Western Renewable Energy Network (WREN) and their plans to develop a wind farm at the NTS that could include as many as 325 wind turbines and produce as much as 260 MW of power – included power point presentation as well as copies of draft easement. (Note: WREN was unable to reach consensus on the ownership of the project and the project was then continued by one of its members, M&N Wind.) |
| 10/12/00 | Letter sent to Nevada State Clearinghouse by DOE advising of the release of a Notice of Intent to prepare an EA for alternative energy generation facility at the NTS – copy to Col. Schofield. |
| 10/18/00 | NTSDC Executive Committee Meeting * (Gen. Johnston represented by Col. Cazassus) – Tim Carlson utilized a power point presentation to brief on WREN and their proposal to create an 85 MW wind power generating facility of the NTS followed by solar and gas installation to provide a "blended power" project. |
| 11/14/00 | Press release from DOE entitled "Department of Energy Looks at Nevada as Site Where It Will Harness the Power of the Wind" – article described more than 300 wind turbines, each standing about 150 feet with 75 ft. arms, stretched out across 10,000 acres of desert land….. |
| 11/15/00 | Article in Las Vegas Sun entitled "DOE proposes windmill electric generators in Nevada" – indicated turbines will be spread out across Shoshone Mountain, Pahute Mesa and Skull Mountain, three sites with high elevations allowing for greater wind currents. |
| 12/00 | DOE's SUD Board recommended approval for the first phase of development of the wind farm at the NTS – This was followed by approval of the Manager. |
| 12/22/00 | Easement signed between NTSDC and DOE for wind electric generating facility at the NTS – identified up to 545 turbines with initial phase in Areas 29 and 30 consisting of approximately 175 wind turbines – turbines will be 900 KW to 2000 KW and up to 400 ft. in total height. |
| 12/26/00 | Letter from Tim Carlson to NTSDC's Executive Committee (including Gen. Johnston) reported on the signing of the easement between NTSDC and the DOE. |

| | |
|---|---|
| 1/10/01 | NTSDC Executive Committee Meeting * Tim Carlson reported on the wind generation project underway at the NTS – In 3 to 4 years there could be as many as 500 turbines in place generating electricity. |
| 1/17/01 | Sub easement signed between NTSDC and MNS Wind Company, LLC for Shoshone Phase 1. |
| 2/15/01 | NTSDC Executive Committee Meeting * Bash Nola (MNS Wind) presented an overview of the MNS Wind Energy Project underway at the NTS – stated MNS expects to install up to 121 800Kw turbines in Phase 1. After testing of wind on the site is complete a larger machine in the range of 1.5 to 2 MW may be found to be more appropriate. |
| 2/27/01 | Letter from Janice Wiedemann to NTSDC Executive Committee (including Gen. Johnston) updated on progress of EA - letter describes activities and presents timeline for processing including a final EA and FONSI on 4/20/01. |
| 3/14/01 | Letter from DOE distributed a copy of the Preapproval Draft EA which described the NTSDC plan to establish an Alternative Energy Generation Facility at the NTS – copies sent to Susan Barrow, 99 ABW/EM, USAF Nellis; AAWFC RMO/RML, USAF Nellis; Col. Schofield, USAF/DOE Liaison Office. |
| 3/19/01 | Letter from Janice Wiedemann to NTSDC Executive Committee (including Gen. Johnston) updated on progress of EA stating we anticipate a final EA to be released on or about April 21, 2001. |
| 3/20/01 | Pre-approved Draft EA released by DOE stated "545 wind turbines atop the Shoshone Mountain Area.....to generate between 260 and 436 MW over Shoshone, Pahute Mesa and Skull Mountain....using 545 NEG Micon Model 900/52 or larger wind turbine generators.....MNS has discussed the possibility of utilizing some NEG Micon 1500C (1.5 MW) or NEG Micon 2000/72 (2 MW) model turbines. |
| 3/28/01 | NTSDC Executive Committee Meeting * Tim Carlson updated on the status of the EA for the MNS wind project. |
| 6/12/01 | Letter from Janice Wiedemann to NTSDC Executive Committee Members (including Gen. Johnston) reported on the status of the wind project and the decision by DOE and MNS to pursue the EIS process. |
| 7/15/01 | Notice of Intent for a wind farm at the NTS published in the Federal Register |
| 8/7/01 | John Johansen briefed NTSDC's Executive Committee on the scope of the wind project at the NTS. * (Gen. Johnston excused) Discussed GREP's monetary commitment as well as progress with Nevada Power for a power purchase agreement. |
| 8/3/01 | Notice of Intent was mailed on the EIS process – handout included map with size and scope of project and clearly defined the EIS process – received by Susan Barrow, 99 ABW/EM – USAF Nellis; AAWFC RMO/RML – USAF Nellis; Col. Schofield – USAF/DOE Liaison Office |
| 8/16/01 | Public scoping meeting was held in Las Vegas on the EIS |

| | |
|---|---|
| 8/16/01 | Copy of article that appeared in InBusiness Las Vegas faxed to Executive Committee (Gen. Johnston) entitled "Big Wind – Parties debate wind power project in Nevada." |
| 8/17/01 | Public scoping meeting was held in Pahrump on the EIS |
| 8/24/01 | Deadline for public comments as a result of scoping meeting – none received from Air Force |
| 8/25/01 | Article appeared in LVRJ entitled "Review period ends for wind farm." |
| 9/19/01 | NTSDC Executive Committee Meeting * Tim Carlson and Janice Wiedemann briefed on the progress of the project – included estimates of NTSDC revenues and updated on the installation of 14 anemometers at the NTS. |
| 9/21/01 | Letter from George Ormiston to NTSDC Executive committee re: wind farm project (faxed to Gen. Johnston) – included recommendations from the American Indians on the EIS. |
| 10/8/01 | Article published in Inside Energy with Federal Lands entitled "DOE, Interior to Boost Renewable Energy Production on Federal Land" – stated Garman also mentioned that DOE is working with a private developer to build a 260-MW wind farm at the department's Nevada Test Site. "This will provide us with some real world experience in addressing some of the siting, security and land use issues involved in letting private developers use public lands," he said. |
| 10/22/01 | Meeting held at the offices of C&A with Cols. Linn, Percival and others – attended by Jerry Reynoldson, Tim Carlson, John Johansen, Bash Nola – Air Force requested maps, power lines, exact specifications and locations, infrastructure requirements and time frames. Requested we work directly with Col. Schofield who is the point-of-contact for this project. (Note: this information was previously provided to Col. Schofield.) |
| 11/6/01 | Janice Wiedemann met with Col. Schofield regarding the meeting at C&A on 10/22. Col. Schofield indicated that Phase 1 was approved and is a go. However the Air Force could not give additional phases okay until they can touch, feel and see a turbine in operation at the NTS. He stated the only information he still needed was the technical information of the 1.5 MW turbines. |
| 12/4/01 | Janice Wiedemann met with Col. Schofield and provided technical information on the 1.5 MW turbines that was furnished by GREP. |
| 12/7/01 | Meeting held at Col. Schofield's office with John Johansen, Bash Nola, Tim Carlson, Kevin Thornton (DOE Project Mgr), Linda Cohn (DOE), Janice Wiedemann and Col. Schofield – Col. Schofield gave briefing on Air Force use of NTS and uniqueness of Nellis – GREP requested the expansion of Phase 1 to include Repeater Hill and Timber Mountain – Col. Schofield advised issues appear to be line of sight (air based and land based), radar (Doppler effect) and electronic interference from generating system. Col. Schofield requested a map with lats and longs. Col. Schofield agreed that Air Force would provide input on their position by 12/21/01. |

| | |
|---|---|
| 12/10/01 | Col. Schofield received copy of letter from DOE to NTSDC that outlined alternatives to be addressed in the EIS as well as transmission system capacity and uncertainties regarding wind development in Pahute Mesa. |
| 12/11/01 | John Johansen briefed NTSDC Board of Directors on the progress of the project at their Annual Meeting * Col. Percival was present representing Gen. Johnston. |
| 12/11&12/01 | Janice Wiedemann gave to Col. Schofield a map of turbine locations in electronic form and hard copies – also provided turbine coordinates and tower heights for all sites within project. |
| 12/13/01 | GREP arranged for Air Force personnel (Towery, 98 Range Wing; Buff, 98 Range Squadron Senior; Broca, 98 Range Wing Consultant) to visit Power Gen to meet with NEG Micon technical staff at their booth. Discussed were infrared signatures. |
| 12/17/01 | Janice Wiedemann met with Col. Schofield – He indicated that Shelby Friend of the 98 Range Wing DOE Liaison was unable to attend PowerGen and that he was a key representative. GREP offered to take the Air Force to Tehachapi to visit a wind farm with their equipment. Janice followed up with a phone call to Jim Towery at Nellis who said they would consider this option once they were able to obtain the proper monitoring equipment. He indicated he would call us if they felt it was necessary, however, not at this time. |
| 12/20/01 | Received phone call from Col. Schofield to Janice Wiedemann indicating definite concerns regarding line of site for Timber and Repeater. Additional information would follow. |
| 1/18/02 | Janice Wiedemann received phone call from Lt. Col. Johnson – he indicated that the Air Force made a determination that everything outside of Phase 1 (and some places insider Phase 1) will have negative impacts on the Air Force. It doesn't matter if we move to different sites or build lower towers – the impact is line of site and radar. He indicated the Air Force would meet with Kathy Carlson after 1/30/02. |
| 1/22/02 | Tim Carlson met with Kathy Carlson regarding an update of Air Force concerns – She stated she would meet with Col. Schofield. |
| 2/7/02 | Kathy Carlson met with Air Force management (classified briefing) to discuss findings. This was followed by an unclassified briefing to Tim Carlson by Kathy Carlson, Tom Williams and Ken Powers – indication was that there are Doppler and line of site issues over the entire test site and that the Air Force will be using the site more since 9/11. |
| 3/8/02 | Air Force provides verbal input to the EIS through Linda Cohn (DOE/NV) asking that a description of the NTTR locations and activities be inserted into the Affected Environment section and that a statement be made referencing a classified addendum to be used by NNSA/NV management in reviewing the EIS. |
| 3/11/02 | Tim Carlson, John Johansen and Tom Williams met regarding an update on the Air Force position – indicated there may be movement afoot that will allow for the development of the first phase. |

| | |
|---|---|
| 4/3/02 | Tim Carlson had a meeting with John Johansen and Kevin Thornton to discuss a request received from an Air Force contractor who is evaluating effects. It was agreed that the contractor would sign a confidentiality agreement and once received, GREP would provide information about alternative materials that could be considered for blade composition. |
| 4/8/02 | Tim Carlson met with Kathy Carlson and Tom Williams regarding Air Force concerns – Kathy indicated that the Air Force is utilizing outside sources to help them develop a better understanding of the affects. |
| 4/15/02 | John Johansen traveled to Great Britain and Denmark to meet with blade manufacturers to get additional information on alternative materials for blade composition. |
| 5/7/02 | John Johansen advised the NNSA that there are new blades that will be out this summer that use fiberglass instead of metal. By utilizing this new blade design and working around the lightening protection materials, the Doppler could be reduced to 1% interference. Johansen requested the NNSA arrange a meeting with Air Force and GREP technical personnel to identify specific problems and agree on mitigation. |
| 5/13/02 | Senator Reid met with the Secretary of the Air Force. Input is that the meeting went well and that the Senator asked the Air Force to meet with him again. |
| 5/22/02 | Meeting scheduled with Air Force by Jerry Reynoldson for 5/30 – purpose is to bring the parties to the table to discuss issues. |
| 5/29/02 | Meeting scheduled for 5/30 with the Air Force is cancelled – the reason stated is that the Air Force has not completed its study. They claim they will require an additional two weeks to complete. |
| 7/5/02 | Meeting has not been rescheduled and we have no indication that the report is complete. |

* Note: The Commander of the Base (L.D. Johnston) is an ex-officio member of NTSDC's Executive Committee and Board of Directors. Every member of the Executive Committee receives a copy of the minutes of each meeting. Minutes of the Executive Committee meetings are sent to each Board Member as part of their board meeting packets and the actions of the Executive Committee are ratified at board meetings. Therefore, members who are not present at a meeting are kept up to date on meeting activities and actions.

**History of Wind Farm Development on the Nevada Test Site:**

- July 1999 - MNS Wind expresses interest in developing a wind farm at the Nevada Test Site
- DOE provides wind data from the NTS to MNS Wind
- MNS Wind believes that the data from DOE supports potential development of a wind farm at the NTS
- MNS Wind works with the NTS Development Corporation, a Community Reuse Organization recognized by the DOE as a facilitator for commercial ventures on the NTS, to obtain access to the site.
- December 2000 - DOE issues a Use Permit to NTSDC for the development of a wind farm on the NTS. The permit covers areas identified for phase 1 of the development process.
- January 2001 - NTSDC enters into a subpermit with MNS Wind to build a wind farm on the NTS. The subpermit covers areas identified for phase 1 of the project.
- MNS Wind begins the installation of anemometers (wind speed indicators) on the various NTS sites to monitor wind activity. To date more than 20 anemometers are operating and tracking data.
- January 2001 - MNS Wind and DOE begin the development of an Environmental Impact Statement for the project including Native American consultation, public scopings, hearings, etc.
- DOE briefs their Air Force Liaison Office on the project and invites them to participate.
- July 2001 - Nevada Legislature passes a Renewable Energy Portfolio Standard.
- During the EIS process the Air Force requests additional information regarding the structure of the blades and tower heights and locations. All information is provided to the Air Force as it becomes available.
- March 2002 - President Bush signs into law the production tax credit extension for two years (set to expire 12/31/03).
- March 2002 - Draft EIS is complete and submitted to DOE HQ for review.
- June, 7, 2002 – The Nevada Public Utilities Commission approved the Nevada Power/MNS power purchase agreement.
- June 18, 2002 – Tim Carlson and Jim Nairne met with the Southern Nevada Water Authority to discuss the possibility of the Authority purchasing power from the NTS and Table Mountain sites as part of their renewable component. Follow on meetings have been scheduled.

As of 7/5/02 we remain on hold at the local DOE office. Once the document is released from the Nevada DOE office, it will be reviewed by HQ. After review by HQ the document will be printed and distributed to the public for a 45-day comment period. During that time two public hearings will take place. A record of decision could then be published by the DOE and construction could begin. The Air Force has expressed concerns regarding their desired activities on the site. We believe these activities could possibly be scheduled for other locations on the

Nellis Range and transfer other activities from the Nellis Range to the NTS that are less sensitive. The Air Force indicated they would provide a confidential attachment to the EIS for the decision makers only. The top-secret attachment will outline their concerns and recommendations. Attached is a summary of communications with the Air Force and project developments/milestones beginning in June, 2000 and continuing to June 18, 2002

The decision maker will be Kathy Carlson, NNSA (DOE) Manager of the Nevada Operation Office under the direction of General John Gordon, Head of the National Nuclear Security Administration in Washington DC.

To date approximately $3-4 million has been expended by MNS on this project, which includes hard costs such as anemometer and anemometer installations, EIS processes, etc. This figure would be increased by about $1 million if you add soft costs such as salaries and fees.

**Department of Energy**
Nevada Operations Office
P. O. Box 98518
Las Vegas, NV 89193-8518

DEC 22 2000

Tim Carlson, President
NTS Development Corporation
2330 Paseo Del Prado, Suite C-101
Las Vegas, NV 89102

John Johansen, President
MNS Wind Company, LLC
4225 Executive Square, Suite 1650
La Jolla, CA 92037

GRANT OF EASEMENT FOR WIND POWERED ELECTRIC GENERATING FACILITY

Pursuant to our telephone conference calls of December 22, 2000, there is transmitted herewith the executed "U.S. Department of Energy, Nevada Operations Office, Grant of Easement for Wind Powered Electric Generating Facility."

As we advised during our telephone conferences, the Department of the Interior has questioned the sufficiency of this Department's authority under section 161q of the Atomic Energy Act, 42 U.S.C. 2201(q), to enter into this easement. The Department of the Interior's legal doubt is based on the limitations on this Department's authority contained in the terms of the 1961 public land order by which the portion of the Nevada Test Site over which this easement is to be granted was permanently withdrawn. As we indicated during our telephone conferences, we have agreed with senior officials of the Department of the Interior promptly to submit the evident differences in legal view on the question of this Department's authority to grant this easement to the Office of Legal Counsel of the Department of Justice.

Should the Department of Justice's Office of Legal Counsel conclude that this Department's legal authority was inadequate to serve as the basis for granting this easement, the terms now contained in the easement will have to be reformulated in order for the document to conform to a revocable permit of the sort as to which no question exists between this Department and the Department of the Interior as to this Department's authority to enter into. Moreover the grantee and subgrantee may choose to seek additional actions by the Department of the Interior to arrive at the basis for the project's continued presence at the Nevada Test Site.



G-MNS08609

Please indicate your receipt of the executed easement and this letter by acknowledging this letter at the places indicated.

Kathleen A. Carlson
Manager

**ACKNOWLEDGED AND AGREED:**

NTS Development Corporation
By:________________________

MNS Wind Company, LLC,
a Delaware limited liability company
By:________________________