**Table S-1. Summary of Environmental Consequences of each Alternative.**

| Resource | Alternative 1: Proposed Action | Alternative 2: Shoshone Mountain | Alternative 3: Pahute Mesa | Alternative 4: No Action |
|---|---|---|---|---|
| **Socioeconomics** | Development of the Shoshone Mountain and Pahute Mesa Project Areas would not require additional county or local infrastructure or services. It would have a small but positive impact on employment for both Nye and Clark counties. | Same as those identified for the Shoshone Mountain Project Area under the Proposed Action. | Same as those identified for the Pahute Mesa Project Area under the Proposed Action. | No small positive impact on employment for Nye and Clark counties. |
| **Geology and Soils** | Construction-related impacts regarding geology and soils would be moderate. There are no unique or special geologic or soil resources within the project site to be affected by the Proposed Action. A total of 5,753 ac. of disturbance is expected under the Proposed Action. A total of approx. 137,600 $m^3$ (180,000 $yd^3$) of gravel may be used, and one new borrow pit may be opened. Erosion impacts could be significant, unless mitigation measures are effectively implemented. | Construction-related impacts regarding geology and soils would be the same as under the Proposed Action. A total of 4,070 ac. of disturbance is expected under this alternative. A total of approx. 137,600 $m^3$ (180,000 $yd^3$) of gravel may be used, and one new borrow pit may be opened. Erosion impacts could be significant, unless mitigation measures are effectively implemented. | Construction-related impacts regarding geology and soils would be the same as under the Proposed Action. A total of 1,683acres of disturbance is expected under this alternative. Approx. 38,561 $m^3$ (50,436 $yd^3$) of gravel may be used, and one new borrow pit may be opened. | None expected. |

**Table S-1. Summary of Environmental Consequences of each Alternative.**

| Resource | Alternative 1: Proposed Action | Alternative 2: Shoshone Mountain | Alternative 3: Pahute Mesa | Alternative 4: No Action |
|---|---|---|---|---|
| **Hydrology** | Impacts to surface waters from alternation of existing runoff patterns, erosion, and sediment loading would be minimal. Water quality of surface water could be impacted by petroleum or hydraulic fluid spills. Preparation of appropriate stormwater pollution and spill prevention plans would prevent these impacts from being significant. | Sedimentation impacts would be similar, but roughly 70 percent of the magnitude of the potential impacts of the Proposed Action. | Sedimentation impacts would be similar, but roughly 30 percent of the magnitude of the potential impacts of the Proposed Action. | None expected. |
| | Well 8 has adequate capacity to provide the estimated 75 Mgal of water necessary for construction of both project areas, therefore impacts to groundwater would be short-term and negligible. | Well 8 has adequate capacity to provide the estimated groundwater needed for construction in the Shoshone Mountain Project Area, therefore impacts to groundwater would be short-term and negligible. | Well 8 has adequate capacity to provide the estimated groundwater needed for construction in the Pahute Mesa Project Area, therefore impacts to groundwater would be short-term and negligible. | None expected. |
| **Biological Resources** | Approx. 2,328 ha (5,753 ac.) of plant communities would experience short-term impacts. Approx. 1,397 ha (3,452 ac.) of these impacts would also be long-term. | Approx. 1,647 ha (4,070 ac.) of plant communities would experience short-term construction impacts. 988 ha (2,442 ac.) of these impacts would be also be long-term. | Approx. 681 ha (1,683 ac.) of plant communities would experience short-term construction impacts. Approximately 409 ha (1,010 ac.) of these impacts would also be long-term. | None expected. |

# CHAPTER 1
# INTRODUCTION AND PURPOSE AND NEED

## 1.1 Introduction

The Nevada Test Site Development Corporation (NTSDC), together with Global Renewable Energy Partners (formerly M&N Wind Power Inc.) and Siemens Energy and Automation Inc., approached the U.S. Department of Energy (DOE), National Nuclear Security Administration Nevada Operations Office (NNSA/NV) with a proposal to develop a commercially viable alternative energy production facility on the Nevada Test Site (NTS) using wind turbines. Originally established and used as a federal nuclear test site, the NTS encompasses 3,561 square kilometers ($km^2$) (1,375 square miles ($mi.^2$)) of partially undeveloped land approximately 108 km (65 mi.) north of Las Vegas, Nevada. The NNSA/NV is the federal agency responsible for administering the NTS, and the NTSDC is the designated community reuse organization for the NTS. The NTSDC's purpose is to develop additional compatible uses for NTS land. Since originally proposing the wind farm, Global Renewable Energy Partners and Siemens Energy and Automation Inc. have formed the MNS Wind Company LLC (MNS), a joint venture energy development company, to develop the project. If fully implemented, the proposed action would result in the construction and operation of as many as 545 wind turbines generating up to 510 megawatts (MW) of electricity within the Shoshone Mountain and Pahute Mesa areas (two of six areas reserved for nuclear and/or high explosive underground testing on the NTS). The wind farm could potentially affect approximately 2,328 hectares (ha) (5,753 acres (ac.)) of land within the NTS.

NNSA/NV's role in the proposed project would be to allow the construction, operation, and maintenance of a wind farm at the NTS, pursuant to an easement granted to the NTSDC (and a sub-easement granted by NTSDC to MNS); to provide project oversight; and to ensure compliance with the easement. MNS would be responsible for all costs associated with the construction, operation, and maintenance of the wind turbines.

This Draft Environmental Impact Statement (EIS) has been prepared in compliance with procedures established under National Environmental Policy Act (NEPA[1]), Council on Environmental Quality (CEQ) regulations (40 CFR 1500-1508), and DOE guidelines contained within the DOE NEPA Handbook (DOE 1993).

## 1.2 Document Organization

Chapter 1 of the EIS introduces the proposed project, summarizes project history, defines the purpose and need for action by NNSA/NV, describes the decisions to be made by NNSA/NV, outlines the regulatory framework for implementing the project, lists issues raised by the public and governmental agencies during public scoping, and provides a matrix (Table 1-2) for tracking significant issues throughout the EIS.

1. 42 USC 4321, et seq., as amended.



SWCA03042

Chapter 2 describes the alternatives, including the "No Action Alternative," analyzed in this EIS. Alternatives considered but eliminated from further consideration are discussed as well. The chapter concludes with a comparative table summarizing the potential impacts of each alternative.

Chapter 3 describes the existing environmental conditions of the proposed project area.

Chapter 4 identifies the potential impacts to the environment that would result if the alternatives were to be implemented. Chapter 4 also describes the cumulative impacts that could result from the alternatives when combined with other foreseeable activities; identifies the irreversible and irretrievable commitment of resources that would result from short-term and long-term use; and proposes mitigation measures.

Chapter 5 provides a list of the individuals principally responsible for the preparation of this EIS.

## 1.3 Project History and Background

Historically, the primary mission of the NTS was to conduct nuclear weapons tests. Since the moratorium on testing began in December 1992, this mission has changed to maintaining a readiness to conduct tests if so directed by the President (under the "supreme national interest" withdrawal provision in the Comprehensive Test Ban Treaty) and to continue to host a number of national defense-related programs (e.g., stockpile stewardship). In order to identify potential new activities that might be compatible with the new mission for the NTS, the DOE prepared a final site-wide *EIS for the NTS and Off-Site Locations in the State of Nevada* (DOE/EIS-0243) ["NTS EIS"] (DOE/NV 1996) (Federal Register, Vol. 61, no. 241, December 13, 1996). In December 1996, DOE issued a Record of Decision (ROD) on that NTS EIS, which adopted a combination of three of the four alternatives examined, but primarily relied on the actions described in the Expanded Use Alternative. Under that ROD, the NTS was directed to maintain its readiness to resume underground nuclear testing; continue the defense-related and other programs of the NTS; and pursue further diversification of interagency, private industry and public education uses; while meeting its defense program, waste management, and environmental restoration mission requirements.

In November 2000, NNSA/NV began preparation of an Environmental Assessment (EA) for the proposed project that would tier from the NTS EIS. A "Preapproval" Draft EA was provided in March 2001 for review and comment to Nevada state agencies, other federal agencies, American Indian tribes, and other interested parties. Several issues were raised, including NTS land use, the potential impacts to cultural and biological resources at the proposed sites, the need to gather additional information about such impacts, and questions about the capacity of the existing power transmission system.

Based upon its analysis of the significance of issues raised and potential project impacts on the human environment, NNSA/NV determined that an EA would not support a Finding of No Significant Impact (FONSI). Therefore, pursuant to the NEPA of 1969, as amended (42 USC 4321 et seq.) and DOE regulations for implementing NEPA (10 CFR part 1021), NNSA/NV decided to prepare an EIS for the proposed wind farm. The purpose of the EIS is to assist NNSA/NV in its decision-making process for the proposed project. The EIS has been prepared using DOE's Recommendations for the Preparation of Environmental Assessments and Environmental Impact Statements (DOE 1993).

## 1.4 Purpose and Need for Action

The proposed project furthers DOE's objectives to diversify use of DOE sites and facilities to include non-defense and private use, and to initiate private sector economic development at these sites and facilities. These objectives stem from Section 3161 of the National Defense Authorization Act for Fiscal Year (FY) 1993, in which the United States Congress encouraged DOE to pursue means to minimize the social and economic impacts on workers and communities of downsizing defense-related facilities. One of the methods DOE uses to implement this congressional directive is to establish local community Reuse Organizations (CRO) to assist economic development efforts. The CRO for the NTS is the NTSDC. DOE's development objectives at the NTS were clearly stated in its Record of Decision (ROD) for the NTS EIS (DOE/NV 1996). The ROD included the statement:

> This decision will result in the continuation of the multi-purpose, multi-program use of the Nevada Test Site, under which DOE will pursue a further diversification of inter-agency, private industry, and public-education uses while meeting its Defense Program, Waste Management, and Environmental Restoration mission requirements. (DOE/NV 2001b)

The proposed project would also comply with DOE's Policy on Waste Minimization and Pollution Prevention, which expresses a DOE commitment to "the inclusion of cost-effective waste minimization and pollution prevention in all of its activities" (DOE 1993).

Recent electrical power shortages have focused national attention on the need for additional generation facilities in the western United States. This need has been addressed by both federal and state agencies. Executive Order 13123 (Greening the Government Through Efficient Energy Management, June 3, 1999) directs federal agencies to improve energy management in order to save taxpayer dollars and reduce emissions that contribute to air pollution and global climate change, and Executive Order 13212 (Actions To Expedite Energy-Related Projects) directs agencies to expedite their review of permits to accelerate the completion of energy-related projects. Additionally, the State of Nevada recently passed Senate Bill 372, which requires electrical utilities to obtain 5 percent of their power from so-called renewable resources by 2003, increasing to 15 percent by 2013. The proposed wind farm would both support the need for additional electrical power generation in the West, and provide utilities with opportunities to meet their requirements to purchase renewable energy, without generating any additional air pollutants.

This project will also support the DOE's mission to develop alternative sources of renewable energy by allowing the use of NNSA/NV land and existing infrastructure for the proposed facilities. The NNSA/NV believes that the proposed wind farm would also be compatible with and/or help to fulfill other DOE missions and programs. As steward of the NTS, DOE must decide if the proposed action is consistent with current and future planned uses of the NTS, and whether the environmental impacts of the proposed action are significant.



SWCA03044

### 1.4.1 Decision to be Made

The decision before the NNSA/NV is whether or not to implement the easement or easements to the NTSDC (and, by extension, sub-easements to MNS) and allow for development of a wind farm on the NTS at Shoshone Mountain and/or Pahute Mesa. Authorization of a wind farm on the NTS by means of an easement grant is fully consistent with DOE policy and the intent of Section 3161 of the National Defense Authorization Act for FY 1993.

## 1.5 Regulatory Framework

Section 3161 of the National Defense Authorization Act for FY 1993 authorized DOE to initiate private-sector economic development at DOE sites and facilities. NNSA/NV's decision regarding the proposed wind farm is contingent upon the project's conformance with several federal and state laws and regulations, including those listed in Table 1-1 and described in more detail in Appendix A.

**Table 1-1. Principal Laws and Regulations Relating to the Approval and Implementation of the Proposed Wind Farm at the Nevada Test Site.**

| Federal Laws/Regulations | Applies to |
|---|---|
| American Indian Religious Freedom Act of 1978 (AIRFA); 42 USC 1996 | Native American religious places and access. |
| American Antiquities Act of 1906, as amended (16 USC 431 to 433) | Protects historic and prehistoric ruins, monuments, and antiquities. |
| Archaeological and Historic Preservation Act of 1974, as amended (16 USC 469 to 469c) | Protects sites that have historic and prehistoric importance. |
| Archaeological Resources Protection Act (ARPA); 16 USC 470 et seq. | Archaeological resources. |
| Bald and Golden Eagle Protection Act of 1973 as amended; 16 USC 668 through 668(d) | Bald and golden eagles. |
| Clean Air Act (CAA); 42 USC 7401 et seq. | Air quality. |
| Clean Water Act (CWA); 33 USC 1251 et seq. | Surface water quality. |
| Endangered Species Act (ESA); 16 USC 1531 et seq., as amended | Threatened and endangered species. |
| Historic Sites Act of 1935; 16 USC 461 | Historic sites. |
| Migratory Bird Treaty Act of 1918 as amended; 16 USC 703 et seq. | Migratory birds. |
| National Ambient Air Quality Standards 42 USC 7409 Section 109 | Air pollution and prevention control. |
| Native American Graves Protection and Repatriation Act (NAGPRA); 25 USC 3001 | Treatment of human remains and associated cultural items. |

# CHAPTER 2
# ALTERNATIVES, INCLUDING THE PROPOSED ACTION

This section describes the Proposed Action, two reasonable alternatives to the Proposed Action, and the No Action alternative. This EIS evaluates all the areas where adequate wind resources exist and for which wind farm development is compatible with DOE missions on the NTS. Off-site wind farm locations outside the NTS were not considered, as they would not fulfill the purpose and need of DOE to reuse NTS facilities and resources.

## 2.1 Planning Assumptions and Basis for Analysis

The proposed project would consist of several phases. For planning purposes, NNSA/NV assumes that all of these phases of construction would be completed in approximately 5 years. The first phase, which would result in up to 85 megawatts (MW) of power generation, would take approximately 8 months to complete. This phase would include construction of roads and tower foundations from August 2002 through to February 2003; installation of transmission lines and substations between September and November 2002; and installation of turbines from November 2002 through April 2003. Construction timelines and detailed descriptions for subsequent phases of the project have not been determined. This analysis assumes the proposed facility would be utilized for at least 20 years, which is the minimum operating design life of the turbines. The easement for the wind farm currently allows for operations to 35 years with a 10-year renewable option.

The exact locations of all project elements had not been finalized at the time this document was written. Accordingly, this document gives a general description of project elements that encompasses the range of activities and associated potential impacts for all of the foreseeable areas where project elements could be located. These uses are described as part of the Proposed Action in Section 2.2.

## 2.2 Description of Alternative 1 (Proposed Action)

The NNSA/NV proposes to allow MNS to develop, operate, and maintain alternative energy generation facilities at the NTS. These activities would proceed in accordance with an easement to the NTSDC and sub-easement between the NTSDC and MNS. Specifically, a sub-easement to MNS would allow MNS to construct a wind farm on approximately 2,328 hectares (ha) (5,753 acres (ac.)). within designated areas of the NTS that have sufficient wind potential. The NTS is an attractive location for such a project because the site has significant wind resources and has a majority of the infrastructure to support the proposed action. Furthermore, DOE is looking for alternative uses for the NTS and has a mandate to support alternative and renewable energy sources. Alternative 1, or Proposed Action, is also the preferred action of the NNSA/NV.



SWCA03054

wind generation facility at this time. Therefore, the Skull Mountain alternative will not be retained for detailed analysis in this EIS.

## 2.5 Comparative Summary of Environmental Consequences

Table 2-7 summarizes and compares the environmental impacts between the Proposed Action, Shoshone Mountain, Pahute Mesa and No Action Alternatives. Direct analysis of impacts is provided in Chapter 4.

**Table 2-7. Summary of Environmental Consequences of each Alternative.**

| Resource | Alternative 1: Proposed Action | Alternative 2: Shoshone Mountain | Alternative 3: Pahute Mesa | Alternative 4: No Action |
|---|---|---|---|---|
| **Land Use** | Land-use impacts resulting from project construction and operation would be compatible with existing land use designations. Total disturbed acreage would be 5,753 ac. | Same as Proposed Action. Total disturbed acreage would be 4,070 ac. | Same as Proposed Action. Total disturbed acreage would be 1,683 ac. | NNSA/NV's mission to develop alternative uses at the NTS would not be fulfilled. No disturbed acreage. |
| | Proposed action may cause interference with U.S. Air Force radio frequency transmissions, interfering with their training operations on NTS. | Same as Proposed Action | Same as Proposed Action | No potential for interference with U.S. Air Force radio frequency transmissions or training operations. |
| **Transportation** | 500 vehicles will be needed over 2 to 3 months for delivery of the turbines. Over the 10 months of construction, there will be an average of 30 to 40 vehicles arriving at the site per day. (On any given day, the number could be much less or much more, depending on scheduled work for the day.) | Impacts would be the same as in the Proposed Action. | Impacts would be the same as in the Proposed Action. | No increases in vehicle transportation. |

# CHAPTER 3
# AFFECTED ENVIRONMENT

This chapter describes the existing conditions of the natural and human environments potentially affected by the proposed Wind Farm at the NTS. The resources covered in the sections on existing conditions relate to the issues raised during public scoping and are organized into the same general categories as in Table 1-2 in Chapter 1. These categories are: Land Use, Transportation, Socioeconomics, Geology, Soils and Mineral Resources, Hydrology, Biological Resources, Air Quality, Noise, Visual Resources, Cultural Resources, Environmental Justice, Places of Traditional Importance to American Indians, and Health and Safety.

## 3.1 Land Use

Since the imposition of the Nuclear Weapons Testing Moratorium in 1992, the primary mission of the NTS has been to support the DOE Stockpile Stewardship and Management Program for the nation's enduring nuclear weapon stockpile. This mission is composed of five elements: National Security; Environmental Management; Technology Diversification; Energy Efficiency and Renewable Energy; and Stewardship of the NTS (DOE/NV 1998b). The lands within the NTS are managed by the National Nuclear Security Administration, Nevada Operations Office (NNSA/NV). Existing land uses include maintaining land and infrastructure to support nuclear weapons testing readiness, national security facilities and activities, roads and utility corridors, site support facilities related to storage, medical, bunkers, warehouses, etc. Approximately 7 to 10 percent of the land at the NTS has been disturbed by the above-mentioned elements. Facility expansion in the undeveloped areas is dependent upon several factors including terrain, available infrastructure, and resource impacts (DOE/NV 1998a).

As described in the NTS Resource Management Plan (RMP), an area is assigned to a use category based on the environmental characteristics it exhibits. Environmental characteristics, especially geography and geology, generally determine how suitable an area is for a particular use. These use categories are further explained in Section 3.1.2.

### 3.1.1 National Security Mission and Land Use Policy

For over four decades, the NTS served as the nation's principal proving ground for nuclear weapons. Portions of the NTS have been withdrawn through public land orders. Under Public Land Order 805, the Atomic Energy Commission reserved approximately 435,000 acres (ac.) of land for use as a weapons testing site. Under Public Land Order 2568; 318,000 ac. of land previously reserved for use by the U.S. Air Force were transferred to the jurisdiction of the Atomic Energy Commission for use in connection with the NTS for test facilities, roads, utilities, and safety buffers. Under Public Land Order 3759; 21,108 ac. of land were reserved for the jurisdiction of the Atomic Energy Commission for use in connection with the NTS. Pahute Mesa, on which DOE historic activities were conducted pursuant to a Memorandum of Understanding with the U.S. Air Force, was reserved for use by DOE as an integral part of the NTS by Congress in 1999.

The NTS lands were originally withdrawn for the purpose of weapons testing. However, since the moratorium on nuclear testing began in 1992, the primary mission has been to support the NNSA Stockpile Stewardship and Stockpile Management Programs for the nation's enduring nuclear weapon stockpile. Stockpile Stewardship activities include subcritical experiments and other tests and experiments to ensure the safety and reliability of the nation's nuclear weapons. Additionally, the NNSA is preserving the capability to resume underground nuclear testing on the NTS if so directed by the President.

The DOE states in its *DOE/NV Strategic Plan*, dated June 23, 1998 (DOE/NV 1998b), and the NTS RMP (DOE/NV 1998a), that:

> The transition of the NTS from an active underground nuclear weapons testing program to a program of stewardship... has provided the opportunity to make portions of the NTS available for alternate uses. To ensure that proposed alternate uses of the NTS are in the interest of national security, compatible with the primary Defense Programs mission, and contribute to the overall vitality of the NTS, land use policies were established for different parts of the NTS.

The Nellis Air Force Range currently borders the west, north, and east side of the NTS. This range is used for the testing of air force equipment, pilots, and crews.

### 3.1.2 Land Use Zones

The following land use categories have been identified for the NTS: 1) Nuclear Test Zone; 2) Nuclear and High Explosives Test Zone; 3) Research Test and Experiment Zone; 4) Radioactive Waste Management Zone; 5) Solar Enterprise Zone; 6) Defense Industrial Zone; and 7) Reserved Zone (Figure 3-1) (DOE/NV 1998a).

The NNSA/NV developed criteria that define the land use zones on the NTS. The goals set for defining land resources are accomplished through the project screening and location process, where new land disturbance is minimized by 1) locating projects in previously disturbed areas, 2) using existing facilities and infrastructure, and 3) locating projects with compatible requirements together (DOE/NV 1998a).

#### 3.1.2.1 Shoshone Mountain

The Shoshone Mountain Project Area lies in portions of Areas 16, 18, 29, and 30. Area 16 is designated as a Nuclear and High Explosive Test Zone. The Nuclear and High Explosive Test Zone includes areas within the broader Nuclear Test Zone and is designated "for additional underground nuclear weapon tests and outdoor high explosive tests. The zone also includes compatible defense and non-defense research, development, and testing activities" (DOE/NV 1998a). Currently, the U.S. Department of Defense (DOD) uses the tunnel complex in Area 16 for defense-related research and development. The tunnel complex is within 1.6 kilometers (km) (1 mile (mi.)) east of the nearest wind turbine site proposed for Twisted/Tippipah Ridge (Figure 2-2).

Areas 18, 29, and 30 are designated as part of the Reserved Zone, which includes land and facilities that provide widespread flexible support for diverse, short-term testing and experimentation. The Reserved

# CHAPTER 4
# ENVIRONMENTAL CONSEQUENCES

This chapter presents the scientific and analytical basis for the comparisons summarized in Chapter 2 (Table 2-6), Comparative Summary of Environmental Consequences. It is organized by resource topic in the order in which they were presented in Table 1-2 and in Chapter 3.

A potential impact is a consequence that could occur as a result of implementing the proposed project or one of the alternatives. An environmental consequence is a potential outcome that affects, positively or negatively, the natural environment. Impact assessments are based on assumptions for land disturbance, air emissions, and noise related to project construction and effects of project operation through project life. Assessments of potential impacts are provided for each resource for each alternative. Alternatives include: Alternative 1, the Proposed Action, which includes wind farm developments on both Shoshone Mountain and Pahute Mesa; Alternative 2, which includes wind farm developments on Shoshone Mountain only; Alternative 3, which includes wind farm development on Pahute Mesa only; and Alternative 4, No Action Alternative under which no wind energy developments would occur on the NTS.

The following assumptions are common to all impact and affects analyses (all sections discussed in Chapter 4):

1. The foreseeable uses of the wind farm areas are expected to be similar under all alternatives, except No Action Alternative.
2. Implementation of the foreseeable uses will require obtaining all applicable federal, state, and local permits and compliance with all applicable environmental laws and regulations.
3. Energy rates are driven by market conditions and are independent of the alternatives.
4. In the absence of site-specific designs, land disturbance impacts are assumed to be as follows:
   - Transitional Use (TRANS) Areas --- short-term construction impacts would result in the surface disturbance of approximately 164 hectares (ha) (405 acres (ac.)); long-term operational disturbance would be approximately 98 ha (243 ac.).
   - Production Operation and Support (POS) Areas --- short-term construction impacts would result in the surface disturbance of approximately 449 ha (1,110 ac.); long-term operational disturbance would be approximately 269 ha (666 ac.).
   - Long-Range Planning (LRP) Areas --- short-term construction impacts would result in the surface disturbance of approximately 1,713 ha (4,236 ac.)[1] long-term operational disturbance would be approximately 1,028 ha (2,542 ac.).
5. Short-term construction impacts are limited to the period of construction and time required for reclamation (8 months to 5 years depending on which phases of the project are implemented).

[1] Includes 318 ha (786 ac.) at West 40, 64 ha (159 ac.) at Pinnacles Ridge, 681 ha (1,683 ac.) at Pahute Mesa, 318 ha (786 ac.) at Back 40, and 333 ha (822 ac.) of transmission line area (Table 2-4).



SWCA03151

6. Long-term operational impacts are those that are the result of project operations during the life of the project, which is expected to be a minimum of 20 years.
7. Impacts described for wind turbines include estimates for the installation of the 0.9 megawatt (MW) turbine or the 1.5 MW turbine, or some combination thereof.
8. Viewpoints and concerns expressed by American Indians regarding traditional cultural places are *italicized* in the text.
9. All impacts are direct unless stated otherwise.

## 4.1 Land Use

### 4.1.1 Alternative 1:Proposed Action

The objectives of the National Security Mission and NTS Land Use Policy (DOE/NV 1998a,b) would be met as this proposed alternate use of the NTS would be compatible with the primary Defense Program's mission, and contribute to the overall vitality of the NTS. NTS land use zones are described in Section 3.1.2 and depicted in Figure 3-1 (digital data to show the land use zones overlain with the proposed project locations were not readily available). As described below, the developments and activities of the proposed action would be compatible with the uses in each land use zone. To ensure compatibility, coordination will be required to ensure non-interference with NNSA/NV and DOD activities.

Land use impacts resulting from the construction of new roads, transmission lines, turbine towers and substations would be compatible with all land use designations within zones that the proposed turbines would be located in, since these designations include compatible defense and non-defense research, development, and testing activities (See Section 3.1.2 for more details on land use designations) (DOE/NV 1998a,b). Land disturbance as a result of project construction is discussed in Section 4.6 under Biological Resources.

The NNSA/NV developed criteria that define the land use zones on the NTS. The goals set for defining land resources are accomplished through the project screening and location process, where new land disturbance is minimized by 1) locating projects in previously disturbed areas, 2) using existing facilities and infrastructure, and 3) locating projects with compatible requirements together (DOE/NV 1998a). Although the development of the Land Use Zones preceded consideration of the wind farm proposal, the initial phase of the proposed project was reviewed and NNSA/NV deemed it compatible with existing missions through the NNSA Project Screening and Location Process. The proposed locations of wind turbines may be in a zone that is designated for nuclear testing; however, exact locations of wind turbines would be on the ridge tops of land features, and not in the valleys where the complex and testing areas are located.

The U.S. Air Force has concerns that the proposed action, or any of the action alternatives may cause disturbance to radio frequency transmissions that would interfere with their training operations on the NTS. Potential impacts and mitigations to training operations will be analyzed by decision makers in a classified appendix to this EIS.