IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 04-1569C<br><br>(Judge Wolski)<br><br>**MNS WIND COMPANY, LLC'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF MNS' OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT** |

**PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(h)(2) of the Court's Rules, Plaintiff, MNS WIND COMPANY, LLC, respectfully submits that the following Proposed Findings of Uncontroverted Fact in Support of MNS' Opposition to Defendant's Motion for Summary Judgment. In addition, Plaintiff hereby incorporates by reference its Proposed Finding of Uncontroverted Fact filed in Support of MNS' Motion for Partial Summary Judgment on Contract Liability:

1. After high level discussions between the United States Air Force ("USAF") and Senator Reid's Office, the USAF concluded that national security concerns would not allow the project to continue. *See* Declaration of Thomas Williams in Support of MNS' Opposition to the Government's Motion for Summary Judgment ("Williams Opposition Decl."), at ¶ 5.

2. Thereafter, Mr. Williams met with Ms. Kathleen Carlson, the DOE Manager of NNSA Nevada Operations Office, to discuss how the DOE would terminate the wind farm project. *Id.* at ¶ 6.

3. During this meeting, Mr. Williams informed Ms. Carlson that Senator Reid's office had expressed the strong desire that the DOE compensate MNS for the termination of the wind farm project. *Id.* Ms. Carlson also informed Mr. Williams that the Administrator of the NNSA, General John Gordon ("General Gordon") similarly supported compensation to MNS for it's investment in the wind farm. *Id.*

4. Mr. Williams advised Ms. Carlson how the DOE could implement the Easement, and compensate MNS. *Id.* at ¶ 7. Mr. Williams told Ms. Carlson that the DOE had the discretion and the authority to complete the NEPA process with a Record of Decision ("ROD") that recommended a "No Action" alternative. *Id.* Mr. Williams also told her that under this option, the DOE would recommend that the decision-maker approve the "No Action" alternative as provided for in the Draft Environmental Impact Statement ("EIS"), and complete the NEPA process. *Id.* Mr. Williams further informed her that this would complete and satisfy NEPA, implement the Easement, and require that the DOE terminate the Easement for national security concerns through eminent domain as provided in the termination provision in the Easement. *Id.*

5. On July 3, 2002, Ms. Carlson sent a memorandum to General Gordon, in which she recommended that General Gordon "[A]pprove the 'No Action' recommendation ***to implement the easement*** allowing development of a wind farm at NTS." *See* Government's Appendix ("App.") at 76 (emphasis added). Ms. Carlson further recommended that General Gordon "select the 'No Action' alternative in the Draft Environmental Impact Statement for the proposed wind farm at the NTS and ***conclude*** the National Environmental Policy Act process for this project." App. at 76 (emphasis added).

6. General Gordon "approved" Ms. Carlson's recommendation, and authorized the "No Action" alternative by countersigning the July 3, 2002 memorandum. App. at 77.

7. The DOE never published a Record of Decision implementing the "No Action" alternative as would normally occur when a federal agency takes an action recommended in an Environmental Impact Statement. Williams Opposition Decl., ¶10.

8. Instead, in its final public statement regarding the NTS wind farm project, the DOE issued a statement withdrawing its notice of intent to prepare an EIS for the NTS. *See* 68 F.R. 1448-01, 2003 WL 69209 (Jan. 10, 2003). In the Federal Register, the DOE also repeated the statements in Ms. Carlson's July 12, 2002 letter as the basis for its decision to withdraw the notice of intent. The DOE stated in the Federal Register that:

> "the Administrator of the NNSA [General Gordon] decided *to cancel consideration* of the wind farm proposal on the NTS due to potentially significant adverse impacts to national security missions of the U.S. Air Force at the Nevada Test and Training Range . . . Therefore, further proceedings of the preliminary draft EIS, which was under review in NNSA, is no longer warranted. The notice of intent to prepare an EIS is *withdrawn* and the NEPA process is hereby *terminated*." (emphasis added).

Nowhere in the Federal Register does the DOE mention or refer to General Gordon's approval of the "No Action" alternative. *Id.*

Dated: November 21, 2005

s/ George T. Caplan
George T. Caplan, Counsel of Record
KAYE SCHOLER LLP
1999 Ave. of the Stars, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1285
*Attorneys for Plaintiff*
*MNS Wind Company, LLC*

CERTIFICATE OF FILING

I hereby certify that on November 21, 2005, a copy of the foregoing Plaintiff's Proposed Findings of Uncontroverted Fact in Support of MNS' Opposition to The Government's Motion for Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant S. Delgadillo