# In the United States Court of Federal Claims

No. 04-1569C
(Filed November 23, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**MNS WIND COMPANY, LLC**, a Delaware limited liability company,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the defendant's unopposed motion for an enlargement of time of one day in which to file opposition briefs and accompanying materials. Plaintiff having no objection, the motion is hereby **GRANTED**. The Clerk is **DIRECTED** to file the opposition papers submitted by the parties on November 21, 2005. The remainder of the briefing schedule remains unchanged.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge