IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1569C<br>(Judge Wolski) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 6 days, to and including December 22, 2005, within which the parties' may file their respective reply briefs concerning the pending cross-motions for summary judgement. The filing date for reply briefs currently is December 16, 2005. This is defendant's first request for an enlargement for this purpose. Counsel for plaintiffs has indicated that plaintiffs do not oppose this motion.

The additional time is necessary because, although defendant's counsel has prepared a draft reply brief, a modest amount of additional time is needed to complete the brief, coordinate with agency counsel, and obtain necessary supervisory review and approval. Additionally, between now and the current filing date of December 16, defendant's counsel must review, edit and approve a brief in a complex case pending in the United States Court of Appeals for the Federal Circuit (CACI International v. Rumsfeld, Fed. Cir. No. 05-1459 – brief due December 16) and a brief in a bid-protest action pending in this Court (KSD, Inc. v. United States, Fed. Cl. 05-1229C – brief due December 16), as well as prepare for and supervise two moot court arguments (Advanced Systems Technology, Inc. v. United States, Fed. Cl. 05-1167C - bid protest action; and Chevron v. United States, 04-1365 – recently-scheduled supplemental oral

argument in summary judgement matter). All of these commitments arose after the parties selected the December 16 date for the filing of reply briefs and all are beyond the immediate control of defendant's counsel.

The requested enlargement should afford sufficient time to complete the draft reply brief, obtain agency review and supervisory approval, and meet other commitments. Counsel agree that the requested enlargement should not affect the scheduled oral argument date – currently set for January 25, 2006.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time and permit both parties to file their reply briefs simultaneously not later than December 22, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Sharon Hejazi
Paul Michael
Office of Counsel
Department of Energy
Washington, D.C.

December 14, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 14, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE