# In the United States Court of Federal Claims

No. 04-1569C
(Filed December 16, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MNS WIND COMPANY, LLC**, *
a Delaware limited liability company, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the defendant's unopposed motion for an enlargement of time of six days for the parties to file their respective reply briefs concerning pending cross-motions for summary judgment. Plaintiff having no objection, the motion is hereby **GRANTED**. The parties shall file their replies on or by December 22, 2005. Oral argument remains scheduled for January 25, 2006.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge