# In the United States Court of Federal Claims

No. 04-1569C
(Filed January 25, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MNS WIND COMPANY, LLC**, *
a Delaware limited liability company, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Oral argument was held today on dispositive motions in this matter. As the parties agreed at the conclusion of argument, each may file on or by February 15, 2006, any additional documents it believes would aid the Court in interpreting the revocation clause of the Easement. Each party may also file, on or by that same date, a brief of no more than ten pages in length, explaining the significance of these documents, and discussing the law pertaining to when and how it believes the Court should consider those documents in interpreting the Easement.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge