IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 04-1569C<br><br>(Judge Wolski) |

**PLAINTIFF'S UNOPPOSED MOTION FOR**

**AN ENLARGEMENT OF TIME AND PAGE LIMITS**

Plaintiff, MNS Wind Company LLC ("MNS"), through its undersigned counsel, hereby respectfully requests an enlargement of time of nine (9) days, to and including February 24, 2006, within which the parties' may file their respective supplemental briefs concerning the pending cross-motions for summary judgment. The filing date for the supplemental briefs currently is February 15, 2006. This is plaintiff's first request for such an enlargement of time. In addition, plaintiff respectfully requests an enlargement of the page limits of the supplemental briefs from ten (10) pages to twenty (20) pages. Counsel for defendant does not oppose either request presented in this motion.

The additional time is necessary because plaintiff's counsel is presently drafting papers and preparing for a hearing in another matter pending in Superior Court for the State of California, for the County of Sacramento, entitled *Inverse Condemnation Cases*, Coordinated Proceedings (J.C.C.P. No. 4203). The papers in that matter are due the day before the current filing date of February 15, 2006, and a hearing on the motion is scheduled to be held in Sacramento on February 17, 2006. In addition, plaintiff's counsel only recently received the

transcript from the hearing before the Court, and needs additional time to review the transcript and adequately respond to all the important issues raised by the Court during the hearing. The requested enlargement of time should afford the plaintiff sufficient time to fully address all the issues raised.

During the hearing, the Court also set a ten page limit on these supplemental briefs, but expressly permitted either party to request additional pages if it determined that additional pages were necessary. *See* Transcript of 1/25/06 Summary Judgment Hearing, 158:7-10. The requested enlargement of the page limit from ten (10) to twenty (20) pages is necessary to provide the plaintiff sufficient pages to present its argument and fully explain any additional evidence presented.

For these reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of time and page limits.

Dated: February 10, 2006

Respectfully submitted,

<u>s/ George T. Caplan</u>
George T. Caplan

KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

*Attorneys for Plaintiff*
*MNS Wind Company, LLC*

CERTIFICATE OF FILING

I hereby certify that on February 10, 2005, a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time and Page Limits was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant S. Delgadillo