# In the United States Court of Federal Claims

No. 04-1569C
(Filed February 14, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
**MNS WIND COMPANY, LLC**, a Delaware limited liability company,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed plaintiff's unopposed motion for an enlargement of time of nine days in which the parties may file their respective supplemental briefs concerning pending cross-motions for summary judgment. Plaintiffs also request an enlargement of the page limits of the supplemental briefs to twenty pages. Defendant having no objection, the motion is hereby **GRANTED**. The parties shall file their supplemental briefs on or by February 24, 2006. The briefs shall be no more than twenty pages long.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge