IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC,<br>a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 04-1569C<br>(Judge Wolski) |

**DEFENDANT'S RESPONSE TO THE COURT'S INVITATION FOR SUPPLEMENTAL BRIEFING**

Defendant respectfully submits this response to the Court's invitation to supply supplemental briefing and relevant record material pertaining to the interpretation of the Grant of Easement's revocation clause. Hearing Transcript, January 25, 2006 ("Tr.") at 157.

During the oral argument in this matter on January 25, 2006, MNS advanced an argument that the parties specifically agreed, under the Grant of Easement, that: (a) in the event the Easement was terminated for reasons of "national security" while the NEPA process was underway, the Government was bound by the revocation clause to revoke the Easement by an eminent domain action; but that (b) if the Easement was terminated for a "non-national security issue of environment" while the NEPA process was underway, the risk was on MMS and the Government was not bound to revoke via an eminent domain action. Tr. at 151 (Mr. Caplan: " If the reason had nothing to – wasn't national security, if it was a non-national security issue of the environment, we've said in our papers that if there were Indian ruins everywhere and we couldn't develop anything, that was our problem. Period."). The Court then inquired whether -- if it were to conclude that the language of the Easement was ambiguous so as to permit extrinsic

evidence -- there was any "contemporaneous documents" reflecting this alleged understanding. Id. at 151-52. Mr. Caplan asserted that there were relevant documents and requested leave to supplement the record. Id. at 153. The Court granted that request and permitted the parties to file short supplemental briefs explaining the relevance of additional documents submitted. Id. at 157-158.

We have reviewed the existing record material of the parties' negotiations, including various proposed drafts and counter-proposed drafts of the Grant of Easement, and have found no evidence that the parties agreed upon an arrangement along the lines articulated by MNS' counsel at oral argument. Accordingly, at this time, we have no additional documents to submit for consideration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

OF COUNSEL:
Sharon Hejazi
Paul Michael
Office of Counsel
Department of Energy

February 24, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 24, 2006, a copy of the foregoing "DEFENDANT'S RESPONSE TO THE COURT'S INVITATION FOR SUPPLEMENTAL BRIEFING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee
BRYANT G. SNEE