IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1569C |
| | ) | (Judge Wolski) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF**

Defendant, the United States, respectfully requests that the Court grant defendant leave to file a reply to MNS's supplemental brief in this matter.

The Court's January 25, 2006, order contemplated that each party would file simultaneous briefs addressing the issue of additional documents relevant to the interpretation of the Easement's revocation clause. The Government reviewed the existing record material of the parties' negotiations and found no new evidence relevant to the Court's order, as we stated in our February 24, 2006, brief. MNS, however, has filed a brief and accompanying appendix asserting that certain contemporaneous documents do, when taken together, shed light upon the meaning of the revocation clause. Although MNS cites virtually no new evidence in its supplemental brief, we nevertheless request leave to file a response. Having found no relevant documents ourselves, in submitting our supplemental brief on February 24 we were incapable of further addressing the issues for which MNS sought supplemental briefing – essentially, we were in the position of "having to prove a negative." Now, having considered the arguments raised by MNS in its supplemental brief, we believe certain of MNS's points are in error and hope that our proposed reply will be of assistance to the Court.

We note that, at MNS's request, the Court's order of February 14, 2006, expanded the supplemental brief page limit to twenty pages; the combined page count of the Government's February 24, 2006, brief and our current reply brief at 12 pages is well short of the 20 pages the Court allowed.

We have contacted MNS's counsel, who, while reserving a right to file a sur-reply to our reply brief, has represented that MNS does not oppose this motion. Should the Court grant our motion for leave, we have no objection if MNS wishes to file a modest sur-reply.

Additionally, defendant apologizes to the Court for the belated filing of this motion and reply brief. Since the simultaneous filing of the parties' briefs on February 24, defendant's counsel has been engaged in settlement considerations and negotiations in McDonnell-Douglas Corp. and General Dynamics Corp. v. the United States, Fed. Cl. No 91-1204C (the "A-12" litigation) and has drafted and filed an ADR position paper in Basford v. United States (Fed. Cl. No. 05-781C). Additionally, following an 18-month hiring freeze, defendant's counsel has spent considerable time in recent weeks recruiting and interviewing applicants for attorney positions in the National Courts section. We hope the belated filing of this brief will not inconvenience the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:
Sharon Hejazi
Paul Michael
Office of Counsel
Department of Energy

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0282
Fax: (202) 514-8624

April 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 7, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S SUPPLEMENTAL BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bryant G. Snee

BRYANT G. SNEE