IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company, | ) | CASE NO. 04-1569C |
| | ) | (Judge Wolski) |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Plaintiff, MNS Wind Company, LLC ("MNS"), through its undersigned counsel, hereby responds to Defendant's Motion for Leave to File a Reply to Plaintiff's Supplemental Brief ("Motion"). As Defendant correctly indicated in its Motion, Plaintiff does not object to Defendant's Motion provided, however, that Plaintiff be given leave to file a sur-reply.

Plaintiff has filed this brief to request that the Court select a date-certain for the filing of Plaintiff's sur-reply. If the Court grants Defendant's Motion within the next week, Plaintiff respectfully requests that the Court set Friday, May 12, 2006 as the filing date for Plaintiff's sur-reply. Defendant's counsel does not object to this request or the suggested date for the filing of the sur-reply.

Dated: April 18, 2006

Respectfully submitted,

s/ George T. Caplan
George T. Caplan

KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

*Attorneys for Plaintiff*
*MNS Wind Company, LLC*

CERTIFICATE OF FILING

I hereby certify that on April 18, 2006, a copy of the foregoing Plaintiff's Non-Opposition to Defendant's Motion for Leave to File A Reply Brief was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant S. Delgadillo