# In the United States Court of Federal Claims

No. 04-1569C
(Filed April 19, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
**MNS WIND COMPANY, LLC**, a Delaware limited liability company,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received and reviewed defendant's unopposed motion for leave to file a reply to plaintiff's supplemental brief, and plaintiff's response thereto. Defendant's motion is **GRANTED**, and the Clerk is **DIRECTED** to file defendant's reply, which was submitted on April 7, 2006. Plaintiff's unopposed request to file a sur-reply is also **GRANTED**. Plaintiff shall files its sur-reply, not to exceed ten pages, on or by May 12, 2006.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge