# In the United States Court of Federal Claims

No. 04-1569C
(Filed October 31, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

**MNS WIND COMPANY, LLC**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has concluded that additional briefing is required to assist in the consideration of the pending dispositive motions in this matter. In particular, the Court would like the parties to file supplemental briefs addressing whether the potential interference of the proposed wind turbines with the Air Force's radio frequency transmissions is a factor that may properly be considered under the National Environmental Policy Act (NEPA). This briefing should include the question of whether and to what extent radio waves have been considered a part of the physical environment, or "significantly affecting the quality of the human environment," 42 U.S.C. § 4332(2)(C), in government actions under NEPA.

Each party shall file, on or by 5:00 p.m., Tuesday, November 14, a supplemental brief no longer than twenty pages, addressing this topic. The parties may attach in appendices any additional documents that bear on this particular issue. The parties may each also file a supplemental response brief, no longer than ten pages, on or by 5:00 p.m., Tuesday, November 21. The parties may direct any questions to law clerk Ernesto Sanchez at (202) 357-6671.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge