IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 04-1569C<br><br>(Judge Wolski) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff, MNS Wind Company LLC ("MNS"), through its undersigned counsel, hereby respectfully requests an enlargement of time of fourteen (14) days, to and including November 28, 2006, within which the parties' may file their respective additional briefs requested by the Court in its October 31, 2006 Order. In that order, the Court set a filing date of November 14, 2006 for opening briefs, and November 21, 2006 for response briefs.

The additional time is necessary because plaintiff's lead counsel is unavailable the end of the week of November 6th and the majority of the week of November 13th due to prior commitments. For example, plaintiff's lead counsel will be unavailable the week of November 13th to attend meetings in his capacity as the President of Board of Governors for the California Community Colleges.

This is plaintiff's first request for such an enlargement of time. After the Court issued its order, plaintiff's counsel contacted defendant's counsel, Mr. Bryant Snee, to request an extension of time. Mr. Snee had no objection to such an extension, and indeed, informed plaintiff's counsel that since defendant's counsel himself was out of the office on November 6th and 7th, an extension of time would assist defendant's counsel as well.

For these reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of time and extend the time for the filing of additional briefs as follows:

Supplement briefs due on or by 5:00 p.m., Tuesday November 28, 2006; and

Response briefs due on or by 5:00 p.m., Tuesday December 12, 2006.

Dated: November 7, 2006

Respectfully submitted,

s/ George T. Caplan
George T. Caplan

KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

*Attorneys for Plaintiff*
*MNS Wind Company, LLC*

CERTIFICATE OF FILING

I hereby certify that on November 7, 2006, a copy of the foregoing Plaintiff's Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant S. Delgadillo