# In the United States Court of Federal Claims

No. 04-1569C
(Filed November 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MNS WIND COMPANY, LLC**, *
a Delaware limited liability company, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's unopposed motion for an enlargement of time of fourteen (14) days in which to file the supplemental briefs requested by the Court in its October 31, 2006 order. Defendant having no objection, the motion is hereby **GRANTED**. The parties shall file the supplemental briefs no later than 5:00 p.m on Tuesday, November 28, 2006. Consequently, the Court extends the deadline for the filing of simultaneous response briefs to no later than 5:00 p.m., Tuesday, December 12, 2006. The remainder of the instructions in the October 31 order remain unchanged.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge