# Appendix

# 1 INTRODUCTION

On May 18, 2001, the President issued Executive Order (E.O.) 13212, "Actions to Expedite Energy-Related Projects," establishing a policy that federal agencies should take appropriate actions, to the extent consistent with applicable law, to expedite projects to increase the production, transmission, or conservation of energy. In that same month, the President's National Energy Policy Development Group (NEPDG) recommended to the President, as part of the National Energy Policy, that the Departments of the Interior, Energy, Agriculture, and Defense work together to increase renewable energy production (NEPDG 2001). In July 2001, the Departments created an interagency task force to address the issues associated with increasing renewable energy production on federal lands (DOE and DOI 2002). The task force developed a Memorandum of Understanding (MOU) among the U.S. Department of Energy (DOE), U.S. Department of the Interior (DOI), U.S. Department of Agriculture (USDA), U.S. Environmental Protection Agency (EPA), Council on Environmental Quality (CEQ), and the members of the Western Governors' Association to establish a framework for cooperation between western states and the federal government to address energy problems facing the West and to facilitate renewable energy production.

The DOI's Bureau of Land Management (BLM) administers approximately 261.8 million acres (106 million ha) of public lands in the United States. This administrative responsibility must address stewardship, conservation, and resource use, including the development of energy resources in an environmentally sound manner. Wind energy is one of many energy resources now being developed on federal lands, with approximately 500 MW of installed wind capacity currently occurring on BLM-administered lands under right-of-way (ROW) authorizations administered by the BLM in accordance with the requirements of the Federal Land Policy and Management Act of 1976 (FLPMA) (*United States Code*, Title 43, Section 1701 et seq. [43 USC 1701 et seq.]). The BLM continues to receive new wind energy project proposals on BLM-administered lands.

The BLM, in cooperation with the DOE, has prepared this programmatic environmental impact statement (PEIS) to (1) assess the environmental, social, and economic impacts associated with wind energy development on BLM-administered land, and (2) evaluate a number of alternatives to determine the best management approach for the BLM to adopt, in terms of mitigating potential impacts and facilitating wind energy development.

## 1.1 PURPOSE AND NEED

### 1.1.1 BLM's Purpose and Need

As stated above, the BLM is responsible for the development of energy resources on BLM-administered lands in an environmentally sound manner. To address increased interest in wind energy development and to implement the National Energy Policy recommendation to increase renewable energy production, the BLM undertook efforts to evaluate wind energy

# 3 OVERVIEW OF WIND ENERGY PROJECTS

## 3.1 DESCRIPTION OF WIND ENERGY PROJECTS

The following sections describe the activities likely to occur during each of the major phases associated with the development of a wind energy project: site testing and monitoring, construction, operation, and decommissioning. An overview of wind energy technology, including discussions of terminology, turbine design, existing commercial wind projects, and research and development, is presented in Appendix D. The descriptions in this section are based upon the information presented in Appendix D, literature reviews, and interviews with wind energy developers.

### 3.1.1 Site Monitoring and Testing Activities

Site monitoring and testing involve the collection of sufficient amounts of meteorological data to accurately characterize the wind regime. These data are used to support decisions on whether the wind resources at the site are suitable for development and, if so, the appropriate number, type, and location of wind turbines.

The collection of meteorological data requires the erection of meteorological towers equipped with weather instruments. These towers can be as high as 165 ft (50 m); meteorological data, however, are collected at appropriate heights as determined by the site-specific wind resources and terrain. In general, most sites can be adequately characterized with 10 or fewer towers, although the required number of towers depends on the size of the project area and the complexity of the terrain. The towers are interconnected with data collection and integration equipment. This equipment is usually in a weatherproof enclosure centrally located between the towers. Data may be communicated by radio transmitter to a remote location for processing or aggregated electronically on the site and collected periodically by maintenance personnel.

Meteorological towers are typically metal (galvanized or painted), lattice-type structures, and many are equipped with self-erecting capabilities. However, composite materials are also being used.[1] Heavy-duty all-wheel-drive pickup trucks or medium-duty trucks are usually sufficient to transport the towers to the site; many towers are permanently mounted to their own trailers. It is estimated that it takes less than 1 day to erect each tower. Towers and instruments are relatively lightweight and often do not require belowground foundations, especially if they are to be in service for limited periods of time; however, guy wires may be necessary for the larger towers in very windy areas. Some smaller towers are designed to be erected directly from their transport trailers, with the trailer effectively serving as the foundation. The towers typically do not require signal lights, but as developers seek to install taller towers so that the elevation of meteorological instruments approximates the hub heights of anticipated turbines, meteorological towers may become subject to FAA signal lighting requirements. Such taller towers may also

---

1 Although the classical design for meteorological towers has been the open lattice type, some manufacturers are now offering smooth-skinned towers (e.g., IsoTruss Structures, Inc. 2004; see also Compositesworld 2003).

Dry vegetation and high winds may combine to cause a potential fire hazard around wind facilities. Under these conditions, fires have started for a variety of reasons, such as electrical shorts, insufficient equipment maintenance, contact with power lines, and lightning. The IEC requires that the design of a WTGS electrical system comply with relevant IEC standards (IEC 1999).

### 3.3.3 Electric and Magnetic Fields

Exposures to extremely low-frequency (ELF) EMF from natural and anthropogenic sources are so ubiquitous that there has been concern about potential adverse health effects from residential and occupational exposures (Ahlborn et al. 2001). Because they are generated by electric transmission and distribution lines, EMF would be present in the vicinity of overhead power lines and the electric substation. A number of reviews of epidemiological and biological research studies have generally concluded that there is no scientific basis to support a finding of adverse human health effects from EMF (e.g., Jahn 2000), although others have found that there may be an association between EMF and certain diseases (Ahlborn et al. 2001). However, the difficulty of accounting for confounding factors in assessing EMF exposure supports the need for additional research.

The National Institute of Environmental Health Sciences (NIEHS) conducted a 6-year research project specifically addressing health effects of exposure to ELF range fields from power lines (NIEHS 1999). The NIEHS concluded that "the scientific evidence suggesting that ELF-EMF exposure pose any health risk is weak" (p. ii, NIEHS 1999). The report also states, however, that ELF-EMF exposure cannot be considered entirely safe because of the relatively consistent results of epidemiological studies that show a small increased risk of chronic lymphocytic and childhood leukemia with increasing EMF exposure. On the other hand, the report states that laboratory research studies have not been able to consistently support the epidemiological findings, which weakens but does not discount them. Brain et al. (2003) suggest that the failure to observe effects from EMF in bioassay systems may be due to the selection of EMF exposure metrics.

Regarding the occupational environment, while there is the potential for any generator to produce EMF, the 60-Hz ac frequencies are thought to be too low to damage human tissue (Robichaud 2004). Definitive data are not available, however.

### 3.3.4 Aviation Operations and Electromagnetic Interference

The two main aviation safety considerations in the development of a wind energy project are (1) the physical obstruction of the tower itself and (2) the effects on communications, navigation, and surveillance systems, such as radar (DTI 2002). The potential vertical obstruction of the wind turbine, like any tall structure, could pose a hazard to aircraft arriving or departing at a nearby airfield as well as to military training and other low-flying aircraft (DTI 2002).

With respect to radar, moving wind turbine blades interfere with radar by essentially creating radar echoes (AWEA 2004). According to the British Wind Energy Association (BWEA 2004), radar installations can be modified to eliminate this problem: "This study concludes that radars can be modified to ensure that air safety is maintained in the presence of wind turbine farms. Individual circumstances will dictate the degree and cost of modification required, some installations may require no change at all whilst others may require significant modification."

Wind turbines have the potential to interfere with electromagnetic signals that make up much of modern communication networks (Burton et al. 2001). In addition to radar, interference with other electromagnetic transmissions can occur when a large wind turbine is placed between a radio, television, or microwave transmitter and receiver (Manwell et al. 2002). Disruptions of public safety communication systems (e.g., radio traffic related to emergency response activities) may be a potential public safety issue. EMI from wind turbines is affected by blade construction and rotational speed (Manwell et al. 2002). Modern blades made of glass-reinforced epoxy (a material similar to fiberglass) should not create any electrical disturbance (CRS 2004). However, lightning protection on blade surfaces can increase EMI (Manwell et al. 2002).

### 3.3.5 Low-Frequency Sound

In addition to more audible noise (Section 5.5.3.1), wind turbines are capable of generating low-frequency sound waves (Hau 2000). Low-frequency sound is considered to be in the range of 20 to 80 Hz, and infrasound is in the range of 1 to < 20 Hz (ACGIH 2001). Low-frequency sound is generally the result of wind turbulence that causes the aerodynamic lift forces at the rotor blades to rapidly change (Hau 2000). Moller and Lydolf (2002) conducted a survey of 198 people in Denmark about complaints regarding infrasound and low-frequency noise and found that almost all participants experienced a sensory perception of sound. They perceived the sound not only with their ears but also as a vibration in their bodies or external objects (Moller and Lydolf 2002). This study supports earlier research results indicating that low-frequency sound is disturbing, irritating, and even tormenting to some people. Insomnia, headaches, and heart palpitations were also reported as secondary effects.

Infrasound and low-frequency noise are ubiquitous, since they are generated from natural sources (e.g., earthquakes, wind) and anthropogenic sources (e.g., automobiles, industrial machinery, household appliances) and are common in urban environments (Leventhall 2003). Because low-frequency noise and infrasound have numerous sources, propagate efficiently, and are inefficiently attenuated in buildings, their effects (including those on human health) have been the subject of considerable research. Leventhall (2003) reviewed much of the published literature on the effects of low-frequency noise on humans and concluded that the primary effect of infrasound appears to be annoyance. He also found that there is not much agreement in the many studies of the biological effects of infrasound on humans. However, while infrasound does not appear to result in "dramatic health effects," exposure at a perceptible level can "produce symptoms including weariness, annoyance, and unease"; these symptoms may present safety concerns in certain occupational settings (p. 55, Leventhall 2003). Infrasound also has been

found to have negative effects on mental performance; however, the ACGIH (2001) considers these to be the result of the relaxation effects of infrasound and not an adverse health impact.

It is clear that certain individuals exposed to infrasound and low-frequency sound experience stressful ear, central nervous system, and other resonance-related symptoms. However, there does not appear to be serious health consequences from exposure (Leventhall 2003). The ACGIH (2001) recommends threshold limit values (TLVs) of 1 to 80 Hz of sound to protect against auditory pain and the sensation of throat-tickling and choking. However, the TLV also includes a note stating that infrasound and low-frequency sound exposures that cause unwanted vibrations and pressure sensations should be avoided. Low-frequency sound emissions in rotors can be reduced by careful turbine design that reduces flow velocity and optimizes rotor clearance to the tower (Hau 2000), and by the establishment of a sufficient safety zone or setback from residences, roads, and other public access areas. In addition, while wind turbines with a downwind rotor generate considerably higher infrasound levels, modern turbines with the rotor located upwind of the tower produce very low levels of infrasound (Jakobsen 2004).

### 3.3.6 Shadow Flicker

Shadow flicker refers to the phenomenon that occurs when the moving blades of wind turbines cast moving shadows that cause a flickering effect (Manwell et al. 2002). When the sun is behind the blades and the shadow falls across occupied buildings, the light passing through windows can disturb the occupants (Gipe 1995). Shadow flicker is recognized as an important issue in Europe but is generally not considered as significant in the United States (Gipe 1995). The American Wind Energy Association (AWEA 2004) states that shadow flicker is not a problem during the majority of the year at U.S. latitudes (except in Alaska where the sun's angle is very low in the sky for a large portion of the year). In addition, it is possible to calculate if a flickering shadow will fall on a given location near a wind farm and for how many hours in a year (AWEA 2004). While the flickering effect may be considered an annoyance, there is also concern that the variations in light frequencies may trigger epileptic seizures in the susceptible population (Burton et al. 2001). However, the rate at which modern three-bladed wind turbines rotate generates blade-passing frequencies of less than 1.75 Hz, below the threshold frequency of 2.5 Hz, indicating that seizures should not be an issue (Burton et al. 2001).

## 3.4 HAZARDOUS MATERIALS AND WASTE MANAGEMENT

### 3.4.1 Hazardous Materials

Proponents of activities on BLM-administered lands, including wind energy projects, are required by BLM policy to provide a comprehensive list of the hazardous and/or extremely hazardous materials that will be produced, used, stored, transported, or disposed of during the proposed action. Proponents must also comply with all applicable federal and state regulations regarding notices to federal and local emergency response authorities and development of

# 4 AFFECTED ENVIRONMENT

Because this PEIS provides an assessment of environmental, social, and economic issues at a programmatic level and not at the site-specific level, the descriptions of the affected environment presented in this chapter do not provide detailed information about conditions that exist at specific project locations. Rather, these descriptions provide the level of detail needed to support the programmatic impact assessment presented in Chapter 5. Information needed to assess the range of potential impacts that may occur because of wind energy development on BLM-administered lands and to identify effective mitigation measures that may be applicable at individual sites is presented. In addition, the many site-specific factors that must be evaluated at the project level are identified.

## 4.1 GEOLOGIC RESOURCES AND SEISMIC SETTING

Any type of construction or industrial activity has the potential to impact soil, sand and gravel resources, and other sources of rock. These impacts can occur within the specific area of construction as a result of excavation, grading, and so forth, or regionally as a result of extraction and the use of building materials. In addition, construction activities can impact or be impacted by local seismic and geologic hazard conditions. The impacts would vary by location and depend on the local geology. Detailed studies of soil, sand, gravel, and other aggregate resources, as well as the seismic setting, would need to be conducted, as discussed in the following sections, to define the affected environment for an individual project.

### 4.1.1 Geologic Resources

The type and distribution of soils vary widely across the western states and also may vary considerably within a specific wind energy project site. Specific soil types and thicknesses at a given site will determine the degree of potential erosion and/or compaction problems and the associated engineering requirements for activities that could disturb soils (e.g., excavations, grading and clearing surfaces, road construction, and structural foundations). Detailed soil surveys may be required wherever extensive soil disturbance is possible at a site.

Sand and gravel deposits and rocks suitable for use in construction occur throughout the western states. These resources may be present within a specific wind energy project site, in the immediate vicinity, or some distance away. Detailed reviews of the availability of these resources in sufficient quantities to meet the project-specific needs would need to be conducted. Specifically, the location, quality, and potential competing uses of these materials would need to be characterized.

#### 4.6.5.3 State Listed Species

Each of the 11 western states also has species identified that are of state concern. Some species are listed per a specific definition and afforded protection and/or management under a state regulation. Other species are on some form of watch list; these species are tracked with regard to their abundance and distribution within a state by organizations, such as the state Natural Heritage Program. Table 4.6.5-4 summarizes the numbers of species, within broad taxonomic categories, that are listed within each of the 11 western states. The species that occur on BLM-administered lands and that may be affected by a specific wind energy development project would depend upon the location of that particular project, and would need to be addressed in the site-specific environmental analysis.

## 4.7 LAND USE

This section describes the wide range of typical land uses that may occur on BLM-administered lands that have the potential for wind energy development over the next 20 years. It also describes possible land use on adjacent lands.

### 4.7.1 Management of BLM-Administered Lands

The BLM manages lands within the 11 western states for a variety of land uses, including recreation, conservation, mining, oil and gas leasing, livestock grazing, communication sites, and

**TABLE 4.6.5-4 Number of Species Listed as Threatened, Endangered, Sensitive, or of Special Status under Individual State Classifications in the 11 Western States[a]**

| State | Plants | Invertebrates | Fish | Amphibians | Reptiles | Mammals | Birds |
|---|---|---|---|---|---|---|---|
| Arizona | 458 | 40 | 30 | 11 | 34 | 41 | 71 |
| California | 222 | 3 | 19 | 8 | 8 | 17 | 24 |
| Colorado | 647 | 2 | 23 | 7 | 10 | 13 | 19 |
| Idaho | 316 | –[b] | 16 | 4 | 4 | 19 | 20 |
| Montana | 550 | 83 | 27 | 10 | 11 | 31 | 79 |
| Nevada | 319 | 162 | 64 | 5 | 4 | 28 | 23 |
| New Mexico | 150 | 87 | 36 | 9 | 23 | 81 | 73 |
| Oregon | 828 | 235 | 68 | 22 | 11 | 41 | 88 |
| Utah | 1,241 | 27 | 22 | 4 | 13 | 17 | 18 |
| Washington | 288 | 25 | 45 | 10 | 8 | 37 | 41 |
| Wyoming | 505 | – | 30 | 12 | 17 | 59 | 97 |

[a] For specific listing categories and definitions, see AGFD (2003); CDFG (2004a,b); CDW (2003); CNHP (2004); IFG (2004a,b); MNHP (2003a,b); NMDGF (2003); NMNHP (2003); NMRPTC (2004); NNHP (2004); ONHP (2001); UDWR (1998, 2003); WDFW (2004); WDNR (2003a,b); WYNDD (2003).

[b] A dash indicates no "sensitive or special status" species listed.

The numbers of public airports that occur in each of the 11 western states are as follows: Arizona – 82, California – 263, Colorado – 79, Idaho – 120, Montana – 123, Nevada – 55, New Mexico – 62, Oregon – 98, Utah – 49, Washington – 140, and Wyoming – 42 (AirNav.com 2004). This does not include the numerous private and military use facilities that occur in these states.

### 4.7.3 Military Installations

Navigation concerns also exist where tall structures are located within military airspace, referred to as military operations areas (MOAs); military training routes (MTRs); or next to military testing and training ranges. An MOA is airspace designated for military training activities, including aerobatics, air combat tactics, formation training, and other activities. An MTR is made up of a series of linked segments of airspace within which various training activities are conducted. Although not required to, military aircraft typically fly an MTR along a defined centerline that governs the plane's height and course. The floor and ceiling for both MOA and MTR airspace are defined, and, in either type of space, the floor may extend all the way down to the earth's surface. Military ranges consist of both ground and airspace assets used for composite force training, tactics development, and testing. Thus, wind turbines potentially can intrude upon these airspaces if not located properly. Incompatibility with military missions could be a basis for permit denial should there be no available mitigation options. Figure 4.7.3-1 shows the locations of MOAs and MTRs in the western United States. Table 4.7.3-1 summarizes the number of major U.S. military installations located within the 11 western states.

Wind turbines can be a source of radar clutter that can interfere with both ground and airborne radar operations. For example, tracking of an aircraft flying over a wind energy project could be difficult since the responses between the aircraft and the turbines may not be distinguished. Wind development projects could also interfere with aircraft radar target identification and terrain-following radar. Prepermit coordination would be necessary for site-specific projects where radar interference may be an issue.

### 4.7.4 Conservation System

A number of designated conservation system units occur within the 11 western states. These include National Parks, National Historic and Scenic Trails, National Wildlife Refuges, Wild and Scenic Rivers, and federally designated Wilderness Areas. These resources are scientifically, ecologically, culturally, educationally, and recreationally important and represent a significant part of the natural and cultural heritage of the United States (BLM 2000). Some BLM-administered lands require special management to protect historic, natural, cultural, scenic, and fish and wildlife resources.

The BLM has recently established the NLCS to provide an overall framework for managing special areas designated by Congress or the President on public lands (BLM 2000). The NLCS includes BLM's National Conservation Areas (NCAs), National Monuments,

# 5.0 ENVIRONMENTAL RESOURCES AND CONSEQUENCES FOR THE APPLICANT'S PROPOSED ALTERNATIVE

The following section describes the existing environmental conditions for the Applicant's proposed action at Horseshoe Shoal, and examines the potential impacts resulting from the construction, operation/maintenance and decommissioning of the proposed wind park (130 WTGs, the ESP, scour control mats, and the associated electric transmission cable systems). This section addresses both the MEPA Certificate of the Secretary of Environmental Affairs on the ENF (April 22, 2002) and the USACE Scope of Work for this DEIS (June 21, 2002), and has been developed in response to extensive public scoping comments including input from cooperating agencies.

In response to the MEPA scope and the need for State and Federal agencies to clearly distinguish between existing conditions and impacts for areas that are, and are not, within their jurisdiction this section has been structured to separately discuss the conditions and impacts within and outside the 3-mile State Territorial Limit between Massachusetts' waters and Federal waters (as defined by the Submerged Lands Act (43 U.S.C. §§ 1301 *et seq.*)). Although this format at times results in repetition of information, it is necessary in order to facilitate the coordinated review of one document as a Federal DEIS, State DEIR and regional Cape Cod Commission DRI.

Each of the following sub-sections addresses a specific environmental resource by describing the existing conditions and discussing the impacts to that resource which can be expected to occur as the result of the proposed Project. The types, extent and duration of data collection and field studies, and the methodologies used to present the information contained in this section have been developed by the USACE through consultation with the appropriate cooperating agencies.

## 5.1 Geology and Sediment Conditions

### 5.1.1 Introduction

This section describes existing geology and sediment conditions in the marine and onshore portions of the Project area, and provides a discussion of regulatory requirements applicable to the Project that are related to geology and sediments. The information contained in this section was obtained from literature review, agency consultations, site investigations, and review of existing site investigation data. Several specific issues addressed per scoping and agency request include the potential for shoreline erosion (addressed in Sections 5.1.3 and 5.1.4); surficial marine geologic conditions that influence benthic habitats and fisheries conditions at depths pertaining to construction suitability; specific identification of areas where land alteration is proposed; and interpretation of historic geologic data for Nantucket Sound as input to a predictive model regarding submerged archaeological sites on Horseshoe Shoal (Section 5.10).

Section 5.1.2 provides a description of sampling programs and studies completed for this Project. In Section 5.1.3, information from those studies and secondary data review are utilized to provide a description of existing conditions for the Project area. This section separately addresses characteristics seaward and landward of the State Territorial Limit (3 nautical miles (5.6 kilometers) from shore). Section 5.1.4 provides an analysis of anticipated Project impacts, with mitigation discussed in Section 5.1.5, and references provided in Section 5.1.6.

### 5.1.2 Field Studies Completed

Integrated marine geophysical/hydrographic surveys and geotechnical/sediment sampling programs were conducted by Cape Wind for the Project in 2001, 2002 and 2003 over Horseshoe Shoal and along the proposed submarine cable route between the Horseshoe Shoal and the proposed landfall location in Yarmouth. Surveys were also conducted along alternative marine cable routes landing at Cotuit and Popponesset. Deep geologic borings (penetrating up to approximately 150 feet (46 meters) of subsurface sediment) were advanced on Horseshoe Shoal in April 2002 and August and October 2003.

The investigations were designed to provide data to assess and characterize existing seafloor and sub-seafloor conditions in order to appropriately select design, construction and installation techniques for the proposed wind turbine array and associated submarine transmission lines. The primary objectives of these studies were to identify water depths, seafloor morphology and structural features, sub-seafloor stratigraphy, and natural or man-



App. 9

- Review of regulations for Private Aids to Navigation (PATON);
- Consultations with USACE;
- USFWS recommendations (September 14, 2000 memo: Service Guidance on the Siting, Construction, Operation and Decommissioning of Communications Towers);
- International Association of Marine Aids to Navigation and Lighthouse Authorities (IALA) recommendations for marking offshore wind parks;
- Cape Wind Associates Scientific Measurement Devices Station (SMDS) approved lighting design;
- Avian consultant (Dr. Paul Kerlinger);
- Lighting contractor (Automatic Power Inc.); and
- European wind park experience (Horns Rev).

The FAA has completed an aeronautical study of each of the 130 proposed WTG locations on Horseshoe Shoal, which included the distribution of public notices and a 30-day public comment period. The FAA aeronautical study included an evaluation of the proposed structures' effects:

- On existing and proposed public-use and military airports and/or aeronautical facilities.
- On existing and proposed visual flight rule (VFR) / instrument flight rule (IFR) aeronautical departure, arrival and en route operations, procedures, and minimum flight altitudes.
- Regarding physical, electromagnetic, or line of sight interference on existing or proposed air navigation, communications, radar, and control systems facilities.
- On airport capacity, as well as the cumulative impact resulting from the structure when combined with the impact of other existing or proposed structures.
- Whether marking and/or lighting is necessary.

The FAA issued a Determination of No Hazard to Air Navigation on April 9, 2003 (see Appendix 5.12-C). The Applicant would follow the recommendations of the FAA regarding lighting

A Navigational Risk Assessment has been prepared at the direction of, and in consultation with, the USCG Marine Safety Office at the Port of Providence, to provide a qualitative assessment of navigational risks related to the proposed Project. The analyses required by the USCG were outlined in a letter to the USACE dated February 10, 2003 (see Appendix 5.12-A). The Navigational Risk Assessment (dated August 18, 2003) has been reviewed by the USCG. The USCG determined that the assessment appeared to sufficiently address the key navigational issues identified in their letter of 2/10/2003 which outlined requirements for the Navigational Risk Assessment. The Navigational Risk Assessment is included as Appendix 5.12-B.

## 5.12.3 Existing Conditions

### 5.12.3.1 Marine

As shown in Figure 5.12-1, Nantucket Sound is bounded to the south by the islands of Martha's Vineyard and Nantucket, and to the north by Cape Cod. To the west of Nantucket Sound is Vineyard Sound, and to the east is the Atlantic Ocean. Horseshoe Shoal is located in the approximate middle of Nantucket Sound, with its geometric center at approximately 41°30'N; 70°20'W. The northeasterly tip of the shoal is known as "Broken Ground." The southeasterly tip of the shoal is known as "Halfmoon Shoal."

Nantucket Sound is used for navigation by recreational watercraft, commercial fishing vessels and commercial vessels engaged in waterborne commerce. Peak usage by recreational watercraft and commercial fishing vessels is during the warmer months of the year (typically April through October). (For additional information on commercial and recreational fishing conditions and impacts please refer to Sections 5.4 and 5.16 of this DEIS-DEIR). Pilotage is not typically required for vessels transiting through central and eastern Nantucket Sound. There are two main shipping lanes, the Main Channel and the North Channel, used for safe navigation by larger vessels in Nantucket Sound (see Figure 5.12-1). USCG marks both of these areas with aids-to-navigation (buoys, lights, etc.). These shipping lanes are described as follows:

The Wind Park is not anticipated to have negative effects on SAR operations in the area of Horseshoe Shoal. The wide turbine spacing would allow those USCG vessels that are not restricted by the existing water depths to continue to operate within the Wind Park. A representative of USCG Air Station Cape Cod indicated to ESS that USCG aircraft would be able to operate in and around the Wind Park during periods of good visibility, including nighttime operations (USCG, 2003). The representative indicated that aircraft would not likely conduct operations in the area during times of very low cloud ceilings or dense fog, and a vessel-based response would be more appropriate during those times. USCG aircraft responding to incidents south of the Wind Park would either cruise over or around the Wind Park, depending on their destination, and this would not adversely affect USCG response times (USCG, 2003).

The presence of the WTGs within the Wind Park, as well as some of their design features, can benefit SAR operations in the area, as discussed below.

- Each WTG would be clearly marked with an alphanumeric designation on the tower, and the USCG, other local, states, and federal agencies, and commercial salvors would be provided with a plan showing designations for each WTG. This designation could be used by mariners in distress as a primary or additional positional reference to provide to the USCG when requesting assistance. By receiving these additional easily readable positional references from mariners in distress, the USCG would be able to focus its efforts on rescuing the mariner in distress rather than spending time in the search.
- Each WTG would have a safety line with a loop at the end from the platform to the water. While tying up to WTGs under normal circumstances would be prohibited, mariners in distress would be allowed to tie up to a WTG either by their own choice or by direction from the USCG, until assistance arrives. In addition, persons in the water could swim to the WTG and hold on to the safety line until assistance arrives.
- The Wind Park's grid pattern and WTG spacing would provide the USCG with the opportunity to establish air and sea search grids that align with the turbines if desired. The WTGs would provide points of reference to USCG personnel as SAR missions are performed.
- During Wind Park operations, Project work vessels in the Wind Park would be conducting routine monitoring and maintenance during daylight hours when the seas are less than 6 feet (1.8 meters). These work vessels would be able to assist vessels in distress within the Wind Park during these times, and would do so either upon receipt of a request for assistance from the vessel or from the USCG. Project personnel on these vessels would be trained in first aid, CPR, and marine survival skills.

**Submarine Cable System**

It is expected that the installation of the inner-array and submarine cable systems, which would be buried below the seabed to an approximate depth of 6 feet (1.8 meters), would have no permanent adverse impact to ferry operations or general commercial and recreational vessel navigation in this area of Nantucket Sound.

Construction impacts to navigation associated with the installation of the submarine cable system and inner-array cables are expected to be temporary and localized. The installation of the submarine cable system would be accomplished using a low-impact jet plow embedment process. In terms of marine access and maneuverability required by the cable-laying vessel, conditions along the proposed submarine cable system route are favorable with channel widths and depths along the route ample enough to allow access and maneuverability.

Once installed, the submarine cable system and inner-array cables would have no impact to navigation. This is based upon the following:

- The submarine cable system would be buried to a minimum 6 feet (1.8 meters) below the seabed, with minimum of 20 feet (6.1 meters) of horizontal separation between circuits.
- The submarine cable system and inner-array cable burial depth of 6 feet (1.8 meters) below the seabed would provide sufficient sediment overburden to avoid cable damage by vessel anchors or other mechanical impacts.
- The submarine cable system and inner-array cables are an alternating current (AC) system and, therefore, there would be no measurable compass deflection on vessels transiting over the transmission lines. Additionally, there is no electrical interference from the AC submarine and inner-array cable systems with radio, GPS, or radio-beacon navigational equipment.

is no minimum altitude restriction when flying over open water. In order to alert pilots to the presence of the structures in the area and assist in safe navigation the Wind Park will be charted and published in Special Notes to Pilots and noted on all applicable aeronautical charts.

The Aeronautical Studies conducted by the FAA (numbers 2002-ANE-982-OE through 2002-ANE-1111-OE) found that the WTGs at the Proposed Site would:

- Not have an adverse effect on physical, electromagnetic, or line of sight interference or existing or proposed air navigation, communications, radar, control system facilities;
- Not have an adverse effect on air traffic operations enroute through the Nantucket Sound airspace under VFR conditions;
- Not have an adverse effect on any air traffic operations either inbound to or outbound from any Nantucket Sound vicinity airport under VFR conditions;
- Not have an adverse effect on air traffic operations inbound, outbound, or enroute through the Nantucket Sound airspace under IFR conditions;
- Not have an adverse effect on any existing or planned runway length;
- Not have an adverse effect or derogation to any airport efficiency;
- Not have an adverse effect on any planned IFR and VFR airport operations indicated by plans on file; and
- Not be located within any airport traffic pattern and would not have an effect on traffic.

The FAA issued a Determination of No Hazard to Air Navigation on April 9, 2003 (see Appendix 5.12-C).

### 5.12.4.2 Impacts Inside of Massachusetts Waters and Onshore

The following discussion is limited to potential for marine and onshore impacts, as no structures with the potential for aviation interference are proposed within state territorial limits.

#### 5.12.4.2.1 Lewis Bay

The installation of the submarine cable system would require work within Nantucket Sound and Lewis Bay, including shoreline landfall and submarine cable system installation activities. Construction impacts to navigation associated with the installation of the submarine cable system are expected to be temporary and localized. The installation of the submarine cable system would be accomplished using low-impact jet plow embedment process using an anchored barge and support vessels. Vessels not related to the cable installation would be asked to avoid the immediate vicinity of the installation vessel and its anchors, and to reduce speed as they pass the installation vessel. The vessel's anchors are expected to be set within approximately 200 feet of the vessel while in Lewis Bay as a result of the relatively shallow water depths, and will be marked at the surface with a buoy. Vessels will not be excluded from operating in this area, unless the USCG chooses to do so. However, mariners choosing to operate between the anchor buoy and the installation vessels will do so at their own risk. The HDD operation transitioning the transmission line from submarine to onshore would be conducted from the onshore area and is not expected to significantly impact marine navigation. A jack-up barge and support vessels would be situated and operating at the exit hole for at least several weeks All work within the waterway would be temporary, localized and short term. As is the case with installation of the submarine cable system in federal waters, once the submarine cable system is installed, there are no anticipated impacts to commercial or recreational navigation activities since the submarine cable system would be buried approximately six feet (1.8 meters) below the seafloor. Channel widths and depths along the submarine cable system route are sufficient to allow the cable-laying vessel to operate and maneuver.

The HDD operation would be conducted from the onshore with limited use of marine support vessels. Therefore, there would be only minor navigational impacts associated with the installation of the four boreholes from landside operations. The HDD operation would involve a marine construction component in order to construct the 18-inch (45.7 cm) conduit sections. It is expected that a marine work barge would be stationed near the temporary cofferdam. This marine-based operation would facilitate the HDD operation and conduit installation. The presence of this vessel in the Lewis Bay is not expected to impact the vessel traffic, since it would be located outside of the private channel located to the southeast of the Project area.

## 5.14 Telecommunications Systems

### 5.14.1 Introduction

This section includes an analysis of potential telecommunications impacts from the Project and applicable regulatory requirements. The information contained in this section was obtained from review of existing data available for the Project area and technical analyses of specific telecommunications parameters.

Radio and microwave frequency fields, which are common in telecommunication, have frequencies (including cellular systems) that range from thousands of hertz to several billion hertz. Generally, telecommunication systems operate on a line-of-sight basis; therefore, structures have the ability to interfere with communication signals if they are within the line-of-sight between a transmitter and receiver. The Federal Communication Commission (FCC) licenses communication systems that use these frequencies to ensure proper compliance with standards.

Section 5.14.2 describes the studies conducted to address telecommunications issues. Existing conditions are described in Section 5.14.3. Potential impacts and mitigation measures are outlined in Section 5.14.4 and 5.14.5, respectively.

### 5.14.2 Studies Completed

To evaluate potential impacts to telecommunications, a study area was defined that included Cape Cod, Nantucket and Martha's Vineyard, and the waters of Nantucket Sound. An FCC database of existing and proposed telecommunication towers was searched to identify the number and location of these structures in the study area. The results of this search are provided in Section 5.14.3.

To assure that there would be no multi-path interference on existing or proposed microwave telecommunication systems from the proposed Project, ComSearch (Spectrum Management Solutions) of Ashburn, Virginia, was retained to perform a search of incumbent microwave licensees. The data collected included site name, call sign, status, location, frequency band, ground elevation, path azimuths, antenna centerline, antenna manufacturer and model, antenna gain, and detailed contact information. This information, including mapping, was received in a digital format. A worst-case Fresnel Zone analysis was also conducted. The results of the analysis are discussed in Section 5.14.4. The Executive Summary of the ComSearch analysis is provided in Appendix 5.14-A.

The Federal Aviation Administration (FAA) conducted an Aeronautical Survey, which, in part, evaluated potential impacts that the WTGs may have on FAA radar.

Analysis of WTG effects on marine VHF radio communications and marine radar were studied at an existing 80 turbine offshore wind facility at Horns Rev, located in the North Sea off the Danish coast. Elsam Engineering, an international consulting engineering company, evaluated marine communications during the construction and commissioning phases of the Project. Elsam's report is provided in Appendix 5.14-B and discussed in Section 5.14.4.

### 5.14.3 Existing Conditions

The search of the FCC database for existing and proposed telecommunication towers resulted in identification of 41 existing FCC permitted antenna towers in the study area, 31 on the mainland, five on Martha's Vineyard, and five on Nantucket. Another 17 towers have been permitted that were not yet built at the time of the analysis, but were included in the results. Two of these locations where towers are planned are on Nantucket, with the remainder located on Cape Cod.

The permitted antennae (existing and proposed) in the study area are made up of cellular phone towers, local emergency response communication towers, radio towers, and television towers. Also included in the study area are mobile sources of radio transmissions such as marine VHF radios.

Antennae operate at different frequency ranges depending on the service they provide. AM Radio transmits at 540 to 1605 kHz, and FM Radio at 88 to 108 MHz. VHF television transmits at 30 to 300 MHz, and UHF television at 300 to 3,000 MHz. Analog mobile phone signals are approximately 900 MHz, while PCS mobile phone signals range from 1,800 to 2,000 MHz (Cell Tower Operating Frequency http://www.mcw.edu/gcrc/cop/cell-phone-health-FAQ/toc.html#8).

Recreational boating activity occurs in Nantucket Sound and is most prevalent during the months of May through September. Commercial fishing and marine cargo ships also traverse Nantucket Sound. These vessels use marine radios operating at a range of 156.05 to 157.425 MHz. Shore radios operate at approximately 156.85 to 162.025 MHz. The NOAA weather service operates between 162.4 to 162.55 MHz (Marine Radio Operating Frequency http://www.naval.com/marvhf.htm; http://www.m1cvc.uklinux.net/radio_frqlst_mrn.html).

### 5.14.4 Analysis of Impacts

#### 5.14.4.1 Impacts Outside of Massachusetts Waters

All of the WTGs are located beyond the 3-nautical mile (5.6 km) state territorial limit. Because of their height above the water, the wind turbines were evaluated for possible interference with existing and proposed telecommunication towers. The proposed submarine cable system associated with the Project would be buried beneath the seafloor and, therefore, no interference with the telecommunications towers, marine VHF radio, or radar is anticipated from that Project element.

As described earlier, most telecommunication devices operate on a line-of-sight basis. This means that the source of the transmission and the receiving antennae communicate along a linear path. Major obstructions and distance can impede the transmission of line-of-sight signals. The interference caused by major obstructions is referred to as "shading." Mountains and large buildings are examples, respectively, of natural and manmade sources of shading.

An evaluation of the FCC-permitted antennae in the study area (existing and proposed) compared with the proposed WTG locations, completed by ComSearch, indicated no impact to line-of-sight telecommunications. These preliminary clearance calculations identified one proposed WTG location with the potential to obstruct a 950 MHz microwave path between Hyannis and Nantucket Island licensed to Radio Nantucket, Inc. under FCC call signs WLD332 and WLD333 (Appendix 5.14-A). The preliminary calculations were based on worst-case (mid-path) horizontal Fresnel radius clearance. The Applicant subsequently relocated the WTG proposed for this location to another area of the proposed Wind Park that would not interfere with telecommunications among towers.

With this adjustment, the existing, permitted, and proposed FCC antennae on Martha's Vineyard and Nantucket would be able to maintain unimpeded line-of-sight communication with existing and permitted corresponding antennae on Cape Cod. Transmission and receiving of signals between towers on Cape Cod and within or between the Islands are not along a path that would intersect with the position of the WTGs. As a result, the WTGs would not be expected to create shading effects on existing or proposed telecommunications towers.

The FAA conducted an aeronautical study for each of the proposed 130 WTGs (Aeronautical Studies No. 2002-ANE-982-OE through 2002-ANE-1111-OE). The FAA's review focused on potential impacts to air navigation; as part of the evaluation, the FAA analyzed the potential for the WTGs to affect aviation radar. Based on its aeronautical studies, the FAA issued a "Determination of No Hazard to Air Navigation" (April 9, 2003), provided in Appendix 5.12-C.

Analysis of marine communication (VHF radio and radar) at the Horns Rev Wind Farm off the coast of Denmark has shown that vessels of various sizes working amongst the grid of 80 turbines experienced no difficulty communicating with each other or the nearby port of Esbjerg. There were no observations or reports of problems with vessel-mounted VHF communication or shadows on radar from rotating turbine blades (Appendix 5.14-B).

GPS positioning systems are not expected to be affected by the presence of the Wind Park. Each WTG is a tall, slender object that will not block signals from multiple satellites. Tall and wide objects such as buildings or mountains can block signals from satellites depending on the location of the GPS antenna in relation to the object and the position of the satellite in the sky. Since each WTG is no wider than 18 feet (5.5 meters) at its base and the WTG are spaced in a 0.34 NM (629 meter) by 0.54 NM (1,000 meter) grid, even GPS antennas located next to a WTG should not experience degraded GPS information as a result of not acquiring sufficient satellite signals.

Based on the results of the evaluations described above, no adverse impact to telecommunications is anticipated from development of the Project.

**Cumulative Impacts**

In addition to the proposed Project, other activities which may contribute to cumulative impacts to telecommunication would include installation of large pile supported marine structures and other offshore wind power installations (which at this time are limited to a small scale project proposed off the coast of Hull Massachusetts, and a large installation proposed by Long Island Power Authority (LIPA) off the southern coast of Long Island NY), as well as the construction of new land-based telecommunications towers, new residential or commercial structures, and other upland wind power installations (which at this time are limited to a number of small community initiated wind projects being considered as a result of the Massachusetts Technology Collaborative's (MTC) Community Wind Collaborative). The cumulative impacts from two potential activities that may occur within the location and timeframe of the proposed Project are discussed below.

A new submarine transmission cable has been proposed by National Grid. Its proposed route is located within the vicinity of the Wind Park. However, since the proposed National Grid cable would be buried beneath the seabed, there are no significant cumulative impacts expected for interference to microwave transmissions to existing and proposed telecommunications towers.

There are existing submarine cables that cross from Falmouth to Martha's Vineyard and from Harwich to Nantucket. These submarine cables require routine maintenance. However, there are no significant cumulative impacts to telecommunications expected since the existing cables are approximately 13 miles (21 km) and 8 miles (13 km) away from the Project area, respectively.

**Secondary Impacts**

There would be no secondary impacts associated with the construction staging/laydown activities occurring at Quonset Point to telecommunications since the site is an active industrial site that houses several industrial businesses receiving and shipping products.

### 5.14.4.2 Impacts Inside of Massachusetts Waters and Onshore

The proposed submarine cable system and onshore transmission line associated with the Project would be buried either beneath the seafloor or land surface. The only aboveground portion of the 115 kV transmission line would be located at the interconnection with the existing Barnstable Switching Station and would not create a meaningful additional obstruction for telecommunication devices operating on a line-of-sight basis. Therefore, no interference with the telecommunications towers, marine VHF radio or radar is anticipated from the Project cable system.

**Cumulative Impacts**

In addition to the proposed Project, other activities which may contribute to cumulative impacts to telecommunication would include installation of large pile supported marine structures and other offshore wind power installations (which at this time are limited to a small scale project proposed off the coast of Hull Massachusetts, and a large installation proposed by Long Island Power Authority (LIPA) off the southern coast of Long Island NY), as well as the construction of new land-based telecommunications towers, new residential or commercial structures, and other upland wind power installations (which at this time are limited to a number of small community initiated wind projects being considered as a result of the Massachusetts Technology Collaborative's (MTC) Community Wind Collaborative).

A new submarine transmission cable has been proposed by National Grid. Its proposed route would cross the project's submarine cable route in the vicinity of Hyannis Harbor. Prior to final design and construction, the Applicants for both projects would need to coordinate plans, design, and schedule for installation of the cables at this crossing point. However, since the proposed National Grid cable would be buried beneath the seabed, there are no anticipated cumulative impacts for interference to microwave transmissions to existing and proposed telecommunications towers.

### 5.14.5 Mitigation Summary

Evaluation of existing and proposed telecommunications in the vicinity of proposed Project indicated the potential for interference from one of the WTGs with the microwave transmissions of a Nantucket radio station. This turbine was relocated to another area of the Wind Park in order to avoid interference. No other potential adverse impacts on telecommunications systems from development of the Project were identified. Therefore, no further mitigation is necessary.

## 5.15 Air and Climate

### 5.15.1 Introduction

This section includes a discussion of potential air quality impacts associated with the Project, summarizes applicable regulatory requirements, and describes Project compliance with the Clean Air Act during construction and operation. The information contained in this section was obtained from review of existing data available for the Project area and projections of air quality conditions if the proposed Wind Park were in operation. Section 5.15.2 provides a summary of air and climate related studies completed to date for the Project. In Section 5.15.3, existing air quality conditions and the Project's regulatory setting are discussed. Potential Project impacts and proposed mitigation are discussed in Sections 5.15.4 and 5.15.5, respectively.

### 5.15.2 Studies Completed

One study has been completed for the Project that has a bearing on air quality and climate. As a part of a Project Need Analysis (see Appendix 5.16-B), La Capra Associates (La Capra) estimated the quantity of emissions generated by fossil fuel fired power operating in 2000 that would have been reduced if the proposed Wind Park was in operation at that time. LaCapra's estimate is based on the marginal emission rates determined by the New England Power Pool's (NEPOOL's) Environmental Planning Committee in its evaluation of demand-side management programs. The marginal emission rate represents the emissions from the unit(s) that would be displaced by demand reductions or the introduction of a clean energy resource such as the Wind Park. Using these emission rates, LaCapra estimated that the following emission reductions would have been achieved:

- 1,180 tons of nitrogen oxides ($NO_x$);
- 4,000 tons of sulfur dioxide ($SO_2$); and
- 949,000 tons of carbon dioxide ($CO_2$).

La Capra also pointed out that other emissions, such as particulates and mercury (two pollutants of increased focus and concern), would also be reduced were fossil fuel sources displaced by the Project. Emissions reductions through displacement would assist the state of Massachusetts in continuing to improve air quality and visibility throughout the region.

### 5.15.3 Existing Conditions

The USEPA has established National Ambient Air Quality Standards (NAAQS) for criteria pollutants that are intended to protect public health and the environment. Currently, Massachusetts air quality, including the area of Eastern Massachusetts within which the Project is proposed, is in attainment with the NAAQS for all of the criteria pollutants except ozone. Air monitoring data from the "Commonwealth of Massachusetts 2000 Air Quality Monitoring Report" (MADEP, undated) indicates that monitors in both eastern and western Massachusetts show exceedances of the current one-hour ozone standard and the recently promulgated eight-hour standard. Ground level ozone is created through a series of chemical reactions involving sunlight, $NO_x$, and VOCs. Conventional fossil fuel fired power plants have been identified as significant contributors of $NO_x$ emissions.

www.efw.bpa.gov/environmental_services/Document_Library/Klondike/DraftEIS.pdf

# Draft Environmental Impact Statement
# Klondike III/Biglow Canyon Wind Integration Project

Bonneville Power Administration

April 2006

# Klondike III/Biglow Canyon Wind Integration Project

**Responsible Agency:** U.S. Department of Energy, Bonneville Power Administration (BPA)

**Title of Proposed Project:** Klondike III/Biglow Canyon Wind Integration Project

**State Involved:** Oregon

**Abstract:** BPA has been asked by PPM Energy, Inc. to interconnect 300 megawatts (MW) of electricity generated from the proposed Klondike III Wind Project to the Federal Columbia River Transmission System. Orion Energy LLC has also asked BPA to interconnect 400 MW of electricity from its proposed Biglow Canyon Wind Farm, located north and east of the proposed Klondike III Wind Project. To interconnect these projects, BPA would need to build and operate a 230-kV double-circuit transmission line about 12 miles long, expand one substation and build one new substation. The wind projects would require wind turbines, substation(s), access roads, and other facilities.

Two routes for the transmission line are being considered. Both begin at PPM's Klondike Schoolhouse Substation then travel north (Proposed Action) or north and westerly (Middle Alternative) to a new BPA 230-kV substation next to BPA's existing John Day 500-kV Substation.

BPA is also considering a No Action Alternative in which BPA would not build the transmission line and would not interconnect the wind projects.

The proposed BPA and wind projects would be located on private land, mainly used for agriculture. If BPA decides to interconnect the wind projects, construction of the BPA transmission line and substation(s) could commence as early as the winter of 2006-07. Both wind projects would operate for much of each year for at least 20 years.

The proposed projects would generally create no or low impacts. Wildlife resources and local visual resources are the only resources to receive an impact rating other than "none" or "low." The low to moderate impacts to wildlife are from the expected bird and bat mortality and the cumulative impact of this project on wildlife when combined with other proposed wind projects in the region. The low to high impacts to visual resources reflect the effect that the transmission line and the turbine strings from both wind projects would have on viewers in the local area, but this impact diminishes with distance from the project.

For additional information, contact:

Gene Lynard – KEC, Project Environmental Lead
Bonneville Power Administration
P. O. Box 3621
Portland, Oregon 97208
Telephone: (503) 230-3790
Email: gplynard@bpa.gov

For additional copies of this document, please call 1-800-622-4520 and ask for the document by name. The draft environmental impact statement is also on the Internet at: http://www.efw.bpa.gov/environmental_services/Document_Library/Klondike/. Or you can request additional copies by writing to:

Bonneville Power Administration
P. O. Box 3621
Portland, Oregon 97208
ATT : Public Information Center - CHDL-1

For additional information on DOE NEPA activities, please contact Carol M. Borgstrom, Director, Office of NEPA Policy and Compliance, EH-42, U.S. Department of Energy, 1000 Independence Avenue S.W., Washington D.C. 20585, phone: 1-800-472-2756 or visit the DOE NEPA Web site at www.eh.doe.gov/nepa.

There are no national standards or guidelines in the U.S. for magnetic fields. Oregon and Washington have no magnetic field limits and BPA does not have a guideline for magnetic fields exposures.

**Table 3-9 Typical Magnetic Field Strengths**

| Appliance | Magnetic Field (mG) (One foot from a common appliance) |
|---|---|
| Coffee maker | 1 – 1.5 |
| Electric range | 4 - 40 |
| Hair dryer | 0.1 to 70 |
| Television | 0.4 – 20 |
| Vacuum cleaner | 20-200 |
| Electric Blanket | 15-100 |

### 3.11.2.3 Electromagnetic Interference

Corona on transmission line conductors can generate electromagnetic noise in the frequency bands used for radio and television signals. The noise can cause radio and television interference (RI and TVI). In certain circumstances, corona-generated electromagnetic interference (EMI) can also affect radio reception in the AM broadcast band (535 to 1605 kilohertz [kHz]), communications systems and other sensitive receivers. FM radio reception is rarely affected. Generally only residences very near to transmission lines can be affected by RI.

Interference with electromagnetic signals by corona-generated noise is generally associated with lines operating at voltages of 345-kV and above. This is especially true of interference with television signals.

Corona-caused TVI occurs during foul weather and is generally of concern for transmission lines with voltages of 345-kV and higher, and only for conventional receivers within about 600 feet of such a line.

No state in the U.S. has limits for RI or TVI. Electromagnetic interference from power lines is governed by the Federal Trade Communication Commission (FCC).

### 3.11.2.4 Wind Projects

The wind projects would use 34.5-kV collectors to collect power from the wind turbines. Klondike III's circuits would all be below ground; Biglow Canyon would use above ground and below ground collectors. Above ground circuits emit electric fields and are measurable at the ground; however, buried cables, buried at a depth of 4 feet, emit no electric fields since the electric field is contained within the buried cables.

Maximum magnetic fields are measured at 1 meter above the ground. Both buried cables and overhead conductors emit magnetic fields.

### 4.11.5 Radio Interference (RI) and Television Interference (TVI)

The wind projects are not expected to cause radio or TV interference.

The single 1.6-inch diameter conductor that BPA would use for the proposed 230-kV transmission line would mitigate corona generation and keep radio and television interference at acceptable levels below those of many existing 230-kV lines with smaller conductors.

Predicted EMI levels for the proposed 230-kV transmission line are comparable to, or lower than, those that already exist near 230-kV lines and no impacts of corona-generated interference on radio, television or together receptors (such as cell phones) are anticipated. Furthermore, if interference should occur, there are various methods for correcting it, and BPA has a program for responding to legitimate complaints. Impacts would be low.

### 4.11.6 Sheriff Services

In the event response is required at project facilities, sheriff services can be accommodated with existing department resources. No adverse impacts to the Sheriff's Department are anticipated as a result of the proposed projects (Larhey, 2005).

### 4.11.7 Health Care

The proposed projects would not adversely impact medical services in the analysis area. Mid-Columbia Valley Medical Center in The Dalles would be capable of providing services for construction and operational employees in case of an emergency (Thomas, 2005).

### 4.11.8 Additional Health and Safety Mitigation Measures

In addition to the mitigation measures previously identified in Section 4.11, the following additional mitigation measures would help minimize the low potential health and safety risks to workers and the public for construction of the proposed transmission line:

- Prior to the start of construction, the contractor would receive environmental and safety training and prepare and submit for BPA's approval a safety plan. This plan would detail how the contractor would how they would manage hazardous materials such as fuel, oil, solvents etc., and how emergency situations would be handled. The safety plan would be kept on site at all times during construction.
- During construction, the contractor would hold meetings, as needed, to go over potential safety issues and concerns.
- At the end of each workday, the contractor and any subcontractors would secure the site to protect equipment and the general public.