IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MNS WIND COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 04-1569C<br><br>(Judge Wolski)<br><br>**MNS WIND COMPANY, LLC'S OBJECTIONS TO EVIDENCE PRESENTED IN SUPPLEMENTAL BRIEFING** |

## PLAINTIFF'S OBJECTIONS TO EVIDENCE

Plaintiff MNS Wind Company, LLC respectfully submits these objections to evidence submitted by Defendant in support of its supplemental brief:

1. Each and all of the items in the Appendix lacks foundation with respect to the context, factual background, or final status of the documents submitted;

2. Each and all of the items in the Appendix lacks authentication pursuant to Federal Rules of Evidence 901 *et seq.*;

3. Each and all of the items in the Appendix is inadmissible hearsay pursuant to Federal Rules of Evidence 801 *et seq.*;

4. Each and all of the items in the Appendix violates the agreement between the parties that all documents to be used in this case would be produced in the Rule 26 Initial Disclosures. If the Court is inclined to grant Defendant's summary judgment motion or to deny

Plaintiff's summary judgment motion, Plaintiff respectfully requests the opportunity to conduct discovery on the items in Defendant's Appendix.

Dated: December 12, 2006

s/ George T. Caplan
George T. Caplan, Counsel of Record
KAYE SCHOLER LLP
1999 Ave. of the Stars, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1285
*Attorneys for Plaintiff*
*MNS Wind Company, LLC*

CERTIFICATE OF FILING

I hereby certify that on December 12, 2006, a copy of the foregoing MNS' Objections to Evidence was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Bryant S. Delgadillo